Case No. 15-1293

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

### IN RE THE WASHINGTON POST

*Petitioner.*

---

Petition for Writ of Mandamus
to the United States District Court for the Eastern District of Virginia
in *U.S. v. McDonnell, et al.*, No. 3:14-CR-12

---

### NOTICE OF INTENT TO FILE REPLY MEMORANDUM

---

Craig T. Merritt (VSB No. 20281)
David B. Lacy (VSB No. 71177)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.:  (804) 697-4100
Fax:  (804) 697-4112
cmerritt@cblaw.com
dlacy@cblaw.com

*Counsel for Petitioner*
*WP Company LLC, d/b/a The Washington Post*

Petitioner, WP Company LLC, d/b/a *The Washington Post* (the "*Post*"), by counsel, hereby provides notice of its intent to file a memorandum in reply to the Response of the United States In Opposition To the Petition for Mandamus (the "Opposition Brief") on or before April 20, 2015. In its Opposition Brief, the United States raises several arguments that were not addressed by the district court, or offered by any of the parties, in the proceedings below, and which the *Post* must address to ensure that this Court is fully apprised of the parties' positions. The United States does not object to the *Post* filing a reply.[1]

The *Post* respectfully requests that the Court not act on the petition until the reply is received.

---

[1] The defendants, Mr. and Mrs. McDonnell, previously responded that they have no objection to the Court granting the *Post*'s petition. They have confirmed, through their respective counsel, that they have no objection to the *Post* filing a reply.

Date:  April 14, 2015.

Respectfully submitted,

WP COMPANY LLC

By Counsel

/s/ Craig T. Merritt
Craig T. Merritt (VSB No. 20281)
David B. Lacy (VSB No. 71177)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.:  (804) 697-4100
Fax:  (804) 697-4112
cmerritt@cblaw.com
dlacy@cblaw.com

*Counsel for The Washington Post*

## **CERTIFICATE OF SERVICE**

I certify that on April 14, 2015, I filed electronically the foregoing response with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all attorneys of record in this case.


/s/ Craig T. Merritt
Craig T. Merritt (VSB No. 20281)
cmerritt@cblaw.com
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

#1739068