UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA,

    v.

ROBERT F. MCDONNELL,

and

MAUREEN G. MCDONNELL,

              Defendants.

Action No. 3:14-CR-12

## ORDER

THIS MATTER is before the Court on remand from the United States Court of Appeals for the Fourth Circuit (the "Fourth Circuit"). The Washington Post (the "Post") filed a motion in this Court on March 2, 2015 ("Post's Motion") (ECF No. 649) requesting the Court to "release the juror names or numbers that correspond to the questionnaire responses, or alternatively, identify the questionnaires that were completed by the jurors selected to serve at trial." (Post's Mot. at 1.) The Court denied the Post's Motion ("March 9 Order") (ECF No. 651), and the Post subsequently appealed the Court's March 9 Order to the Fourth Circuit. On April 27, 2015, the Fourth Circuit issued its Order remanding the case to this Court, and holding that this Court must support its March 9 Order "with particularized findings that the 'closure is essential to preserve higher value and narrowly tailored to serve that interest.'" (Fourth Circuit O., Apr. 27, 2015, ECF No. 655, at 3) (quoting *Press-Enter. Corp. v. Superior Court of Cal.*, 464 U.S. 501, 510 (1984)). Upon due consideration, the Court grants the Post's Motion, to the extent it requests the Court to identify the questionnaires that were completed by the jurors selected to serve at trial. (*See* O., Ex. A.)

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Senior U. S. District Judge

ENTERED this ____ day of May 2015.

Jury List

3:14cr12
United States of America
v.
Robert F. McDonnell
Maureen G. McDonnell

0401 Kathleen Louise Carmody

0044 Lisa Stevenson Clawson

0356 Louis Carmen Denitto, Jr.(dismissed) – 0012 Don Leonard Jones, Jr. Alt. 2 now official
juror

0432 Tyree A. Ford

0399 Teaonsha Lakita Garrett

0386 Mable Tillery Hawkes (excused)  – 0248 Daniel Robert Hottle (originally Alt. 1, now
official juror)

0337 David Michael Jackson

0398 William Thomas Jeter, II

0487 Ronald Allen Russell

0067 Robin Casey Trujillo

0324 Jason Wallace

0389 John James Zook (released) – 0117 Shoshana B. Benoit Alt. 3 now official juror

Alternates

0431    Barbara Bright Clark – Alternate 4

Juror Number: __0401__

### Preliminary Matters

1.  The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
    [ ] Yes          [X] No

    (a)    If yes, please explain: _____
    _____
    _____
    _____

2.  Are you able to read, write, and understand the English language?
    [X] Yes          [ ] With difficulty          [ ] No

3.  Is English your native language?
    [X] Yes          [ ] No

    (a)    If no, what is your first language? _____

4.  Do you have any significant problems with your hearing or eyesight?
    [ ] Yes          [X] No

    (a)    If yes, please explain: _____
    _____

5.  Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
    [ ] Yes          [X] No          [ ] Unsure

    (a)    If yes or unsure, please explain: _____
    _____
    _____

6.  Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
    [ ] Yes          [X] No

    (a)    If yes, please state the name of the medication(s) and explain: _____
    _____
    _____

Juror Number: _____

7.  Are you currently a student?
    [ ] Yes, full-time      [ ] Yes, part-time      [X] No

    (a)  If yes, where do you attend school? _____

    (b)  If yes, will your class schedule in August interfere with your ability to serve as a
         juror in this trial?
         [ ] Yes        [ ] No

    (c)  If yes to #7(b) above, please explain: _____
    _____

8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
    member or dependent whose care would interfere with your ability to serve as a juror in
    this trial?
    [ ] Yes        [X] No

    (a)  If yes, please explain:_____
    _____

9.  Do you have any personal, religious, philosophical or other beliefs that would make it
    difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes              [X] No        [ ] Unsure

    (a)  If yes or unsure, please explain: _____
    _____
    _____

10. Is there any other reason why you could not be present in court and give your full
    attention every day for this trial?
    [ ] Yes        [X] No

    (a)  If yes, please explain:_____
    _____

Juror Number: _0401_

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes          [x] No          [ ] Unsure

(a)    If yes or unsure, please explain: _____
_____
_____

## Personal Background

12. Gender: [ ] Male  [x] Female

13. Age: _51_

14. What is your current marital status?
[ ] Single
[x] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15. How long have you lived in the Commonwealth of Virginia (total years)? _10_ (non-consecutive) _(4 + 6)_

16. Do you have children?
[x] Yes (4)          [ ] No

17. Are you (check any and all that apply):
[ ] Self-employed          [ ] Unemployed
[x] Employed full-time     [ ] Retired
[ ] Working part-time      [ ] Homemaker
[ ] A student              [ ] Disabled and unable to work

18. If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)    Occupation: _Project Manager- educational Programs_

(b)    Employer: _███████████████████_

(c)    Type of work: _Non-profit professional Society (medical)_

-5-

Juror Number: __0401__

(d)    Do you supervise others?
[ ] Yes          [✗] No

(a) If yes, how many?_____

(e)    Do you have any responsibility for hiring or firing?
[ ] Yes          [✗] No

19.    If you are not currently employed, please state:

(a)    Your last employer: _____N/A_____

(b)    Your occupation: _____

(c)    Your job responsibilities: _____
_____

(d)    Did you supervise others?
[ ] Yes          [ ] No

If yes, how many? _____

(e)    Did you have any responsibilities for hiring or firing?
[ ] Yes          [ ] No

20.    If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

(a)    Occupation:___Surgeon_____

(b)    Employer:___███████████████████████████_____

(c)    Type of work:___General / Bariatric / laparoscopic___Surgeon

21.    Do you now, or have you ever owned your own business?
[ ] Yes          [✗] No

(a)    If yes, what type of business? _____
_____

- 6 -

Juror Number: __0401__

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?

[✓] Yes          [ ] No

(a) If yes, please explain: Brother - corporate officer (Non profit Assn). I have provided admin assistance to Boards (Non profits)

23. Who makes the major financial decisions in your household? Joint decisions made

24. Check the highest level of education you completed:

(a) Grade school or less                    [ ]
(b) Some high school                         [ ]
(c) High school graduate / GED              [ ]
(d) Technical or vocational school          [ ]
(e) Some college                            [ ]
(f) 2-year college degree                   [ ]
(g) 4-year college degree                   [ ]
(h) Some graduate work or study             [✓]
(i) Master's degree                         [ ]
(j) Doctoral degree (or equivalent)         [ ]
(k) Other                                    [ ]

If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

(a) Degree(s): BA - Germanic Studies
(b) Field(s) of study: Germanic Studies
(c) Name of school(s): University of Maryland College Park

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?

[X] Yes          [ ] No

(a) If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| Spouse | US Army Medical Corp | Lt. Col |
| | | |
| | | |

- 7 -

Juror Number: _0401_

27. Do you or your family members have any education, training or employment experience in any of the following fields:

| | | | You | Family |
|---|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | | [√] | [ ] |
| (b) | Banking | | [√] | [ ] |
| (c) | Loans/mortgage / refinance agreements | | [ ] | [ ] |
| (d) | Business / business planning | | [ ] | [√] |
| (e) | Finance / financial planning | | [ ] | [√] |
| (f) | Psychology, psychiatry, or counseling | | [ ] | [√] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | | [√] | [√] |
| (h) | Nutrition or physical fitness | | [ ] | [√] |
| (i) | Law or paralegal training | | [ ] | [√] |
| (j) | Law enforcement / private investigations | | [√] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | N/A | [ ] | [ ] |
| (l) | Criminal justice or criminology | | [ ] | [√] |
| (m) | Social work | | [ ] | [√] |
| (n) | Political science or government | N/A | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | | [ ] | [√] |
| (p) | Politics / elections / political consulting / lobbying | | [ ] | [√] |
| (q) | Ethics, philosophy, sociology, or English | | [√] | [√] |
| (r) | Engineering | | [ ] | [√] |
| (s) | Computer programming / networking | | [ ] | [√] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | | [√] | [√] |
| (u) | Compliance with federal, state, or local election laws/regulations | | [ ] | [√] |
| (v) | Journalism / media communications / public relations | N/A | [ ] | [ ] |
| (w) | Grant applications / grant writing | | [√] | [√] |
| (x) | Human resources | | [√] | [ ] |
| (y) | Forensic sciences | | [ ] | [√] |
| (z) | Religion, ministry, or pastoral care | | [ ] | [√] |

28. Do you have any special certifications or licenses?
[ ] Yes        [√] No

(a)    If yes, please explain: _____

_____

- 8 -

Juror Number: __0401__

29. If you are not an attorney, have you taken any law courses?
[ ] Yes        [✓] No

If so, indicate the following:

|  | School | Date | Topic |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

30. Please list the organizations to which you or your spouse/partner belong or in which either of you participate, either now or in the recent past. (Include any civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union, National Rifle Association, League of Women Voters, the Innocence Project, the Virginia Public Access Project, Virginia Coalition for Open Government, or the Center for Public Integrity):

(a)  Self: ████████ HOA ; ████████ Elementary ; ████████
Catholic Church ;

(b)  Spouse/Partner: American College of Surgeons; Society of Surgery of the Alimentary Tract; Virginia Bariatric Society; American Soc for Metobolic + Bariatric Surgery; Society of American GI + endoscopic Surgeons

31. Have you ever held any office, title, or other leadership position in the organizations listed in the previous question?
[ ] Yes        [✓] No

(a)  If yes, briefly describe your office or title, and dates held: _____
_____

32. Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)? (Check all that apply)
[ ] Yes, currently do so        [✓] Yes, in the past        [ ] No

If either "yes" to current use or "yes" to past use, what was the kind(s) of products involved:

|  | Current / past | General product description |
|---|---|---|
| (a) | Fibronal (past) | Supports Sleep/energy + comfort |
| (b) | Valerian (past) | Sleep aid |
| (c) | | |

Juror Number: _0401_

33.   Have you or a family member or a close friend ever sold dietary or nutritional
      supplements?    *No*

|     | Who | When | General product description |
|-----|-----|------|------------------------------|
| (a) |     |      |                              |
| (b) |     |      |                              |
| (c) |     |      |                              |

34.   Have you or any member of your family ever been employed by the state government of
      Virginia or any Virginia state government agency, whether as an employee, contractor, or
      otherwise?
      [ ] Yes        [✗] No

      (a)    If yes, please explain who, when, what the job was, and your reason for leaving:
      _____
      _____
      _____

35.   Have you or any member of your immediate family ever been employed by or had any
      business relationship with the University of Virginia, Virginia Commonwealth
      University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School
      Medical School, the Virginia Department of Health, the Virginia Department of Human
      Resource Management, or the Virginia Tobacco Indemnification and Community
      Revitalization Commission (the "Tobacco Commission")?
      [✓] Yes        [ ] No

      (a)    If yes, please explain: _Spouse – VCU (Laparoscopic) Fellowship (2004-2005)_
      _Has Medical License w/ Commonwealth of VA Board of Medicine_

36.   Have you ever sought or been appointed to any non-elective local or State Board in
      Virginia?
      [ ] Yes        [✗] No

      (a)    If yes, please explain when and what Board: _____

37.   As a result of any job or position held, have you ever had to fill out or file a disclosure
      form listing any gifts or benefits received or any potential conflicts of interest?
      [✓] Yes        [ ] No

      (a)    If yes, please explain when and what type of disclosure was required: _Annual_
      _Conflict of Interest Disclosure for My employer_

- 10 -

Juror Number: _0401_

38. Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
[ ] Yes      [X] No

(a)   If yes, please explain when and what type of training: _____

_____

_____

39. Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
[X] Yes      [ ] No

## Legal System

40. Have you ever served as a juror before?
[ ] Yes      [X] No

If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |

(a)   Have you ever served as a juror on a grand jury?
[ ] Yes      [ ] No

If yes, when and where: _____

(b)   Have you ever served as a jury or grand jury foreperson?
[ ] Yes      [ ] No

(c)   Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
[ ] Yes      [ ] No

Please explain: _____

_____

_____

- 11 -

Juror Number: _0401_

41.  Have you, or, to your knowledge, any family members, or any close friends ever been:
     (a)    Convicted of a crime?                          [ ] Yes        [X] No

     (b)    If yes, please provide the following:

Relationship of
person convicted          Crime(s)
(Self, Sister, etc.)      involved

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |

42.  Have you, any member of your immediate family, or any close personal friend ever been
     investigated for violating ethical rules by an employer, ethics committee, governmental
     agency, or other organization?
     [ ] Yes        [X] No

     (a)    If yes, please explain: _____
     _____

43.  Has any family member or person with whom you have a close personal relationship ever
     testified in a grand jury or in court?
     [ ] Yes        [X] No

     (a)    If yes, please provide the following details:

Type of Case              Relationship (if any)
_____
_____

- 12 -

Juror Number: _0401_

44. Have you, or any members of your family, ever been employed by any law enforcement
    agency, such as: a police department, sheriff's department, the Virginia State Police
    (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation
    (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA),
    the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and
    Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a
    United States Attorney's Office, the United States Department of Justice, a
    District/Commonwealth or State's Attorney's Office, a probation or parole office, the
    Bureau of Prisons, the state department of corrections, the court system, or any other
    local, state or federal law enforcement agency or private security force?

    *KC* [✓] Yes        [ ] No

    (a)   If yes, for each person (yourself or family member), please indicate the law
          enforcement office or agency:  attorney in the
    Sister #2 = North Carolina State Attorneys office (1980's)

45. Other than what you have already explained, have you, or has any close friend or relative,
    ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in
    a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid,
    public defender's office, or legal department for any private business or government
    agency?
    [✓] Yes        [ ] No

    (a)   If yes, please list their names, type of work they do, where they work, and their
          relationship to you:  Father- attorney (retired in 1999) in Maryland
    Sister #1 - attorney in Maryland (current)
    Sister #2 - non-practicing Attorney in North Carolina

46. Have you or a member of your family, either personally or in connection with a business,
    been involved in any claim, legal action or dispute with any local, state, or federal,
    governmental agency?
    [ ] Yes        [✓] No

    (a)   If yes, please describe: _____

- 13 -

Juror Number: _0401_

## Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

| | | |
|---|---|---|
| (a) | ABC | [✓] |
| (b) | CBS | [✓] |
| (c) | CNN | [✓] |
| (d) | FOX News channel (National) | [✓] |
| (e) | MSNBC | [ ] |
| (f) | NBC | [✓] |
| (g) | CNN | [✓] |
| (h) | Public Television | [ ] |
| (i) | Other | [ ] |

If other, please list: _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)
_____Washington Post_____
_____
_____

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: ___CNN online___
_____
_____

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?              Rarely
[ ] Very often        [ ] Often        [✓] Not very often        [ ] Not at all

   (a)   If very often or often, what are the names of the shows? _____
   _____
   _____

51. Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes        [✓] No

   (a)   If yes, please describe: _____
   _____

- 14 -

Juror Number: _0401_

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[x] Yes          [ ] No

   (a)   If yes, please describe the content and the source of publication: _local news TV_ _in Washington DC (2001) regarding my fathers_ _ordination._

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes          [x] No

   (a)   If yes, please describe the view you expressed and in what manner: _____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[x] Yes                    [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes                    [x] No

   (a)   Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
_N/A_

### Political Involvement

56. In politics today, do you consider yourself a: **(CHECK ONLY ONE ANSWER)**
[ ] Democrat
[x] Independent
[ ] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[x] Always      [ ] Often      [ ] Seldom      [ ] Never

Juror Number: 0401

58. How often do you vote in state/local elections?
[✓] Always    [ ] Often    [ ] Seldom    [ ] Never

59. How closely do you follow politics in Virginia?
[ ] Very closely
[ ] Somewhat closely
[✓] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[✓] Yes                    [ ] No

    (a)    If yes, please provide their names, relationship to you and political office: ____ MD (lost)
    Sister - Judge of Orphan Court - Calvert County, MD (lost)
    brother - Mayor pro-tem - Berwyn Heights, MD (current)

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes                    [✓] No

    (a)    If yes, please explain: _____
    _____
    _____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[✓] Yes                    [ ] No

    (a)    If yes, please explain: Received State Senator college
    Scholarship Freshman year at UMCP (1981)

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes                    [✓] No    My employer lobbies Congress on medical
                                        issues, but I am not involved.
    (a)    If yes, please explain: _____
                                        directly
    _____

- 16 -

Juror Number: _0401_

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?
[ ] Yes          [✓] No

(a)   If yes, please explain: _____

_____

_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|     |     | Self | Spouse/ sig. other | Family member | Close friend |
|-----|-----|------|------|------|------|
| (a) | Been paid to work for No | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work   No | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods No | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [✓] | [ ] | [✓] | [ ] |
| (e) | Contributed money Unsure | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies Unsure | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [✓] | [ ] |
| (h) | Displayed yard signs Unsure and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated Unsure with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [✓] | [ ] |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?
[ ] Often       [ ] Sometimes       [ ] Seldom       [✓] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?
[✓] Yes       [ ] No

(a)   If yes, please explain: _What I've read in the Washington_
_Post._

_____

_____

- 17 -

Juror Number: _0401_

## General Opinions and Beliefs about the Criminal Justice System

68. The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes          [X] No

    (a)    If yes, please explain: _____
    _____
    _____

69. The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes          [X] No          [ ] Unsure

    (a)    If yes or unsure, please explain: _____
    _____
    _____

## Connection to the Defendants

70. Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes          [X] No

    If yes,

    (a)    What event(s) or activity? _____
    _____

    (b)    When: _____

    (c)    Did you personally meet Mr. McDonnell?
           [ ] Yes          [ ] No

71. Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes          [X] No

    If yes,

    (a)    What event(s) or activity? _____
    _____

    (b)    When: _____

    (c)    Did you personally meet Mrs. McDonnell?
           [ ] Yes          [ ] No

- 18 -

Juror Number: __0401__

72. Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply)   No
   [ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
   [ ] Virginia Wine Association or marketing efforts to promote Virginia wines
   [ ] The McGlothlin Foundation
   [ ] Other activities, please explain: _____

73. Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

   (a)   If yes, please explain: __Not close friend, but neighbor worked for Maureen McDonnell.__

74. Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
   [ ] Yes      [√] No

   (a)   If yes, please explain: _____
   _____
   _____

75. Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
   [ ] Yes      [√] No

   (a)   If yes, please explain: _____
   _____
   _____

Juror Number: _0401_

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?

[✓] Yes        [ ] No

(a) If yes, please explain: _Neighbor_ ▓▓▓▓▓▓▓▓▓▓ , _worked_
_as photographer for Mrs. McDonnell._

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?

[ ] Yes        [✓] No

(a) If yes, please explain: _____
_____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)  _No, None_

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____

- 20 -

Juror Number: __0401__

79.   Have you, your spouse/significant other, or any family members ever done any of the
following in support of defense efforts concerning allegations of criminal wrongdoing by
the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

*NO, None*

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____
_____

80.   Have you, your spouse/significant other, any family members or any close friends ever
done any of the following in support of government efforts to investigate allegations of
criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G.
McDonnell? (Check all that apply)

*NO, None*

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | | |

For any checked above, please explain: _____
_____
_____
_____

- 21 -

Juror Number: _____0401_____

81. Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a
family member or a close friend ever had any contact or connection to Liberty
University, including attending classes, employment, teaching courses, providing any
financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes     [X] No

   (a)   If yes, please list who, the kind of contact or connection, and their relationship to
you: _____
_____
_____
_____

82. Other than what you have already explained, have you or any family member ever been
employed, including as a contractor, by any U.S. federal government agency?
[X] Yes     [ ] No

   (a)   If yes, please list the person, job title, agency, and dates of employment: _____
Husband - US Army Medical Corp
Sister - NASA Procurment officer (current)
brother - Contractor @ Census Dept computer work/data projects
Sister-in-Law - NASA procurment officer (current) (Current)

**Case Questions**

83. The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with
bribery, extortion, wire fraud, and making false statements, among other charges, and
Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard
or read anything about this case?
[X] Yes     [ ] No

84. How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[X] Not very closely
[ ] Not at all

- 22 -

Juror Number: _0401_

85.   Please indicate from what source(s) you heard about the case. (Check all that apply.)

   [✓] Television
   [✓] Newspapers
   [ ] Magazines
   [ ] Radio
   [ ] Internet
   [ ] Blog/chatroom
   [ ] Personal knowledge of defendants or their family, friends or acquaintances
   [ ] Personal knowledge of potential witnesses in this case
   [✓] Personal conversations with others in the community
   [ ] Overheard others discussing the case
   [ ] Other sources of information (list): _____

86.   Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
   [ ] Yes       [✓] No

   (a)   If yes, what were the circumstances and what opinion did you express? _____
   _____
   _____
   _____

87.   Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
   [ ] Yes       [✓] No

88.   Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
   [ ] Yes       [✓] No

89.   Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
   [ ] Yes       [✓] No

   (a)   If yes, please explain: _____
   _____
   _____

Juror Number: _0401_

90.  Two of the products that will be discussed in this case are Anatabloc, which is a dietary
     supplement produced by Star Scientific, and CigRx, a smoking cessation product
     produced by Star Scientific. Have you or a family member or a close friend ever used
     Anatabloc or CigRx?
     [ ] Yes          [✗] No          [ ] Unsure

     (a)    If yes or unsure, please describe who used the product and when: _____
     _____
     _____
     _____

91.  Do you or any family member or close friend now own or ever owned any stock in Star
     Scientific?
     [ ] Yes          [✗] No          [ ] Unsure

92.  The judge presiding over this case is U.S. District Judge James R. Spencer. Do you,
     anyone in your family, or any close personal friend know Judge Spencer or anyone else
     who works in this courthouse?
     [ ] Yes          [✗] No

     (a)    If yes, please explain who you know and how: _____
     _____
     _____

93.  The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan
     Faulconer.

     (a)    Do you know, or have you had any contact, either social or professional, with any
            individuals listed above, or any other member of the United States Attorney's
            Office or Department of Justice?
            [ ] Yes          [✗] No          [ ] Unsure

     (b)    If yes or unsure, please explain: _____
     _____
     _____

94.  The attorneys representing the defendants in this case and their respective law firms are
     listed below.

     **Robert F. McDonnell**
     John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
     (Holland & Knight LLP)

     Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham,
     Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
     (Jones Day)

- 24 -

Juror Number: _____ 0401 _____

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)   Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?
[ ] Yes          [x] No          [ ] Unsure

(b)   If yes or unsure, please explain: _____
_____
_____

95.   Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?
[x] Yes          [ ] No          [ ] Unsure

(a)   If yes or unsure, please list the names of each person and explain the connection:
████████████████ — Neighbor _____
_____
_____

96.   Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes          [x] No

(a)   If yes, please explain: _____
_____
_____
_____

### Conclusion

97.   Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes          [x] No

(a)   If yes, please explain: _____
_____
_____

- 25 -

Juror Number: _0401_

98.   Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?
      [ ] Yes          [✗] No

      (a)   If yes, please explain: _____

      _____

      _____

99.   Is there any matter you would prefer to discuss privately with the judge?
      [ ] Yes          [✗] No

- 26 -

Juror Number: _____0401_____

## SIGNATURE

I, _____, hereby declare under

(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.


**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _05_ day of _June_ , 2014.



_____

(Your Signature)

Juror Number: __0401__

EXPLANATION SHEET

N/A

Case 3:14-cr-00012-JRS    Document 656-1    Filed 05/06/15    Page 28 of 203 PageID# 19448

Juror Number: _____0401_____

## EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

WP 390 44

Juror Number: 101540575

### Preliminary Matters

1. The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
   [ ] Yes          [✓] No

   (a)    If yes, please explain: _____
   _____
   _____
   _____

2. Are you able to read, write, and understand the English language?
   [✓] Yes          [ ] With difficulty      [ ] No

3. Is English your native language?
   [✓] Yes          [ ] No

   (a)    If no, what is your first language? _____

4. Do you have any significant problems with your hearing or eyesight?
   [ ] Yes          [✓] No

   (a)    If yes, please explain:_____
   _____

5. Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
   [ ] Yes          [✓] No          [ ] Unsure

   (a)    If yes or unsure, please explain: _____
   _____
   _____

6. Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
   [ ] Yes          [✓] No

   (a)    If yes, please state the name of the medication(s) and explain: _____
   _____
   _____

- 3 -

N° 44

Juror Number: 101540575

7.  Are you currently a student?
    [ ] Yes, full-time      [ ] Yes, part-time      [ ] No

    (a)  If yes, where do you attend school? _____

    (b)  If yes, will your class schedule in August interfere with your ability to serve as a juror in this trial?
         [ ] Yes        [ ] No

    (c)  If yes to #7(b) above, please explain: _____
    _____

8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?
    [ ] Yes        [ ] No

    (a)  If yes, please explain: _____
    _____

9.  Do you have any personal, religious, philosophical or other beliefs that would make it difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes            [ ] No        [ ] Unsure

    (a)  If yes or unsure, please explain: _____
    _____
    _____

10. Is there any other reason why you could not be present in court and give your full attention every day for this trial?
    [ ] Yes        [ ] No

    (a)  If yes, please explain: _____
    _____

WP 392 44

Juror Number: 101540575

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes          [✓] No          [ ] Unsure

(a)    If yes or unsure, please explain: _____

_____

_____

## Personal Background

12. Gender: [ ] Male  [✓] Female

13. Age: 45

14. What is your current marital status?
[ ] Single
[✓] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15. How long have you lived in the Commonwealth of Virginia (total years)? 39

16. Do you have children?
[✓] Yes          [ ] No

17. Are you (check any and all that apply):
[ ] Self-employed          [ ] Unemployed
[✓] Employed full-time     [ ] Retired
[ ] Working part-time      [ ] Homemaker
[ ] A student              [ ] Disabled and unable to work

18. If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)    Occupation: Supply Chain Supervisor

(b)    Employer: ███████████

(c)    Type of work: Manufacturing

Juror Number: 101540575

(d)  Do you supervise others?
[✓] Yes        [ ] No

(a) If yes, how many? 6

(e)  Do you have any responsibility for hiring or firing?
[ ] Yes        [✓] No

19.  If you are not currently employed, please state:

(a)  Your last employer: _____

(b)  Your occupation: _____

(c)  Your job responsibilities: _____
_____

(d)  Did you supervise others?
[ ] Yes        [ ] No

If yes, how many? _____

(e)  Did you have any responsibilities for hiring or firing?
[ ] Yes        [ ] No

20.  If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

(a)  Occupation: HVAC

(b)  Employer: ████████████████████

(c)  Type of work: HVAC Maintenance

21.  Do you now, or have you ever owned your own business?
[ ] Yes        [✓] No

(a)  If yes, what type of business? _____
_____

- 6 -

NUC390 44

Juror Number: 101540575

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
[ ] Yes        [✗] No

    (a)    If yes, please explain:_____
    _____

23. Who makes the major financial decisions in your household? **both**

24. Check the highest level of education you completed:

    (a)    Grade school or less                    [ ]
    (b)    Some high school                        [ ]
    (c)    High school graduate / GED              [ ]
    (d)    Technical or vocational school          [ ]
    (e)    Some college                            [ ]
    (f)    2-year college degree                   [ ]
    (g)    4-year college degree                   [✗]
    (h)    Some graduate work or study             [ ]
    (i)    Master's degree                         [ ]
    (j)    Doctoral degree (or equivalent)         [ ]
    (k)    Other                                   [ ]

    If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.
    (a)    Degree(s): **Bachelor of Science**
    (b)    Field(s) of study: **Biology**
    (c)    Name of school(s): **Wingate University**

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?
    [✗] Yes              [ ] No

    (a)    If yes, please list their relationship to you, branch, and highest rank:

    Relationship          Branch              Highest Rank·
    **Father**            **US Air Force**    **Private**
    _____
    _____
    _____

- 7 -

MR 398 44

Juror Number: 101540575

27.    Do you or your family members have any education, training or employment experience
in any of the following fields:

|  |  | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | [ ] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28.    Do you have any special certifications or licenses?
[ ] Yes      [✓] No

(a)    If yes, please explain: _____
_____

- 8 -

NO396 44

Juror Number: 101540575

29. If you are not an attorney, have you taken any law courses?
[ ] Yes        [✓] No

If so, indicate the following:

|     | School | Date | Topic |
|-----|--------|------|-------|
| (a) |        |      |       |
| (b) |        |      |       |
| (c) |        |      |       |

30. Please list the organizations to which you or your spouse/partner belong or in which either of you participate, either now or in the recent past. (Include any civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union, National Rifle Association, League of Women Voters, the Innocence Project, the Virginia Public Access Project, Virginia Coalition for Open Government, or the Center for Public Integrity):

(a)    Self: ___N/A_____

(b)    Spouse/Partner: ___N/A_____

31. Have you ever held any office, title, or other leadership position in the organizations listed in the previous question?
[ ] Yes        [✓] No

(a)    If yes, briefly describe your office or title, and dates held: _____
_____
_____

32. Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)? (Check all that apply)
[ ] Yes, currently do so      [ ] Yes, in the past       [✓] No

If either "yes" to current use or "yes" to past use, what was the kind(s) of products involved:

|     | Current / past | General product description |
|-----|----------------|-----------------------------|
| (a) |                |                             |
| (b) |                |                             |
| (c) |                |                             |

- 9 -

NW380  44

Juror Number: 101540575

33.    Have you or a family member or a close friend ever sold dietary or nutritional supplements? NO

| | Who | When | General product description |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

34.    Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes         [✓] No

(a)    If yes, please explain who, when, what the job was, and your reason for leaving:
_____
_____
_____

35.    Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes         [✓] No

(a)    If yes, please explain: _____
_____

36.    Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes         [✓] No

(a)    If yes, please explain when and what Board: _____

37.    As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes         [✓] No

(a)    If yes, please explain when and what type of disclosure was required: _____
_____

- 10 -

MMF 390 44

Juror Number: 101540575

38. Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
[ ] Yes     [✗] No

(a)  If yes, please explain when and what type of training: _____
_____
_____

39. Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
[✗] Yes     [ ] No

## Legal System

40. Have you ever served as a juror before?
[ ] Yes     [✗] No

If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |
|      |                 |                |              |

(a)  Have you ever served as a juror on a grand jury?
[ ] Yes     [ ] No

If yes, when and where: _____

(b)  Have you ever served as a jury or grand jury foreperson?
[ ] Yes     [ ] No

(c)  Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
[ ] Yes     [ ] No

Please explain: _____
_____
_____

- 11 -

Case 3:14-cr-00012-JRS   Document 656-1   Filed 05/06/15   Page 38 of 203 PageID# 19458

MF390   44

Juror Number: 101540575

41. Have you, or, to your knowledge, any family members, or any close friends ever been:
   (a)   Convicted of a crime?                    [ ] Yes      [ ] No

   (b)   If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
|---|---|
|  |  |
|  |  |
|  |  |

42. Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
   [ ] Yes      [ ] No

   (a)   If yes, please explain: _____
   _____

43. Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
   [ ] Yes      [ ] No

   (a)   If yes, please provide the following details:

| Type of Case | Relationship (if any) |
|---|---|
|  |  |
|  |  |

- 12 -

NUF 390 44

Juror Number: \01540575

44.  Have you, or any members of your family, ever been employed by any law enforcement
     agency, such as: a police department, sheriff's department, the Virginia State Police
     (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation
     (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA),
     the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and
     Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a
     United States Attorney's Office, the United States Department of Justice, a
     District/Commonwealth or State's Attorney's Office, a probation or parole office, the
     Bureau of Prisons, the state department of corrections, the court system, or any other
     local, state or federal law enforcement agency or private security force?
     [ ] Yes        [✓] No

     (a)   If yes, for each person (yourself or family member), please indicate the law
           enforcement office or agency: _____
           _____
           _____
           _____

45.  Other than what you have already explained, have you, or has any close friend or relative,
     ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in
     a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid,
     public defender's office, or legal department for any private business or government
     agency?
     [ ] Yes        [✓] No

     (a)   If yes, please list their names, type of work they do, where they work, and their
           relationship to you: _____
           _____
           _____
           _____

46.  Have you or a member of your family, either personally or in connection with a business,
     been involved in any claim, legal action or dispute with any local, state, or federal,
     governmental agency?
     [ ] Yes        [✓] No

     (a)   If yes, please describe: _____
           _____

- 13 -

WF 390  44

Juror Number: 101540575

### Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

| | | |
|---|---|---|
| (a) | ABC | [ ] |
| (b) | CBS | [ ] |
| (c) | CNN | [✓] |
| (d) | FOX News channel (National) | [ ] |
| (e) | MSNBC | [ ] |
| (f) | NBC | [ ] |
| (g) | CNN | [ ] |
| (h) | Public Television | [ ] |
| (i) | Other | [ ] |

If other, please list: _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)

_____ None _____

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _____

_____ None _____

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
[ ] Very often        [ ] Often        [✓] Not very often        [ ] Not at all

(a) If very often or often, what are the names of the shows? _____

_____

_____

51. Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes        [✓] No

(a) If yes, please describe: _____

_____

- 14 -

WF 380 44

Juror Number: 101540575

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes      [✓] No

(a)   If yes, please describe the content and the source of publication: _____
_____
_____
_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes      [✓] No

(a)   If yes, please describe the view you expressed and in what manner: _____
_____
_____
_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[✓] Yes              [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes              [✓] No

(a)   Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
_____
_____

**Political Involvement**

56. In politics today, do you consider yourself a: (**CHECK ONLY ONE ANSWER**)
[ ] Democrat
[ ] Independent
[✓] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[✓] Always      [ ] Often      [ ] Seldom      [ ] Never

- 15 -

NP 390 44

Juror Number: 101540575

58. How often do you vote in state/local elections?
[ ] Always    [✓] Often    [ ] Seldom    [ ] Never

59. How closely do you follow politics in Virginia?
[ ] Very closely
[ ] Somewhat closely
[✓] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[ ] Yes              [✓] No

(a)    If yes, please provide their names, relationship to you and political office: _____
_____
_____

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes              [✓] No

(a)    If yes, please explain: _____
_____
_____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[ ] Yes              [✓] No

(a)    If yes, please explain: _____
_____
_____

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes              [✓] No

(a)    If yes, please explain: _____
_____
_____

- 16 -

Juror Number: 101540575

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?

[ ] Yes          [✓] No

(a)   If yes, please explain: _____

_____

_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|     |                                          | Self | Spouse/ sig. other | Family member | Close friend |
|-----|------------------------------------------|------|--------------------|---------------|--------------|
| (a) | Been paid to work for                    | [ ]  | [ ]                | [ ]           | [ ]          |
| (b) | Volunteer work                           | [ ]  | [ ]                | [ ]           | [ ]          |
| (c) | Canvassed neighborhoods                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (d) | Attended meetings                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (e) | Contributed money                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (f) | Attended rallies                         | [ ]  | [ ]                | [ ]           | [ ]          |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities                | [ ]  | [ ]                | [ ]           | [ ]          |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?

[ ] Often      [ ] Sometimes      [ ] Seldom      [✓] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?

[ ] Yes          [✓] No

(a)   If yes, please explain: _____

_____

_____

_____

- 17 -

NF 380   44

Juror Number: 101540575

## General Opinions and Beliefs about the Criminal Justice System

68.   The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes          [✓] No

   (a)   If yes, please explain: _____
   _____
   _____

69.   The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes          [✓] No          [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

## Connection to the Defendants

70.   Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes          [✓] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mr. McDonnell?
         [ ] Yes          [ ] No

71.   Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes          [✓] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mrs. McDonnell?
         [ ] Yes          [ ] No

- 18 -

Juror Number: _101540575_

72.  Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply)
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____

73.  Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

(a)  If yes, please explain: _____
_____
_____

74.  Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
[ ] Yes     [✓] No

(a)  If yes, please explain: _____
_____
_____

75.  Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
[ ] Yes     [✓] No

(a)  If yes, please explain: _____
_____
_____

WF 390  44

Juror Number: 101540575

76.  Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?
[ ] Yes        [✓] No

(a)    If yes, please explain: _____
_____
_____

77.  Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?
[ ] Yes        [✓] No

(a)    If yes, please explain: _____
_____
_____

78.  With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)

|     |                                                                                                       | Self | Spouse/ sig. other | Family member | Close friend |
|-----|-------------------------------------------------------------------------------------------------------|------|--------------------|---------------|--------------|
| (a) | Been paid to work for                                                                                 | [ ]  | [ ]                | [ ]           | [ ]          |
| (b) | Volunteer work                                                                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (c) | Canvassed neighborhoods                                                                               | [ ]  | [ ]                | [ ]           | [ ]          |
| (d) | Attended meetings                                                                                     | [ ]  | [ ]                | [ ]           | [ ]          |
| (e) | Contributed money                                                                                     | [ ]  | [ ]                | [ ]           | [ ]          |
| (f) | Attended rallies                                                                                      | [ ]  | [ ]                | [ ]           | [ ]          |
| (g) | Attended events, e.g., cocktail parties and/or dinners                                                | [ ]  | [ ]                | [ ]           | [ ]          |
| (h) | Displayed yard signs and/or bumper stickers                                                           | [ ]  | [ ]                | [ ]           | [ ]          |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ]  | [ ]                | [ ]           | [ ]          |
| (j) | Other campaign activities                                                                             | [ ]  | [ ]                | [ ]           | [ ]          |

For any checked above, please explain: _____
_____ N/A _____

NF 380 44

Juror Number: 101540575

79. Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____ N/A _____
_____

80. Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: _____
_____ N/A _____
_____

Juror Number: _101540575_

81.   Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes        [X] No

(a)   If yes, please list who, the kind of contact or connection, and their relationship to you: _____

_____

_____

_____

82.   Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
[ ] Yes        [X] No

(a)   If yes, please list the person, job title, agency, and dates of employment: _____

_____

_____

_____

**Case Questions**

83.   The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard or read anything about this case?
[X] Yes        [ ] No

84.   How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[ ] Not very closely
[X] Not at all

- 22 -

NF 340 44

Juror Number: 101540575

85.    Please indicate from what source(s) you heard about the case. (Check all that apply.)

     [✓] Television
     [ ] Newspapers
     [ ] Magazines
     [✓] Radio
     [ ] Internet
     [ ] Blog/chatroom
     [ ] Personal knowledge of defendants or their family, friends or acquaintances
     [ ] Personal knowledge of potential witnesses in this case
     [ ] Personal conversations with others in the community
     [ ] Overheard others discussing the case
     [ ] Other sources of information (list): _____

86.    Have you expressed an opinion about this case or about those involved to anyone, either
through conversations or through writing to any newspaper, magazine, or publication;
calling in to any television or radio program; or posting comments or likes on the
Internet?
[ ] Yes        [✓] No

(a)    If yes, what were the circumstances and what opinion did you express? _____
_____
_____
_____

87.    Have you, a member of your family or a close friend participated in any legal research
studies such as focus groups, mock trials, or surveys that addressed the case of *United
States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
[ ] Yes        [✓] No

88.    Over the past two years, have you, a member of your family or a close friend participated
in any legal research studies such as focus groups, mock trials, or surveys that addressed
any other real or hypothetical criminal case?
[ ] Yes        [✓] No

89.    Do you or any member of your immediate family or close personal friend know anyone
who has covered this case or investigation for any media outlet?
[ ] Yes        [✓] No

(a)    If yes, please explain: _____
_____
_____

- 23 -

NF 388  44

Juror Number: 101540575

90.  Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?
[ ] Yes        [✓] No        [ ] Unsure

(a)  If yes or unsure, please describe who used the product and when: _____
_____
_____
_____

91.  Do you or any family member or close friend now own or ever owned any stock in Star Scientific?
[ ] Yes        [✓] No        [ ] Unsure

92.  The judge presiding over this case is U.S. District Judge James R. Spencer.  Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?
[ ] Yes        [✓] No

(a)  If yes, please explain who you know and how: _____
_____
_____

93.  The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

(a)  Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?
[ ] Yes        [✓] No        [ ] Unsure

(b)  If yes or unsure, please explain: _____
_____
_____

94.  The attorneys representing the defendants in this case and their respective law firms are listed below.

**Robert F. McDonnell**
John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
(Holland & Knight LLP)

Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham, Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
(Jones Day)

- 24 -

Juror Number: 101540575

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)   Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?
[ ] Yes        [✓] No        [ ] Unsure

(b)   If yes or unsure, please explain: _____
_____
_____

95.   Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?
[ ] Yes        [✓] No        [ ] Unsure

(a)   If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96.   Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes        [✓] No

(a)   If yes, please explain: _____
_____
_____
_____

### Conclusion

97.   Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes        [✓] No

(a)   If yes, please explain:
_____
_____

- 25 -

NP 380 44

Juror Number: 101540575

98.  Is there anything else that you think the Court should know that might influence your
     ability to fairly and impartially judge the evidence in this case and to apply the law as
     instructed by the Court?
     [ ] Yes          [✓] No

     (a)   If yes, please explain: _____
     _____
     _____

99.  Is there any matter you would prefer to discuss privately with the judge?
     [ ] Yes          [✓] No

- 26 -

WF 398 44

Juror Number: **101540575**

SIGNATURE

I, ████████████████████████, hereby declare under
(Print Your Name)
penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief.  I have not discussed my answers with others, or

received assistance in completing the questionnaire.  I have answered all of the above questions

in this Jury Questionnaire myself.


**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this __6__ day of __June__, 2014.

████████████████████
(Your Signature)

- 27 -

MF 390  44

Juror Number: _____

EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

MF 390 44

Juror Number: _____

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _0356_

## Preliminary Matters

1. The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
   [ ] Yes          [X] No

   (a)   If yes, please explain: _____
   _____
   _____
   _____

2. Are you able to read, write, and understand the English language?
   [X] Yes        [ ] With difficulty     [ ] No

3. Is English your native language?
   [X] Yes        [ ] No

   (a)   If no, what is your first language? _____

4. Do you have any significant problems with your hearing or eyesight?
   [ ] Yes          [X] No

   (a)   If yes, please explain:_____
   _____

5. Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
   [ ] Yes              [X] No        [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

6. Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
   [ ] Yes            [X] No

   (a)   If yes, please state the name of the medication(s) and explain: _____
   _____
   _____

Juror Number: _0356_

7.  Are you currently a student?
    [ ] Yes, full-time     [ ] Yes, part-time     [X] No

    (a)  If yes, where do you attend school? _____

    (b)  If yes, will your class schedule in August interfere with your ability to serve as a juror in this trial?
         [ ] Yes     [ ] No

    (c)  If yes to #7(b) above, please explain: _____
         _____

8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?
    [ ] Yes     [X] No

    (a)  If yes, please explain: _____
         _____

9.  Do you have any personal, religious, philosophical or other beliefs that would make it difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes     [X] No     [ ] Unsure

    (a)  If yes or unsure, please explain: _____
         _____
         _____

10. Is there any other reason why you could not be present in court and give your full attention every day for this trial?
    [ ] Yes     [X] No

    (a)  If yes, please explain: _____
         _____

- 4 -

Juror Number: _0356_

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?

[ ] Yes        [X] No        [ ] Unsure

(a)   If yes or unsure, please explain: _____

_____

_____

## Personal Background

12.   Gender: [X] Male  [ ] Female

13.   Age: _66.7_

14.   What is your current marital status?
      [ ] Single
      [ ] Married
      [X] Divorced
      [ ] Separated
      [ ] Widowed

15.   How long have you lived in the Commonwealth of Virginia (total years)? _66_

16.   Do you have children?
      [X] Yes          [ ] No

17.   Are you (check any and all that apply):
      [X] Self-employed          [ ] Unemployed
      [ ] Employed full-time     [ ] Retired
      [ ] Working part-time      [ ] Homemaker
      [ ] A student              [ ] Disabled and unable to work

18.   If you are currently employed in any capacity, either full-time, or part-time, please state:

      (a)   Occupation: _Director of Operations_

      (b)   Employer: ███████████████████

      (c)   Type of work: _Private Contractor for Federal Gov._
            _NASA, NOAA, NAVY, ARMY, MARINES, Coast Guard,_
            _Dept. of Commerce, & GSA_

-5-

Juror Number: __0356__

    (d)    Do you supervise others?
           [X] Yes    [ ] No
           (a) If yes, how many? _18+ ; Not counting subcontractors_

    (e)    Do you have any responsibility for hiring or firing?
           [X] Yes    [ ] No

19.    If you are not currently employed, please state:

    (a)    Your last employer: ____N/A____

    (b)    Your occupation: ____N/A____

    (c)    Your job responsibilities: ____N/A____

    (d)    Did you supervise others?
           [ ] Yes    [ ] No

           If yes, how many? ____N/A____

    (e)    Did you have any responsibilities for hiring or firing?
           [ ] Yes    [ ] No

20.    If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

    (a)    Occupation: _Administrative_

    (b)    Employer: ████████████

    (c)    Type of work: _Construction_

21.    Do you now, or have you ever owned your own business?
    [X] Yes    [ ] No

    (a)    If yes, what type of business? _Contracting, Restaurant, Realestate_

- 6 -

Juror Number: _0356_

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?

[X] Yes      [ ] No

(a)   If yes, please explain: _OWNER_

23. Who makes the major financial decisions in your household? _ME_

24. Check the highest level of education you completed:

(a) Grade school or less            [ ]
(b) Some high school                [X]
(c) High school graduate / GED      [ ]
(d) Technical or vocational school  [ ]
(e) Some college                    [ ]
(f) 2-year college degree           [ ]
(g) 4-year college degree           [ ]
(h) Some graduate work or study     [ ]
(i) Master's degree                 [ ]
(j) Doctoral degree (or equivalent) [ ]
(k) Other                           [ ]

If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

(a)   Degree(s): _N/A_
(b)   Field(s) of study: _____
(c)   Name of school(s): _____

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?

[X] Yes            [ ] No

(a)   If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| Brother | air Force | Tec-Sargent |
| | | |
| | | |
| | | |

- 7 -

Juror Number: __O 356__

27. Do you or your family members have any education, training or employment experience in any of the following fields:

|  |  | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [X] | [X] |
| (b) | Banking | [X] | [X] |
| (c) | Loans/mortgage / refinance agreements | [X] | [ ] |
| (d) | Business / business planning | [X] | [ ] |
| (e) | Finance / financial planning | [X] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [X] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28. Do you have any special certifications or licenses?
[X] Yes      [ ] No

(a)   If yes, please explain: __Class A__

- 8 -

Juror Number: _0356_

29. If you are not an attorney, have you taken any law courses?
[ ] Yes        [X] No

If so, indicate the following:

| | School | Date | Topic |
|---|---|---|---|
| (a) | | N/A | |
| (b) | | | |
| (c) | | | |

30. Please list the organizations to which you or your spouse/partner belong or in which either of you participate, either now or in the recent past. (Include any civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union, National Rifle Association, League of Women Voters, the Innocence Project, the Virginia Public Access Project, Virginia Coalition for Open Government, or the Center for Public Integrity):

(a) Self: _____ N/A _____

(b) Spouse/Partner: _____ N/A _____

31. Have you ever held any office, title, or other leadership position in the organizations listed in the previous question?
[ ] Yes        [X] No

(a) If yes, briefly describe your office or title, and dates held: _____

_____

32. Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)? (Check all that apply)
[ ] Yes, currently do so        [ ] Yes, in the past        [X] No

If either "yes" to current use or "yes" to past use, what was the kind(s) of products involved:

| | Current / past | General product description |
|---|---|---|
| (a) | | N/A |
| (b) | | |
| (c) | | |

- 9 -

Juror Number: _0356_

33. Have you or a family member or a close friend ever sold dietary or nutritional supplements?

| | Who | When | General product description |
|---|---|---|---|
| (a) | | | |
| (b) | | N/A | |
| (c) | | | |

34. Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?

[X] Yes        [ ] No

(a) If yes, please explain who, when, what the job was, and your reason for leaving:
_Contractor_
_____
_____

35. Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?

[ ] Yes        [X] No

(a) If yes, please explain: _N/A_
_____

36. Have you ever sought or been appointed to any non-elective local or State Board in Virginia?

[ ] Yes        [X] No

(a) If yes, please explain when and what Board: _____

37. As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?

[ ] Yes        [X] No

(a) If yes, please explain when and what type of disclosure was required: _____
_____

- 10 -

Juror Number: 0356

38. Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
[X] Yes      [ ] No

(a) If yes, please explain when and what type of training: _Yes it is included in Negotiating with Contracting officer with Federal & State Contracts._

39. Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
[X] Yes      [ ] No

### Legal System

40. Have you ever served as a juror before?
[X] Yes      [ ] No

If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
| 2010 | ✓ | ✓ | Habitual offender |
| 1998 | ✓ | ✓ | Drugs |

(a) Have you ever served as a juror on a grand jury?
[ ] Yes      [X] No

If yes, when and where: _____

(b) Have you ever served as a jury or grand jury foreperson?
[ ] Yes      [X] No

(c) Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
[ ] Yes      [X] No

Please explain: _____
_____
_____

- 11 -

Juror Number: _0356_

41. Have you, or, to your knowledge, any family members, or any close friends ever been:
    (a) Convicted of a crime?                                    [ ] Yes      [X] No

    (b) If yes, please provide the following:

    Relationship of
    person convicted          Crime(s)
    (Self, Sister, etc.)      involved

    | | |
    |---|---|
    | N/A | |
    | | |

42. Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
    [ ] Yes      [X] No

    (a) If yes, please explain: _____
    _____

43. Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
    [ ] Yes      [X] No

    (a) If yes, please provide the following details:

    Type of Case              Relationship (if any)
    _____
    _____

- 12 -

Juror Number: _0356_

44.  Have you, or any members of your family, ever been employed by any law enforcement
     agency, such as: a police department, sheriff's department, the Virginia State Police
     (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation
     (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA),
     the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and
     Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a
     United States Attorney's Office, the United States Department of Justice, a
     District/Commonwealth or State's Attorney's Office, a probation or parole office, the
     Bureau of Prisons, the state department of corrections, the court system, or any other
     local, state or federal law enforcement agency or private security force?
     [ ] Yes        [X] No

     (a)  If yes, for each person (yourself or family member), please indicate the law
          enforcement office or agency: _____
          _____
          _____
          _____

45.  Other than what you have already explained, have you, or has any close friend or relative,
     ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in
     a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid,
     public defender's office, or legal department for any private business or government
     agency?
     [ ] Yes        [X] No

     (a)  If yes, please list their names, type of work they do, where they work, and their
          relationship to you: _____
          _____
          _____
          _____

46.  Have you or a member of your family, either personally or in connection with a business,
     been involved in any claim, legal action or dispute with any local, state, or federal,
     governmental agency?
     [X] Yes        [ ] No

     (a)  If yes, please describe: _Nottoway Co. - dispute in_
          _payment as we prevailed in court -_

- 13 -

Juror Number: _0356_

### Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

   (a) ABC     [X]
   (b) CBS     [ ]
   (c) CNN     [X]
   (d) FOX News channel (National)     [X]
   (e) MSNBC     [ ]
   (f) NBC     [ ]
   (g) CNN     [X]
   (h) Public Television     [X]
   (i) Other     [ ]

   If other, please list: _____ N/A _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)
   _Blackstone Courier Recourier Record_

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _NONE_

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
   [X] Very often    [ ] Often    [ ] Not very often    [ ] Not at all

   (a) If very often or often, what are the names of the shows? _American Greed_
   _20/20, 48 Hours_

51. Do you or your spouse/partner maintain a blog or online journal?
   [ ] Yes    [X] No

   (a) If yes, please describe: _____

- 14 -

Juror Number: __0356__

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes    [X] No

   (a)   If yes, please describe the content and the source of publication: _____
_____
_____
_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes    [X] No

   (a)   If yes, please describe the view you expressed and in what manner: _____
_____
_____
_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[ ] Yes    [X] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes    [X] No

   (a)   Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
_____
_____

## Political Involvement

56. In politics today, do you consider yourself a: (CHECK ONLY ONE ANSWER)
[ ] Democrat
[ ] Independent
[ ] Republican
[ ] Libertarian
[X] other (PLEASE SPECIFY) _Other Depending on the Platform_

57. How often do you vote in federal elections?
[X] Always    [ ] Often    [ ] Seldom    [ ] Never

- 15 -

Juror Number: __0356__

58. How often do you vote in state/local elections?
[X] Always    [ ] Often    [ ] Seldom    [ ] Never

59. How closely do you follow politics in Virginia?
[ ] Very closely
[X] Somewhat closely
[ ] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[ ] Yes          [X] No

   (a)    If yes, please provide their names, relationship to you and political office: _____
   _____
   _____

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes          [X] No

   (a)    If yes, please explain: _____
   _____
   _____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[ ] Yes          [X] No

   (a)    If yes, please explain: _____
   _____
   _____

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes          [X] No

   (a)    If yes, please explain: _____
   _____
   _____

Juror Number: 0356

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?

[ ] Yes          [X] No

(a)    If yes, please explain: _____
_____
_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

| | | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?

[ ] Often       [ ] Sometimes       [ ] Seldom       [X] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?

[X] Yes          [ ] No

(a)    If yes, please explain: _From dealing w/ multi-million dollar contracts w/ the government + their agencies + their Contracting Officers — Offensive — Spend on paper, bribery or money under the table just cannot happened._

- 17 -

Juror Number: _0356_

## General Opinions and Beliefs about the Criminal Justice System

68. The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes        [X] No

   (a)   If yes, please explain: _____

   _____

69. The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes        [X] No        [ ] Unsure

   (a)   If yes or unsure, please explain: _____

   _____

## Connection to the Defendants

70. Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes        [X] No

   If yes,

   (a)   What event(s) or activity? _____

   _____

   (b)   When: _____

   (c)   Did you personally meet Mr. McDonnell?
         [ ] Yes        [X] No

71. Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes        [X] No

   If yes,

   (a)   What event(s) or activity? _____

   _____

   (b)   When: _____

   (c)   Did you personally meet Mrs. McDonnell?
         [ ] Yes        [X] No

- 18 -

Juror Number: *0356*

72. Have you or someone you know ever had any connection to any of the following
activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that
apply)
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____ *NO* _____

73. Do you, a family member, or any close friend know or have any connection (personal,
political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member
of their extended families, or any other person who has a close personal connection to the
McDonnells (including but not limited to social interaction, Facebook friend status, and
the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

(a)    If yes, please explain: _____
_____
_____

74. Do you or does anyone close to you know anyone who was has been a member of any
staff or worked for Robert F. McDonnell in any capacity during any of his positions in
elected office?
[ ] Yes    [X] No    *NO*

(a)    If yes, please explain: _____
_____
_____

75. Do you or does anyone close to you know anyone who was has been appointed to any
position, including State positions or jobs and Board or Commission appointments, by
Robert F. McDonnell?
[ ] Yes    [X] No

(a)    If yes, please explain: _____
_____
_____

Juror Number: __0 3 5 6__

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?

[ ] Yes   [X] No

   (a)   If yes, please explain: _____

_____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?

[ ] Yes   [X] No

   (a)   If yes, please explain: _____

_____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

For any checked above, please explain: _____

_____

_____

- 20 -

Juror Number: __0356__

79. Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____

_____

_____

_____

80. Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: _____

_____

_____

_____

- 21 -

Juror Number: _0356_

81. Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
   [ ] Yes      [ ]X No

   (a)   If yes, please list who, the kind of contact or connection, and their relationship to you: _____
   _____
   _____
   _____

82. Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
   [ ] Yes      [X] No

   (a)   If yes, please list the person, job title, agency, and dates of employment: _____
   _____
   _____
   _____

## Case Questions

83. The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard or read anything about this case?
   [X] Yes      [ ] No

84. How closely have you followed the news about this case?
   [ ] Very closely
   [ ] Somewhat closely
   [ ] Not very closely
   [X] Not at all

- 22 -

Juror Number: _O356_

85.  Please indicate from what source(s) you heard about the case. (Check all that apply.)

     [X] Television
     [X] Newspapers
     [ ] Magazines
     [ ] Radio
     [ ] Internet
     [ ] Blog/chatroom
     [ ] Personal knowledge of defendants or their family, friends or acquaintances
     [ ] Personal knowledge of potential witnesses in this case
     [ ] Personal conversations with others in the community
     [ ] Overheard others discussing the case
     [ ] Other sources of information (list): _____

86.  Have you expressed an opinion about this case or about those involved to anyone, either
     through conversations or through writing to any newspaper, magazine, or publication;
     calling in to any television or radio program; or posting comments or likes on the
     Internet?
     [ ] Yes        [X] No

     (a)    If yes, what were the circumstances and what opinion did you express? _____
     _____
     _____
     _____

87.  Have you, a member of your family or a close friend participated in any legal research
     studies such as focus groups, mock trials, or surveys that addressed the case of *United
     States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
     [ ] Yes        [X] No

88.  Over the past two years, have you, a member of your family or a close friend participated
     in any legal research studies such as focus groups, mock trials, or surveys that addressed
     any other real or hypothetical criminal case?
     [ ] Yes        [X] No

89.  Do you or any member of your immediate family or close personal friend know anyone
     who has covered this case or investigation for any media outlet?
     [ ] Yes        [X] No

     (a)    If yes, please explain: _____
     _____
     _____

- 23 -

Juror Number: __0356__

90. Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?

[ ] Yes          [X] No          [ ] Unsure

(a)    If yes or unsure, please describe who used the product and when: _____

_____

_____

91. Do you or any family member or close friend now own or ever owned any stock in Star Scientific?

[ ] Yes          [X] No          [ ] Unsure

92. The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?

[ ] Yes          [X] No

(a)    If yes, please explain who you know and how: _____

_____

_____

93. The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

(a)    Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?

[ ] Yes          [X] No          [ ] Unsure

(b)    If yes or unsure, please explain: _____

_____

_____

94. The attorneys representing the defendants in this case and their respective law firms are listed below.

**Robert F. McDonnell**
John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
(Holland & Knight LLP)

Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham, Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
(Jones Day)

- 24 -

Juror Number: 0356

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)   Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?

[ ] Yes            [X] No            [ ] Unsure

(b)   If yes or unsure, please explain: _____

_____

_____

95.   Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?

[ ] Yes            [X] No            [ ] Unsure

(a)   If yes or unsure, please list the names of each person and explain the connection:

_____

_____

_____

96.   Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?

[ ] Yes      [X] No

(a)   If yes, please explain: _____

_____

_____

_____

### Conclusion

97.   Is there any reason that you believe you should not sit as a juror in this case?

[ ] Yes            [X] No

(a)   If yes, please explain:

_____

_____

- 25 -

Juror Number: __0356__

98. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?
  [ ] Yes          [X] No

  (a) If yes, please explain: _____

  _____

99. Is there any matter you would prefer to discuss privately with the judge?
  [ ] Yes          [X] No

- 26 -

Juror Number: 0356

## SIGNATURE

I, ███████████████████████████████████ , hereby declare under
                    (Print Your Name)
penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _13_ day of _June_, 2014.

                                        ███████████████████████
                                              (Your Signature)

State of Va
County of Lunenburg
Sworn to before me on this 13th day of June, 2014

                    ██████████████  Notary Public

My Commission expires January 31, 2017

*(Notary seal: COMMONWEALTH OF VIRGINIA COMMISSION # 7018137 NOTARY PUBLIC)*

- 27 -

Juror Number: ___0356___

## EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _0356_

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: 0012

## Preliminary Matters

1. The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
   [ ] Yes          [X] No

   (a)   If yes, please explain: _____
   _____
   _____
   _____

2. Are you able to read, write, and understand the English language?
   [X] Yes        [ ] With difficulty      [ ] No

3. Is English your native language?
   [X] Yes        [ ] No

   (a)   If no, what is your first language? _____

4. Do you have any significant problems with your hearing or eyesight?
   [ ] Yes          [X] No

   (a)   If yes, please explain:_____
   _____

5. Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
   [ ] Yes          [X] No          [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

6. Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
   [ ] Yes          [X] No

   (a)   If yes, please state the name of the medication(s) and explain: _____
   _____
   _____

- 3 -

Juror Number: __0012__

7. Are you currently a student?
   [ ] Yes, full-time      [ ] Yes, part-time      [X] No

   (a)   If yes, where do you attend school? _____

   (b)   If yes, will your class schedule in August interfere with your ability to serve as a juror in this trial?
         [ ] Yes        [ ] No

   (c)   If yes to #7(b) above, please explain: _____
   _____

8. Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?
   [ ] Yes        [X] No

   (a)   If yes, please explain: _____
   _____

9. Do you have any personal, religious, philosophical or other beliefs that would make it difficult for you to sit in judgment of another person as a juror in a criminal case?
   [ ] Yes        [X] No        [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

10. Is there any other reason why you could not be present in court and give your full attention every day for this trial?
    [ ] Yes        [X] No

    (a)   If yes, please explain: _____
    _____

- 4 -

Case 3:14-cr-00012-JRS   Document 656-1   Filed 05/06/15   Page 85 of 203 PageID# 19505

Juror Number: **0012**

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
   [ ] Yes          [X] No          [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

## Personal Background

12. Gender: [X] Male  [ ] Female

13. Age: **26**

14. What is your current marital status?
    [X] Single
    [ ] Married
    [ ] Divorced
    [ ] Separated
    [ ] Widowed

15. How long have you lived in the Commonwealth of Virginia (total years)? **9**

16. Do you have children?
    [ ] Yes          [X] No

17. Are you (check any and all that apply):
    [X] Self-employed          [ ] Unemployed
    [X] Employed full-time     [ ] Retired
    [ ] Working part-time      [ ] Homemaker
    [ ] A student              [ ] Disabled and unable to work

18. If you are currently employed in any capacity, either full-time, or part-time, please state:

    (a)   Occupation: **Custodian**

    (b)   Employer: ████████████████████

    (c)   Type of work: **Custodian / Cleaning of commerical businesses**

- 5 -

Juror Number: **0012**

    (d)    Do you supervise others?
        [X] Yes      [ ] No

        (a) If yes, how many? **3**

    (e)    Do you have any responsibility for hiring or firing?
        [ ] Yes      [X] No

19.    If you are not currently employed, please state:

    (a)    Your last employer: _____

    (b)    Your occupation: _____

    (c)    Your job responsibilities: _____
        _____

    (d)    Did you supervise others?
        [ ] Yes      [ ] No

        If yes, how many? _____

    (e)    Did you have any responsibilities for hiring or firing?
        [ ] Yes      [ ] No

20.    If you are married or currently share a household with someone who is employed in any
capacity, either full-time, or part-time, please state the following:

    (a)    Occupation: _____

    (b)    Employer: _____

    (c)    Type of work: _____

21.    Do you now, or have you ever owned your own business?
    [ ] Yes      [X] No

    (a)    If yes, what type of business? _____
    _____

Juror Number: __0012__

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?

[ ] Yes          [X] No

(a)   If yes, please explain:_____

_____

23. Who makes the major financial decisions in your household? __Parents__

24. Check the highest level of education you completed:

(a)   Grade school or less                    [ ]
(b)   Some high school                        [ ]
(c)   High school graduate / GED              [X]
(d)   Technical or vocational school          [ ]
(e)   Some college                            [ ]
(f)   2-year college degree                   [ ]
(g)   4-year college degree                   [ ]
(h)   Some graduate work or study             [ ]
(i)   Master's degree                         [ ]
(j)   Doctoral degree (or equivalent)         [ ]
(k)   Other                                   [ ]

If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

(a)   Degree(s): _____
(b)   Field(s) of study: _____
(c)   Name of school(s): _____

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?

[ ] Yes          [X] No

(a)   If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

- 7 -

Juror Number: **0012**

27.  Do you or your family members have any education, training or employment experience in any of the following fields:

| | | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | [ ] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [X] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [X] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28.  Do you have any special certifications or licenses?
     [ ] Yes        [X] No

     (a)  If yes, please explain: _____
          _____

- 8 -

Juror Number: **0012**

29. If you are not an attorney, have you taken any law courses?
[ ] Yes        [X] No

If so, indicate the following:

|  | School | Date | Topic |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

30. Please list the organizations to which you or your spouse/partner belong or in which either of you participate, either now or in the recent past. (Include any civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union, National Rifle Association, League of Women Voters, the Innocence Project, the Virginia Public Access Project, Virginia Coalition for Open Government, or the Center for Public Integrity):

(a)    Self: _____
    _____

(b)    Spouse/Partner: _____
    _____

31. Have you ever held any office, title, or other leadership position in the organizations listed in the previous question?
[ ] Yes        [X] No

(a)    If yes, briefly describe your office or title, and dates held: _____
    _____
    _____

32. Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)? (Check all that apply)
[ ] Yes, currently do so      [ ] Yes, in the past      [X] No

If either "yes" to current use or "yes" to past use, what was the kind(s) of products involved:

|  | Current / past | General product description |
|---|---|---|
| (a) | | |
| (b) | | |
| (c) | | |

- 9 -

Juror Number: 0012

33.     Have you or a family member or a close friend ever sold dietary or nutritional supplements?

| | Who | When | General product description |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

34.     Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes          [X] No

(a)     If yes, please explain who, when, what the job was, and your reason for leaving:

35.     Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes          [X] No

(a)     If yes, please explain: _____

36.     Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes          [X] No

(a)     If yes, please explain when and what Board: _____

37.     As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes          [X] No

(a)     If yes, please explain when and what type of disclosure was required: _____

- 10 -

Juror Number: 0012

38.  Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
     [ ] Yes        [X] No

     (a)   If yes, please explain when and what type of training: _____
     _____
     _____

39.  Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
     [ ] Yes        [X] No

                              **Legal System**

40.  Have you ever served as a juror before?
     [ ] Yes        [X] No

     If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |
|      |                 |                |              |

     (a)   Have you ever served as a juror on a grand jury?
           [ ] Yes        [X] No

           If yes, when and where: _____

     (b)   Have you ever served as a jury or grand jury foreperson?
           [ ] Yes        [X] No

     (c)   Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
           [ ] Yes        [X] No

           Please explain: _____
           _____
           _____

- 11 -

Juror Number: **0012**

41. Have you, or, to your knowledge, any family members, or any close friends ever been:
    (a)    Convicted of a crime?                                    [ ] Yes        [ ] No

    (b)    If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
|---|---|
|  |  |
|  |  |
|  |  |

42. Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
    [ ] Yes        [X] No

    (a)    If yes, please explain: _____
    _____

43. Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
    [ ] Yes        [X] No

    (a)    If yes, please provide the following details:

    Type of Case                    Relationship (if any)
    _____
    _____

- 12 -

Juror Number: __0012__

44.   Have you, or any members of your family, ever been employed by any law enforcement
      agency, such as: a police department, sheriff's department, the Virginia State Police
      (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation
      (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA),
      the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and
      Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a
      United States Attorney's Office, the United States Department of Justice, a
      District/Commonwealth or State's Attorney's Office, a probation or parole office, the
      Bureau of Prisons, the state department of corrections, the court system, or any other
      local, state or federal law enforcement agency or private security force?
      [ ] Yes          ☒ No

      (a)   If yes, for each person (yourself or family member), please indicate the law
            enforcement office or agency: _____
            _____
            _____
            _____

45.   Other than what you have already explained, have you, or has any close friend or relative,
      ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in
      a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid,
      public defender's office, or legal department for any private business or government
      agency?
      [ ] Yes          ☒ No

      (a)   If yes, please list their names, type of work they do, where they work, and their
            relationship to you: _____
            _____
            _____
            _____

46.   Have you or a member of your family, either personally or in connection with a business,
      been involved in any claim, legal action or dispute with any local, state, or federal,
      governmental agency?
      [ ] Yes          ☒ No

      (a)   If yes, please describe: _____
            _____

Juror Number: **0012**

## Media and Activities

47.  Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

    (a)    ABC          [X]
    (b)    CBS          [ ]
    (c)    CNN          [X]
    (d)    FOX News channel (National)    [X]
    (e)    MSNBC          [X]
    (f)    NBC          [X]
    (g)    CNN          [X]
    (h)    Public Television      [ ]
    (i)    Other          [X]

    If other, please list: Democracy Now, Free Speech TV

48.  What newspapers(s), including tabloids, do you most often read? (Both print and online)
Richmond Times-Dispatch, USA Today, Henrico Citizens

49.  Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _____

50.  How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
[ ] Very often     [ ] Often     [X] Not very often     [ ] Not at all

    (a)    If very often or often, what are the names of the shows? _____

51.  Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes     [X] No

    (a)    If yes, please describe: _____

- 14 -

Juror Number: __0012__

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes     [X] No

(a)    If yes, please describe the content and the source of publication: _____
_____
_____
_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes     [X] No

(a)    If yes, please describe the view you expressed and in what manner: _____
_____
_____
_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[X] Yes        [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes     [X] No

(a)    Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
_____
_____

### Political Involvement

56. In politics today, do you consider yourself a: **(CHECK ONLY ONE ANSWER)**
[X] Democrat
[ ] Independent
[ ] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[X] Always     [ ] Often     [ ] Seldom     [ ] Never

Juror Number: 0012

58. How often do you vote in state/local elections?
   [X] Always    [ ] Often    [ ] Seldom    [ ] Never

59. How closely do you follow politics in Virginia?
   [ ] Very closely
   [X] Somewhat closely
   [ ] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
   [ ] Yes         [X] No

   (a)   If yes, please provide their names, relationship to you and political office: _____
   _____
   _____

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
   [ ] Yes         [X] No

   (a)   If yes, please explain: _____
   _____
   _____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
   [ ] Yes         [X] No

   (a)   If yes, please explain: _____
   _____
   _____

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
   [ ] Yes         [X] No

   (a)   If yes, please explain: _____
   _____
   _____

Juror Number: __DD 12____

64.  Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?
[ ] Yes          [X] No

(a)   If yes, please explain: _____
_____
_____

65.  With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|       |                                                                          | Self | Spouse/ sig. other | Family member | Close friend |
|-------|--------------------------------------------------------------------------|------|--------------------|---------------|--------------|
| (a)   | Been paid to work for                                                    | [ ]  | [ ]                | [ ]           | [ ]          |
| (b)   | Volunteer work                                                           | [X]  | [ ]                | [ ]           | [ ]          |
| (c)   | Canvassed neighborhoods                                                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (d)   | Attended meetings                                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (e)   | Contributed money                                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (f)   | Attended rallies                                                         | [ ]  | [ ]                | [ ]           |              |
| (g)   | Attended events, e.g., cocktail parties and/or dinners                   | [ ]  | [ ]                | [ ]           | [ ]          |
| (h)   | Displayed yard signs and/or bumper stickers                              | [X]  | [ ]                | [X]           | [X]          |
| (i)   | "Liked" any websites or Facebook pages associated with a party or political candidates | [X]  | [ ]                | [X]           | [X]          |
| (j)   | Other campaign activities                                                | [ ]  | [ ]                | [ ]           | [ ]          |

66.  How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?
[ ] Often      [ ] Sometimes      [ ] Seldom      [X] Never

67.  Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?
[ ] Yes          [X] No

(a)   If yes, please explain: __·_____
_____
_____

- 17 -

Juror Number: **0012**

## General Opinions and Beliefs about the Criminal Justice System

68.   The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes          [X] No

   (a)   If yes, please explain: _____
   _____
   _____

69.   The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes          [X] No          [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

## Connection to the Defendants

70.   Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes          [X] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mr. McDonnell?
        [ ] Yes          [X] No

71.   Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes          [X] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mrs. McDonnell?
        [ ] Yes          [X] No

- 18 -

Juror Number: D012

72. Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply)
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____

73. Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

(a) If yes, please explain: _____
_____
_____

74. Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
[ ] Yes        [X] No

(a) If yes, please explain: _____
_____
_____

75. Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
[ ] Yes        [X] No

(a) If yes, please explain: _____
_____
_____

- 19 -

Juror Number: __0012__

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?
[ ] Yes      [X] No

(a)   If yes, please explain: _____
_____
_____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?
[ ] Yes      [X] No

(a)   If yes, please explain: _____
_____
_____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)

|       |                                      | Self | Spouse/ sig. other | Family member | Close friend |
|-------|--------------------------------------|------|---------|--------|--------|
| (a)   | Been paid to work for                | [ ]  | [ ]     | [ ]    | [ ]    |
| (b)   | Volunteer work                       | [ ]  | [ ]     | [ ]    | [ ]    |
| (c)   | Canvassed neighborhoods              | [ ]  | [ ]     | [ ]    | [ ]    |
| (d)   | Attended meetings                    | [ ]  | [ ]     | [ ]    | [ ]    |
| (e)   | Contributed money                    | [ ]  | [ ]     | [ ]    | [ ]    |
| (f)   | Attended rallies                     | [ ]  | [ ]     | [ ]    | [ ]    |
| (g)   | Attended events, e.g., cocktail parties and/or dinners | [ ]  | [ ]     | [ ]    | [ ]    |
| (h)   | Displayed yard signs and/or bumper stickers | [ ]  | [ ]     | [ ]    | [ ]    |
| (i)   | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ]  | [ ]     | [ ]    | [ ]    |
| (j)   | Other campaign activities            | [ ]  | [ ]     | [ ]    | [ ]    |

For any checked above, please explain: _____
_____
_____

- 20 -

Juror Number: **0012**

79.   Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

| | | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____
_____

80.   Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

| | | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | | |

For any checked above, please explain: _____
_____
_____
_____

- 21 -

Juror Number: DD12

81. Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes        [X] No

    (a)    If yes, please list who, the kind of contact or connection, and their relationship to you: _____

    _____

    _____

    _____

82. Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
[ ] Yes        [X] No

    (a)    If yes, please list the person, job title, agency, and dates of employment: _____

    _____

    _____

    _____

### Case Questions

83. The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard or read anything about this case?
[X] Yes        [ ] No

84. How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[X] Not very closely
[ ] Not at all

- 22 -

Juror Number: 0012

85.    Please indicate from what source(s) you heard about the case. (Check all that apply.)

        [X] Television
        [X] Newspapers
        [ ] Magazines
        [ ] Radio
        [ ] Internet
        [ ] Blog/chatroom
        [ ] Personal knowledge of defendants or their family, friends or acquaintances
        [ ] Personal knowledge of potential witnesses in this case
        [ ] Personal conversations with others in the community
        [ ] Overheard others discussing the case
        [ ] Other sources of information (list): _____

86.    Have you expressed an opinion about this case or about those involved to anyone, either
through conversations or through writing to any newspaper, magazine, or publication;
calling in to any television or radio program; or posting comments or likes on the
Internet?
[ ] Yes        [X] No

    (a)    If yes, what were the circumstances and what opinion did you express? _____
_____
_____
_____

87.    Have you, a member of your family or a close friend participated in any legal research
studies such as focus groups, mock trials, or surveys that addressed the case of *United
States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
[ ] Yes        [X] No

88.    Over the past two years, have you, a member of your family or a close friend participated
in any legal research studies such as focus groups, mock trials, or surveys that addressed
any other real or hypothetical criminal case?
[ ] Yes        [X] No

89.    Do you or any member of your immediate family or close personal friend know anyone
who has covered this case or investigation for any media outlet?
[ ] Yes        [X] No

    (a)    If yes, please explain: _____
_____
_____

Juror Number: **D012**

90. Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?

[ ] Yes        [X] No        [ ] Unsure

(a)  If yes or unsure, please describe who used the product and when: _____
_____
_____
_____

91. Do you or any family member or close friend now own or ever owned any stock in Star Scientific?

[ ] Yes        [X] No        [ ] Unsure

92. The judge presiding over this case is U.S. District Judge James R. Spencer.  Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?

[ ] Yes              [X] No

(a)  If yes, please explain who you know and how: _____
_____
_____

93. The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

(a)  Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?

[ ] Yes              [X] No        [ ] Unsure

(b)  If yes or unsure, please explain: _____
_____
_____

94. The attorneys representing the defendants in this case and their respective law firms are listed below.

**Robert F. McDonnell**
John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
(Holland & Knight LLP)

Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham, Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
(Jones Day)

- 24 -

Juror Number: __D012__

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)  Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?
[ ] Yes            [X] No            [ ] Unsure

(b)  If yes or unsure, please explain: _____
_____
_____

95. Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?
[ ] Yes            [X] No            [ ] Unsure

(a)  If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96. Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes            [X] No

(a)  If yes, please explain: _____
_____
_____
_____

### Conclusion

97. Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes            [X] No

(a)  If yes, please explain:
_____
_____

- 25 -

Juror Number: 0042

98.  Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?

[ ] Yes            [X] No

(a)  If yes, please explain: _____

_____

_____

99.  Is there any matter you would prefer to discuss privately with the judge?

[ ] Yes            [X] No

Juror Number: __0012__

## SIGNATURE

I, ███████████_____, hereby declare under
              (Print Your Name)
penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this __11__ day of __June__, 2014.



- 27 -

Juror Number: _____

## EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _____

## EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

432

Juror Number: _101558912_

## Preliminary Matters

1.  The trial in this case will start July 28, 2014.  The trial may last 5–6 weeks and could last longer or conclude sooner.  Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial?  In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
    [ ] Yes          [✓] No

    (a)    If yes, please explain: _____
    _____
    _____
    _____

2.  Are you able to read, write, and understand the English language?
    [✓] Yes      [ ] With difficulty      [ ] No

3.  Is English your native language?
    [✓] Yes      [ ] No

    (a)    If no, what is your first language? _____

4.  Do you have any significant problems with your hearing or eyesight?
    [ ] Yes          [✓] No

    (a)    If yes, please explain:_____
    _____

5.  Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
    [ ] Yes          [✓] No          [ ] Unsure

    (a)    If yes or unsure, please explain: _____
    _____
    _____

6.  Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
    [ ] Yes          [✓] No

    (a)    If yes, please state the name of the medication(s) and explain: _____
    _____
    _____

432

Juror Number: _10155 8912_

7.  Are you currently a student?
    [ ] Yes, full-time      [ ] Yes, part-time      [✓] No

    (a)   If yes, where do you attend school? _____

    (b)   If yes, will your class schedule in August interfere with your ability to serve as a juror in this trial?
          [ ] Yes         [ ] No

    (c)   If yes to #7(b) above, please explain: _____
          _____

8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?
    [ ] Yes         [✓] No

    (a)   If yes, please explain:_____
          _____

9.  Do you have any personal, religious, philosophical or other beliefs that would make it difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes              [✓] No         [ ] Unsure

    (a)   If yes or unsure, please explain: _____
          _____
          _____

10. Is there any other reason why you could not be present in court and give your full attention every day for this trial?
    [ ] Yes         [✓] No

    (a)   If yes, please explain:_____
          _____

432

Juror Number: _10155 8912_

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?

[ ] Yes            [ ] No~~            [ ] Unsure

(a)   If yes or unsure, please explain: _____
_____
_____

### Personal Background

12.   Gender: [✓] Male  [ ] Female

13.   Age: _57_

14.   What is your current marital status?
[ ] Single
[✓] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15.   How long have you lived in the Commonwealth of Virginia (total years)? _57 yrs. 5 mos_

16.   Do you have children?
[✓] Yes            [ ] No

17.   Are you (check any and all that apply):
[ ] Self-employed            [ ] Unemployed
[ ] Employed full-time       [✓] Retired
[✓] Working part-time        [ ] Homemaker
[ ] A student                [ ] Disabled and unable to work

18.   If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)   Occupation: _Bus/Van Driver_

(b)   Employer: ████████████████████

(c)   Type of work: _Transportation Service_

- 5 -

432

Juror Number: _101558912_

    (d)    Do you supervise others?
           [ ] Yes         [ ] No

           (a) If yes, how many?_____

    (e)    Do you have any responsibility for hiring or firing?
           [ ] Yes         [ ] No

19.    If you are not currently employed, please state:  N/A

    (a)    Your last employer: _____

    (b)    Your occupation: _____

    (c)    Your job responsibilities: _____
           _____

    (d)    Did you supervise others?
           [ ] Yes        [ ] No

           If yes, how many? _____

    (e)    Did you have any responsibilities for hiring or firing?
           [ ] Yes        [ ] No

20.    If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

    (a)    Occupation: _TDT Counselor_____

    (b)    Employer: ████████████████████_____

    (c)    Type of work: _School counselor_____

21.    Do you now, or have you ever owned your own business?
    [ ] Yes      [ ] No

    (a)    If yes, what type of business? _____
    _____

432

Juror Number: _101558912_

22.    Have you or any member of your immediate family or any close personal friend ever
served as a corporate officer or member of the Board of Directors in any business or
corporation?
[ ] Yes        [ ] No

(a)    If yes, please explain: _____
_____

23.    Who makes the major financial decisions in your household?  _I do_____

24.    Check the highest level of education you completed:

(a)    Grade school or less                 [ ]
(b)    Some high school                     [ ]
(c)    High school graduate / GED           [ ]
(d)    Technical or vocational school       [ ]
(e)    Some college                         [X]
(f)    2-year college degree                [ ]
(g)    4-year college degree                [ ]
(h)    Some graduate work or study          [ ]
(i)    Master's degree                      [ ]
(j)    Doctoral degree (or equivalent)      [ ]
(k)    Other                                [ ]

If other, please explain: _____

25.    If you had any educational training beyond high school, please list all degrees you have
received and the area of study.  N/A

(a)    Degree(s): _____
(b)    Field(s) of study: _____
(c)    Name of school(s): _____

26.    Have you or any of your family members (e.g., parents, siblings, a spouse, or children)
served in any branch of the Armed Forces?
[X] Yes            [ ] No

(a)    If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| Son | US Army | Staff Sergeant |

---

- 7 -

432

Juror Number: _10155 8912_

27.   Do you or your family members have any education, training or employment experience
      in any of the following fields:

|     |                                                              | You | Family |
|-----|--------------------------------------------------------------|-----|--------|
| (a) | Accounting, auditing, or bookkeeping                         | [ ] | [ ]    |
| (b) | Banking                                                      | [ ] | [ ]    |
| (c) | Loans/mortgage / refinance agreements                        | [ ] | [ ]    |
| (d) | Business / business planning                                 | [ ] | [ ]    |
| (e) | Finance / financial planning                                 | [ ] | [ ]    |
| (f) | Psychology, psychiatry, or counseling                        | [ ] | [✓]    |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [ ]    |
| (h) | Nutrition or physical fitness                                | [ ] | [ ]    |
| (i) | Law or paralegal training                                    | [ ] | [ ]    |
| (j) | Law enforcement / private investigations                     | [ ] | [ ]    |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [✓] | [ ]    |
| (l) | Criminal justice or criminology                              | [✓] | [✓]    |
| (m) | Social work                                                  | [ ] | [ ]    |
| (n) | Political science or government                              | [ ] | [✓]    |
| (o) | Political fundraising / campaign finance rules               | [ ] | [ ]    |
| (p) | Politics / elections / political consulting / lobbying       | [ ] | [ ]    |
| (q) | Ethics, philosophy, sociology, or English                    | [ ] | [ ]    |
| (r) | Engineering                                                  | [ ] | [✓]    |
| (s) | Computer programming / networking                            | [ ] | [ ]    |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ]    |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ]    |
| (v) | Journalism / media communications / public relations         | [ ] | [✓]    |
| (w) | Grant applications / grant writing                           | [ ] | [✓]    |
| (x) | Human resources                                              | [ ] | [ ]    |
| (y) | Forensic sciences                                            | [ ] | [ ]    |
| (z) | Religion, ministry, or pastoral care                         | [✓] | [✓]    |

28.   Do you have any special certifications or licenses?
      [✓] Yes        [ ] No

      (a)   If yes, please explain: _CDL Licencese Forklift License_
      _certificate of Deacon_

- 8 -

432

Juror Number: _101558912_

29.    If you are not an attorney, have you taken any law courses?
       [ ] Yes        [√] No

       If so, indicate the following:

|  | School | Date | Topic |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

30.    Please list the organizations to which you or your spouse/partner belong or in which
       either of you participate, either now or in the recent past. (Include any civic, social,
       religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
       and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
       Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
       National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
       Public Access Project, Virginia Coalition for Open Government, or the Center for Public
       Integrity):

       (a)    Self: _Church - Deacon_

       (b)    Spouse/Partner: _Church - Deaconess_

31.    Have you ever held any office, title, or other leadership position in the organizations
       listed in the previous question?
       [√] Yes        [ ] No

       (a)    If yes, briefly describe your office or title, and dates held: _Deacon_
       _chairman of Deacon Ministry_

32.    Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
       (Check all that apply)
       [√] Yes, currently do so        [ ] Yes, in the past        [ ] No

       If either "yes" to current use or "yes" to past use, what was the kind(s) of products
       involved:

|  | Current / past | General product description |
|---|---|---|
| (a) | Multivitamin | |
| (b) | | |
| (c) | | |

- 9 -

432

Juror Number: *101558912*

33. Have you or a family member or a close friend ever sold dietary or nutritional supplements? *N/A*

|  | Who | When | General product description |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

34. Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes       [ ] No

(a)   If yes, please explain who, when, what the job was, and your reason for leaving:
_____
_____
_____

35. Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes       [ ] No

(a)   If yes, please explain: _____
_____
_____

36. Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes       [ ] No

(a)   If yes, please explain when and what Board: _____
_____

37. As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes       [ ] No

(a)   If yes, please explain when and what type of disclosure was required: _____
_____
_____

- 10 -

432

Juror Number: _101558912_

38.   Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
      [ ] Yes          [ ] No

      (a)   If yes, please explain when and what type of training: _____
      _____
      _____

39.   Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
      [ ] Yes          [ ] No

                              **Legal System**

40.   Have you ever served as a juror before?
      [ ] Yes          [ ] No

      If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |

      (a)   Have you ever served as a juror on a grand jury?
            [ ] Yes          [ ] No

            If yes, when and where: _____

      (b)   Have you ever served as a jury or grand jury foreperson?
            [ ] Yes          [ ] No

      (c)   Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
            [ ] Yes          [ ] No

            Please explain: _____
            _____
            _____

- 11 -

432

Juror Number: _101558912_

41. Have you, or, to your knowledge, any family members, or any close friends ever been:
    (a)    Convicted of a crime?                              [ ] Yes       [ ] No

    (b)    If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
|---|---|
|  |  |
|  |  |
|  |  |

42. Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
    [ ] Yes        [ ] No

    (a)    If yes, please explain: _____
    _____

43. Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
    [ ] Yes        [ ] No

    (a)    If yes, please provide the following details:

| Type of Case | Relationship (if any) |
|---|---|
|  |  |
|  |  |

- 12 -

432

Juror Number: _10155 8912_

44. Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, the Virginia State Police (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA), the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District/Commonwealth or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, the state department of corrections, the court system, or any other local, state or federal law enforcement agency or private security force?
[ ]Yes        [ ] No

   (a)  If yes, for each person (yourself or family member), please indicate the law enforcement office or agency: ▮▮▮▮▮▮▮ _Dept. of Corrections_

   _____

   _____

45. Other than what you have already explained, have you, or has any close friend or relative, ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid, public defender's office, or legal department for any private business or government agency?
[ ] Yes             [ ]No

   (a)  If yes, please list their names, type of work they do, where they work, and their relationship to you: _____

   _____

   _____

46. Have you or a member of your family, either personally or in connection with a business, been involved in any claim, legal action or dispute with any local, state, or federal, governmental agency?
[ ] Yes        [ ]No

   (a)  If yes, please describe: _____

   _____

- 13 -

432

Juror Number: _101 558912_

### Media and Activities

47.  Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

|     |                              |        |
|-----|------------------------------|--------|
| (a) | ABC                          | [✓]    |
| (b) | CBS                          | [✓]    |
| (c) | CNN                          | [✓]    |
| (d) | FOX News channel (National)  | [✓]    |
| (e) | MSNBC                        | [✓]    |
| (f) | NBC                          | [✓]    |
| (g) | CNN                          | [✓]    |
| (h) | Public Television            | [✓]    |
| (i) | Other                        | [ ]    |

If other, please list: _____

48.  What newspapers(s), including tabloids, do you most often read? (Both print and online)
_Blackstone Courier Record_
_____
_____

49.  Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _NoNE_____
_____
_____
_____

50.  How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
[ ] Very often     [✓] Often     [ ] Not very often     [ ] Not at all

(a)  If very often or often, what are the names of the shows? _____
_____
_____

51.  Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes     [✓] No

(a)  If yes, please describe: _____
_____

432

Juror Number: _101558912_

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes      [ ] No

(a)   If yes, please describe the content and the source of publication: _____
_____
_____
_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes      [ ] No

(a)   If yes, please describe the view you expressed and in what manner: _____
_____
_____
_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[ ] Yes            [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes      [ ] No

(a)   Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
_____
_____

**Political Involvement**

56. In politics today, do you consider yourself a: **(CHECK ONLY ONE ANSWER)**
[ ] Democrat
[ ] Independent
[ ] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[ ] Always      [ ] Often      [ ] Seldom      [ ] Never

- 15 -

432

Juror Number: _101 55 8912_

58.   How often do you vote in state/local elections?
      [ ] Always    [ ] Often    [ ] Seldom    [ ] Never

59.   How closely do you follow politics in Virginia?
      [ ] Very closely
      [ ] Somewhat closely
      [ ] Not closely at all

60.   Have you, your significant other, a family member, or a close friend ever run for, sought,
      or held a political office in the local, state, or federal government?
      [ ] Yes                [ ] No

      (a)    If yes, please provide their names, relationship to you and political office: _____
             _____
             _____

61.   Have you, your significant other, a family member, or a close friend ever worked for,
      volunteered, or been on the staff of any elected public official or worked for a committee
      or subcommittee in Congress or a State legislature?
      [ ] Yes                [ ] No

      (a)    If yes, please explain: _____
             _____
             _____

62.   Have you, your spouse/significant other, any family members or any close friends ever
      sought assistance from any elected public official?
      [ ] Yes                [ ] No

      (a)    If yes, please explain: _____
             _____
             _____

63.   Do you or any member of your family or any close personal friend have any experience
      in lobbying any branch of the state, federal, or local government?
      [ ] Yes                [ ] No

      (a)    If yes, please explain: _____
             _____
             _____

432

Juror Number: _10155 8912_

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?

[ ] Yes             [ ] No

(a)    If yes, please explain: _____

_____
_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|     |                                                          | Self | Spouse/ sig. other | Family member | Close friend |
|-----|----------------------------------------------------------|------|--------------------|---------------|--------------|
| (a) | Been paid to work for                                    | [ ]  | [ ]                | [ ]           | [ ]          |
| (b) | Volunteer work                                           | [ ]  | [ ]                | [ ]           | [ ]          |
| (c) | Canvassed neighborhoods                                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (d) | Attended meetings                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (e) | Contributed money                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (f) | Attended rallies                                         | [ ]  | [ ]                | [ ]           | [ ]          |
| (g) | Attended events, e.g., cocktail parties and/or dinners   | [ ]  | [ ]                | [ ]           | [ ]          |
| (h) | Displayed yard signs and/or bumper stickers              | [X]  | [ ]                | [ ]           | [ ]          |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities                                | [ ]  | [ ]                | [ ]           | [ ]          |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?

[ ] Often       [ ] Sometimes       [ ] Seldom       [ ] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?

[X] Yes       [ ] No

(a)    If yes, please explain: _Dept. of Correction_ _____

_____
_____
_____

- 17 -

432

Juror Number: _10155 8912_

### General Opinions and Beliefs about the Criminal Justice System

68.   The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes            [X] No

   (a)   If yes, please explain: _____
   _____
   _____

69.   The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes      [X] No       [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

### Connection to the Defendants

70.   Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes      [X] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mr. McDonnell?
   [ ] Yes      [ ] No

71.   Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes      [X] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mrs. McDonnell?
   [ ] Yes      [ ] No

- 18 -

432

Juror Number: _10/55 89/2_

72. Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply) *N/A*
   [ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
   [ ] Virginia Wine Association or marketing efforts to promote Virginia wines
   [ ] The McGlothlin Foundation
   [ ] Other activities, please explain: _____

73. Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)? *N/A*

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

   (a)   If yes, please explain: _____
   _____
   _____

74. Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
   [ ] Yes      [ ] No

   (a)   If yes, please explain: _____
   _____
   _____

75. Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
   [ ] Yes      [ ] No

   (a)   If yes, please explain: _____
   _____
   _____

- 19 -

432

Juror Number: _101558912_

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?
[ ] Yes      [X] No

(a)   If yes, please explain: _____
_____
_____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?
[ ] Yes      [X] No

(a)   If yes, please explain: _____
_____
_____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply) N/A

| | | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____

- 20 -

432

Juror Number: _10155 8912_

79. Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply) N/A

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____
_____

80. Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply) N/A

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: _____
_____
_____
_____

- 21 -

432

Juror Number: _101558912_

81.  Robert F. McDonnell is currently on the faculty at Liberty University.  Have you or a
     family member or a close friend ever had any contact or connection to Liberty
     University, including attending classes, employment, teaching courses, providing any
     financial support or donations, or being on any Liberty University mailing or email lists?
     [✓] Yes     [ ] No

     (a)   If yes, please list who, the kind of contact or connection, and their relationship to
           you: _J. Fold (wife)  student_
           _____
           _____
           _____

82.  Other than what you have already explained, have you or any family member ever been
     employed, including as a contractor, by any U.S. federal government agency?
     [ ] Yes      [✓] No

     (a)   If yes, please list the person, job title, agency, and dates of employment: _____
           _____
           _____
           _____

**Case Questions**

83.  The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with
     bribery, extortion, wire fraud, and making false statements, among other charges, and
     Maureen G. McDonnell is also charged with obstruction of justice.  Have you seen, heard
     or read anything about this case?
     [✓] Yes     [ ] No

84.  How closely have you followed the news about this case?
     [ ] Very closely
     [✓] Somewhat closely
     [ ] Not very closely
     [ ] Not at all

- 22 -

432

Juror Number: 101558912

85.   Please indicate from what source(s) you heard about the case. (Check all that apply.)

        [✓] Television
        [✓] Newspapers
        [✓] Magazines
        [✓] Radio
        [✓] Internet
        [ ] Blog/chatroom
        [ ] Personal knowledge of defendants or their family, friends or acquaintances
        [ ] Personal knowledge of potential witnesses in this case
        [ ] Personal conversations with others in the community
        [ ] Overheard others discussing the case
        [ ] Other sources of information (list): _____

86.   Have you expressed an opinion about this case or about those involved to anyone, either
through conversations or through writing to any newspaper, magazine, or publication;
calling in to any television or radio program, or posting comments or likes on the
Internet?
[ ] Yes        [✓] No

    (a)   If yes, what were the circumstances and what opinion did you express? _____

    _____

    _____

    _____

87.   Have you, a member of your family or a close friend participated in any legal research
studies such as focus groups, mock trials, or surveys that addressed the case of *United
States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
[ ] Yes        [✓] No

88.   Over the past two years, have you, a member of your family or a close friend participated
in any legal research studies such as focus groups, mock trials, or surveys that addressed
any other real or hypothetical criminal case?
[ ] Yes        [✓] No

89.   Do you or any member of your immediate family or close personal friend know anyone
who has covered this case or investigation for any media outlet?
[ ] Yes        [✓] No

    (a)   If yes, please explain: _____

    _____

    _____

- 23 -

432

Juror Number: _101558912_

90.     Two of the products that will be discussed in this case are Anatabloc, which is a dietary
        supplement produced by Star Scientific, and CigRx, a smoking cessation product
        produced by Star Scientific. Have you or a family member or a close friend ever used
        Anatabloc or CigRx?
        [ ] Yes          [ ] No          [ ] Unsure

        (a)     If yes or unsure, please describe who used the product and when: _____
                _____
                _____
                _____

91.     Do you or any family member or close friend now own or ever owned any stock in Star
        Scientific?
        [ ] Yes          [ ] No          [ ] Unsure

92.     The judge presiding over this case is U.S. District Judge James R. Spencer. Do you,
        anyone in your family, or any close personal friend know Judge Spencer or anyone else
        who works in this courthouse?
        [ ] Yes                      [ ] No

        (a)     If yes, please explain who you know and how: _____
                _____
                _____

93.     The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan
        Faulconer.

        (a)     Do you know, or have you had any contact, either social or professional, with any
                individuals listed above, or any other member of the United States Attorney's
                Office or Department of Justice?
                [ ] Yes                  [ ] No          [ ] Unsure

        (b)     If yes or unsure, please explain: _____
                _____
                _____

94.     The attorneys representing the defendants in this case and their respective law firms are
        listed below.

        **Robert F. McDonnell**
        John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
        (Holland & Knight LLP)

        Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham,
        Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
        (Jones Day)

- 24 -

432

Juror Number: _101558912_

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)   Do you know, or have you had any contact, either social or professional, with any
individuals listed above, or any other member of any of the law firms listed
above?
[ ] Yes              [ ] No          [ ] Unsure

(b)   If yes or unsure, please explain: _____
_____
_____

95.   Please review the list attached to this questionnaire that provides the names of persons
who may appear as witnesses during the trial.  Do you, your spouse/partner, any members
of your immediate family, or any of your close personal friends know or have any
connection with the individuals listed?
[ ] Yes              [ ] No          [ ] Unsure

(a)   If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96.   Other than what you have already explained, do you or any member of your immediate
family or close personal friend know anyone who may be associated in any capacity with
this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes              [ ] No

(a)   If yes, please explain: _____
_____
_____
_____

**Conclusion**

97.   Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes              [ ] No

(a)   If yes, please explain:
_____
_____

- 25 -

432

Juror Number: _10155 8912_

98.  Is there anything else that you think the Court should know that might influence your
     ability to fairly and impartially judge the evidence in this case and to apply the law as
     instructed by the Court?
     [ ] Yes                [ ] No

     (a)    If yes, please explain: _____
            _____
            _____

99.  Is there any matter you would prefer to discuss privately with the judge?
     [ ] Yes                [ ] No

- 26 -

432

Juror Number: _10155 8912_

SIGNATURE

I, ████████████████████████████████, hereby declare under

(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _6_ day of _June_, 2014.

_____

(Your Signature)

- 27 -

432

Juror Number: _101558912_

EXPLANATION SHEET

432

Juror Number: _101558912_

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _0399_

## Preliminary Matters

1.  The trial in this case will start July 28, 2014.  The trial may last 5–6 weeks and could last longer or conclude sooner.  Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial?  In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
    [ ] Yes          [✓] No

    (a)    If yes, please explain: _____
    _____
    _____
    _____

2.  Are you able to read, write, and understand the English language?
    [✓] Yes          [ ] With difficulty      [ ] No

3.  Is English your native language?
    [✓] Yes          [ ] No

    (a)    If no, what is your first language? _____

4.  Do you have any significant problems with your hearing or eyesight?
    [✓] Yes          [ ] No

    (a)    If yes, please explain:_____
    _____

5.  Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
    [ ] Yes          [✓] No          [ ] Unsure

    (a)    If yes or unsure, please explain: _____
    _____
    _____

6.  Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
    [ ] Yes          [✓] No

    (a)    If yes, please state the name of the medication(s) and explain: _____
    _____
    _____

Juror Number: __0399__

7. Are you currently a student?
   [ ] Yes, full-time     [ ] Yes, part-time     [✓] No

   (a) If yes, where do you attend school? _____

   (b) If yes, will your class schedule in August interfere with your ability to serve as a juror in this trial?
   [ ] Yes        [ ] No

   (c) If yes to #7(b) above, please explain: _____
   _____

8. Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?
   [ ] Yes        [✓] No

   (a) If yes, please explain: _____
   _____

9. Do you have any personal, religious, philosophical or other beliefs that would make it difficult for you to sit in judgment of another person as a juror in a criminal case?
   [ ] Yes           [✓] No        [ ] Unsure

   (a) If yes or unsure, please explain: _____
   _____
   _____

10. Is there any other reason why you could not be present in court and give your full attention every day for this trial?
   [ ] Yes        [✓] No

   (a) If yes, please explain: _____
   _____

- 4 -

Juror Number: __0399__

11.   This case will receive media attention. It is important that this case be decided solely on
the evidence presented in the courtroom and not on the basis of information obtained
outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or
listen to any news accounts of this trial whatsoever, not to conduct any internet searches
related to this case, and not to talk to or to communicate with anyone about the case,
including through the use of the internet or social media such as Twitter, Facebook,
Skype, YouTube, or other modes of electronic communication, until the case is over.
Would you find it difficult to obey such an instruction for any reason?
[ ] Yes            [✓] No          [ ] Unsure

(a)    If yes or unsure, please explain: _____
_____
_____

### Personal Background

12.   Gender: [ ] Male  [✓] Female

13.   Age: __34__

14.   What is your current marital status?
[ ] Single
[✓] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15.   How long have you lived in the Commonwealth of Virginia (total years)? __34__

16.   Do you have children?
[✓] Yes            [ ] No

17.   Are you (check any and all that apply):
[ ] Self-employed          [ ] Unemployed
[✓] Employed full-time     [ ] Retired
[ ] Working part-time      [ ] Homemaker
[ ] A student              [ ] Disabled and unable to work

18.   If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)    Occupation: Pharmacist

(b)    Employer: ████████████████████

(c)    Type of work: In-patient/Longterm Care Pharmacist

- 5 -

Juror Number: _0399_

(d)   Do you supervise others?
      [✓] Yes          [ ] No

      (a) If yes, how many? _7_

(e)   Do you have any responsibility for hiring or firing?
      [ ] Yes          [✓] No

19.   If you are not currently employed, please state:

(a)   Your last employer: _N/A_

(b)   Your occupation: _N/A_

(c)   Your job responsibilities: _N/A_

(d)   Did you supervise others? N/A
      [ ] Yes          [ ] No

      If yes, how many? _____

(e)   Did you have any responsibilities for hiring or firing? N/A
      [ ] Yes          [ ] No

20.   If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

(a)   Occupation: _MS4 Inspector_

(b)   Employer: ████████████████████

(c)   Type of work: _Inspect Storm Water Drainages_

21.   Do you now, or have you ever owned your own business?
      [ ] Yes          [✓] No

(a)   If yes, what type of business? _____

- 6 -

Juror Number: __0399__

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
[ ] Yes          [✓] No

  (a)   If yes, please explain: _____
  _____

23. Who makes the major financial decisions in your household?   _Joint decision making_

24. Check the highest level of education you completed:

  (a)   Grade school or less                          [ ]
  (b)   Some high school                              [ ]
  (c)   High school graduate / GED                    [ ]
  (d)   Technical or vocational school                [ ]
  (e)   Some college                                  [ ]
  (f)   2-year college degree                         [ ]
  (g)   4-year college degree                         [ ]
  (h)   Some graduate work or study                   [ ]
  (i)   Master's degree                               [ ]
  (j)   Doctoral degree (or equivalent)               [✓]
  (k)   Other                                         [ ]

  If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

  (a)   Degree(s): _Bachelor degree in Chemistry, Doctor of Pharmacy_
  (b)   Field(s) of study: _Chemistry, Pharmacy_
  (c)   Name of school(s): _Virginia Commonwealth University_

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?
[✓] Yes          [ ] No

  (a)   If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| Father | Army | Sergeant |
| | | |
| | | |
| | | |
| | | |

- 7 -

Juror Number:   0399

27. Do you or your family members have any education, training or employment experience in any of the following fields:

| | | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | [ ] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [✓] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28. Do you have any special certifications or licenses?
[✓] Yes        [ ] No

(a) If yes, please explain:   I am a Board Certified Pharmacist

- 8 -

Juror Number: _0399_

29.  If you are not an attorney, have you taken any law courses?
     [ ] Yes      [✓] No

     If so, indicate the following:

     |     | School | Date | Topic |
     |-----|--------|------|-------|
     | (a) |        |      |       |
     | (b) |        |      |       |
     | (c) |        |      |       |

30.  Please list the organizations to which you or your spouse/partner belong or in which
     either of you participate, either now or in the recent past. (Include any civic, social,
     religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
     and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
     Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
     National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
     Public Access Project, Virginia Coalition for Open Government, or the Center for Public
     Integrity):

     (a)   Self: _Alpha Kappa Alpha Sorority_

     (b)   Spouse/Partner: _N/A_

31.  Have you ever held any office, title, or other leadership position in the organizations
     listed in the previous question?
     [ ] Yes      [✓] No

     (a)   If yes, briefly describe your office or title, and dates held: _____

32.  Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
     (Check all that apply)
     [ ] Yes, currently do so      [ ] Yes, in the past      [✓] No

     If either "yes" to current use or "yes" to past use, what was the kind(s) of products
     involved:

     |     | Current / past | General product description |
     |-----|----------------|------------------------------|
     | (a) |                |                              |
     | (b) |                |                              |
     | (c) |                |                              |

- 9 -

Juror Number: __0399__

33. Have you or a family member or a close friend ever sold dietary or nutritional supplements? NO

|  | Who | When | General product description |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

34. Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[✓] Yes        [ ] No 🙂

(a) If yes, please explain who, when, what the job was, and your reason for leaving: I currently work as a staff pharmacist for Hiram W. Davis Medical Center

35. Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[✓] Yes        [ ] No

(a) If yes, please explain: I was a Community Pharmacy resident for VCU school of Pharmacy from 2005-2006.

36. Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes        [✓] No

(a) If yes, please explain when and what Board: _____

37. As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes        [✓] No

(a) If yes, please explain when and what type of disclosure was required: _____

- 10 -

Juror Number: __D399__

38. Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
    [ ] Yes      [✓] No

    (a)   If yes, please explain when and what type of training: _____
          _____
          _____

39. Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
    [✓] Yes      [ ] No

### Legal System

40. Have you ever served as a juror before?
    [✓] Yes      [ ] No

    If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
| 2012 | Criminal        | State          | Marijuana    |
|      |                 |                |              |

    (a)   Have you ever served as a juror on a grand jury?
          [ ] Yes      [✓] No

          If yes, when and where: _____

    (b)   Have you ever served as a jury or grand jury foreperson?
          [ ] Yes      [✓] No

    (c)   Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
          [ ] Yes      [✓] No

          Please explain: _____
          _____
          _____

- 11 -

Juror Number: ___0399___

41.   Have you, or, to your knowledge, any family members, or any close friends ever been:
      (a)   Convicted of a crime?                          [✓] Yes          [ ] No

      (b)   If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
|---|---|
| Brother | Illegal Substance |
|  |  |
|  |  |

42.   Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
      [ ] Yes        [✓] No

      (a)   If yes, please explain: _____
      _____

43.   Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
      [ ] Yes        [✓] No

      (a)   If yes, please provide the following details:

| Type of Case | Relationship (if any) |
|---|---|
|  |  |
|  |  |

- 12 -

Juror Number: __D399__

44.  Have you, or any members of your family, ever been employed by any law enforcement
     agency, such as: a police department, sheriff's department, the Virginia State Police
     (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation
     (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA),
     the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and
     Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a
     United States Attorney's Office, the United States Department of Justice, a
     District/Commonwealth or State's Attorney's Office, a probation or parole office, the
     Bureau of Prisons, the state department of corrections, the court system, or any other
     local, state or federal law enforcement agency or private security force?
     [ ] Yes        [✓] No

     (a)  If yes, for each person (yourself or family member), please indicate the law
          enforcement office or agency: _____
          _____
          _____
          _____

45.  Other than what you have already explained, have you, or has any close friend or relative,
     ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in
     a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid,
     public defender's office, or legal department for any private business or government
     agency?
     [ ] Yes              [✓] No

     (a)  If yes, please list their names, type of work they do, where they work, and their
          relationship to you: _____
          _____
          _____
          _____

46.  Have you or a member of your family, either personally or in connection with a business,
     been involved in any claim, legal action or dispute with any local, state, or federal,
     governmental agency?
     [ ] Yes        [✓] No

     (a)  If yes, please describe: _____
          _____

- 13 -

Juror Number: __O399__

## Media and Activities

47.    Do you watch NATIONAL news on any of the following television networks? **(CHECK ALL THAT APPLY)**

| | | |
|---|---|---|
| (a) | ABC | [✓] |
| (b) | CBS | [ ] |
| (c) | CNN | [ ] |
| (d) | FOX News channel (National) | [ ] |
| (e) | MSNBC | [ ] |
| (f) | NBC | [ ] |
| (g) | CNN | [ ] |
| (h) | Public Television | [ ] |
| (i) | Other | [ ] |

If other, please list: _____

48.    What newspapers(s), including tabloids, do you most often read? (Both print and online)
____N/A_____
_____
_____

49.    Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: __N/A_____
_____
_____
_____

50.    How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
[ ] Very often        [ ] Often        [✓] Not very often        [ ] Not at all

(a)    If very often or often, what are the names of the shows? _____
_____
_____

51.    Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes        [✓] No

(a)    If yes, please describe: _____
_____

- 14 -

Juror Number: __0399__

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes          [✓] No

    (a)    If yes, please describe the content and the source of publication: _____
    _____
    _____
    _____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes          [✓] No

    (a)    If yes, please describe the view you expressed and in what manner: _____
    _____
    _____
    _____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[ ] Yes          [✓] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes          [✓] No

    (a)    Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
    _____
    _____

### Political Involvement

56. In politics today, do you consider yourself a: **(CHECK ONLY ONE ANSWER)**
[ ] Democrat
[ ] Independent
[✓] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[✓] Always       [ ] Often       [ ] Seldom       [ ] Never

- 15 -

Juror Number: __0399__

58.    How often do you vote in state/local elections?
       [ ] Always    [ ] Often    [✓] Seldom    [ ] Never

59.    How closely do you follow politics in Virginia?
       [ ] Very closely
       [ ] Somewhat closely
       [✓] Not closely at all

60.    Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
       [ ] Yes             [✓] No

       (a)    If yes, please provide their names, relationship to you and political office: _____
              _____
              _____

61.    Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
       [ ] Yes             [✓] No

       (a)    If yes, please explain: _____
              _____
              _____

62.    Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
       [ ] Yes             [✓] No

       (a)    If yes, please explain: _____
              _____
              _____

63.    Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
       [ ] Yes             [✓] No

       (a)    If yes, please explain: _____
              _____
              _____

Juror Number: ___0399___

64.  Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?
[ ] Yes          [✓] No

(a)  If yes, please explain: _____
_____
_____

65.  With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)  N / A

| | | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

66.  How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?
[ ] Often        [ ] Sometimes        [ ] Seldom        [✓] Never

67.  Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?
[ ] Yes          [✓] No

(a)  If yes, please explain: _____
_____
_____
_____

- 17 -

Juror Number: ___0399___

## General Opinions and Beliefs about the Criminal Justice System

68. The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes            [✓] No

   (a)   If yes, please explain: _____
   _____
   _____

69. The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes        [✓] No        [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

## Connection to the Defendants

70. Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes        [✓] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mr. McDonnell?
         [ ] Yes          [ ] No

71. Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes        [✓] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mrs. McDonnell?
         [ ] Yes          [ ] No

- 18 -

Juror Number: _0399_

72.  Have you or someone you know ever had any connection to any of the following
     activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that
     apply)   N / A
     [ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
     [ ] Virginia Wine Association or marketing efforts to promote Virginia wines
     [ ] The McGlothlin Foundation
     [ ] Other activities, please explain: _____

73.  Do you, a family member, or any close friend know or have any connection (personal,
     political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member
     of their extended families, or any other person who has a close personal connection to the
     McDonnells (including but not limited to social interaction, Facebook friend status, and
     the like)?   N / A
     (Check all that apply)          Self          Family member          Close friend
     Know Mr. McDonnell               [ ]               [ ]                    [ ]
     Know Mrs. McDonnell              [ ]               [ ]                    [ ]
     Know McDonnells' families        [ ]               [ ]                    [ ]

     (a)   If yes, please explain: __N / A_____
     _____
     _____

74.  Do you or does anyone close to you know anyone who was has been a member of any
     staff or worked for Robert F. McDonnell in any capacity during any of his positions in
     elected office?
     [ ] Yes        [✓] No

     (a)   If yes, please explain: _____
     _____
     _____

75.  Do you or does anyone close to you know anyone who was has been appointed to any
     position, including State positions or jobs and Board or Commission appointments, by
     Robert F. McDonnell?
     [ ] Yes        [✓] No

     (a)   If yes, please explain: _____
     _____
     _____

- 19 -

Juror Number: __0399__

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?
[ ] Yes         [✓] No

(a)    If yes, please explain: _____

_____

_____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?
[ ] Yes         [✓] No

(a)    If yes, please explain: _____

_____

_____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns:  N / A
(Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

For any checked above, please explain: __N / A_____

_____

_____

Juror Number: __0399__

79.　Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply) N/A

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: __N/A_____
_____
_____
_____

80.　Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)　N/A

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: __N/A_____
_____
_____
_____

- 21 -

Juror Number: __0399__

81. Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes        [✓] No

    (a)   If yes, please list who, the kind of contact or connection, and their relationship to you: _____

_____

_____

_____

82. Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
[ ] Yes        [✓] No

    (a)   If yes, please list the person, job title, agency, and dates of employment: _____

_____

_____

_____

**Case Questions**

83. The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard or read anything about this case?
[✓] Yes        [ ] No

84. How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[ ] Not very closely
[✓] Not at all

- 22 -

Juror Number: _0399_

85.    Please indicate from what source(s) you heard about the case. (Check all that apply.)

    [✓] Television
    [ ] Newspapers
    [ ] Magazines
    [ ] Radio
    [ ] Internet
    [ ] Blog/chatroom
    [ ] Personal knowledge of defendants or their family, friends or acquaintances
    [ ] Personal knowledge of potential witnesses in this case
    [ ] Personal conversations with others in the community
    [ ] Overheard others discussing the case
    [ ] Other sources of information (list): _____

86.    Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
    [ ] Yes    [✓] No

    (a)    If yes, what were the circumstances and what opinion did you express? _____
_____
_____
_____

87.    Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
    [ ] Yes    [✓] No

88.    Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
    [ ] Yes    [✓] No

89.    Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
    [ ] Yes    [✓] No

    (a)    If yes, please explain: _____
_____
_____

Juror Number: _0399_

90.   Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?
[ ] Yes        [✓] No        [ ] Unsure

    (a)   If yes or unsure, please describe who used the product and when: _____

    _____

    _____

91.   Do you or any family member or close friend now own or ever owned any stock in Star Scientific?
[ ] Yes        [✓] No        [ ] Unsure

92.   The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?
[ ] Yes        [✓] No

    (a)   If yes, please explain who you know and how: _____

    _____

    _____

93.   The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

    (a)   Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?
    [ ] Yes        [✓] No        [ ] Unsure

    (b)   If yes or unsure, please explain: _____

    _____

94.   The attorneys representing the defendants in this case and their respective law firms are listed below.

**Robert F. McDonnell**
John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
(Holland & Knight LLP)

Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham, Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
(Jones Day)

- 24 -

Juror Number: __0399__

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)    Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?
[ ] Yes        [✓] No      [ ] Unsure

(b)    If yes or unsure, please explain: _____
_____
_____

95.    Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?
[ ] Yes        [✓] No      [ ] Unsure

(a)    If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96.    Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes        [✓] No

(a)    If yes, please explain: _____
_____
_____
_____

**Conclusion**

97.    Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes        [✓] No

(a)    If yes, please explain: _____
_____
_____

- 25 -

Juror Number:  __O399__

98.  Is there anything else that you think the Court should know that might influence your
     ability to fairly and impartially judge the evidence in this case and to apply the law as
     instructed by the Court?
     [ ] Yes              [☑] No

     (a)   If yes, please explain: _____

     _____

     _____

99.  Is there any matter you would prefer to discuss privately with the judge?
     [ ] Yes              [☑] No

Juror Number: _0399_

SIGNATURE

I, _____, hereby declare under
                    (Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.


**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _11th_ day of _June_, 2014.



(Your Signature)

- 27 -

Juror Number: _D399_

## EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: ___0399___

## EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _0386_

### Preliminary Matters

1.  The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
    [ ] Yes        [✓] No

    (a)    If yes, please explain: ___N/A___

2.  Are you able to read, write, and understand the English language?
    [✓] Yes        [ ] With difficulty        [ ] No

3.  Is English your native language?
    [✓] Yes        [ ] No

    (a)    If no, what is your first language? ___N/A___

4.  Do you have any significant problems with your hearing or eyesight?
    [ ] Yes        [✓] No

    (a)    If yes, please explain: ___N/A___

5.  Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
    [ ] Yes        [✓] No        [ ] Unsure

    (a)    If yes or unsure, please explain: ___N/A___

6.  Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
    [ ] Yes        [✓] No

    (a)    If yes, please state the name of the medication(s) and explain: ___N/A___

- 3 -

Juror Number: _0386_

7.  Are you currently a student?
    [ ] Yes, full-time      [ ] Yes, part-time      [✓] No

    (a)  If yes, where do you attend school? _____

    (b)  If yes, will your class schedule in August interfere with your ability to serve as a
         juror in this trial?
         [ ] Yes        [ ] No

    (c)  If yes to #7(b) above, please explain: ___N/A_____

8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
    member or dependent whose care would interfere with your ability to serve as a juror in
    this trial?
    [ ] Yes        [✓] No

    (a)  If yes, please explain:___N/A_____

9.  Do you have any personal, religious, philosophical or other beliefs that would make it
    difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes        [✓] No      [ ] Unsure

    (a)  If yes or unsure, please explain: ___N/A_____

10. Is there any other reason why you could not be present in court and give your full
    attention every day for this trial?
    [ ] Yes        [✓] No

    (a)  If yes, please explain:___N/A_____

- 4 -

Juror Number: _O 386_

11.  This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes          [✓] No          [ ] Unsure

(a)   If yes or unsure, please explain: ___N/A___

**Personal Background**

12.  Gender: [ ] Male  [✓] Female

13.  Age: _55_

14.  What is your current marital status?
[ ] Single
[✓] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15.  How long have you lived in the Commonwealth of Virginia (total years)? _55 yrs._

16.  Do you have children?
[✓] Yes          [ ] No

17.  Are you (check any and all that apply):
[✓] Self-employed          [ ] Unemployed
[ ] Employed full-time     [ ] Retired
[ ] Working part-time      [ ] Homemaker
[ ] A student              [ ] Disabled and unable to work

18.  If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)   Occupation: _Seamtress_

(b)   Employer: ███████████

(c)   Type of work: _Sewing + Alterations_

- 5 -

Juror Number: _0386_

    (d)    Do you supervise others?
            [ ] Yes       [✓] No

            (a) If yes, how many?_____

    (e)    Do you have any responsibility for hiring or firing?
            [✓] Yes      [ ] No

19.    If you are not currently employed, please state:

    (a)    Your last employer: _____ _N/A_____

    (b)    Your occupation: _____ _N/A_____

    (c)    Your job responsibilities: ____ _N/A_____
            _____

    (d)    Did you supervise others?
            [ ] Yes      [ ] No

            If yes, how many? _____ _N/A_____

    (e)    Did you have any responsibilities for hiring or firing?
            [ ] Yes      [ ] No    _N/A_

20.    If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

    (a)    Occupation:_____ _N/A_____

    (b)    Employer:_____ _N/A_____

    (c)    Type of work:____ _N/A_____

21.    Do you now, or have you ever owned your own business?
    [✓] Yes      [ ] No

    (a)    If yes, what type of business? _Sewing And Alterations_____

- 6 -

Juror Number: _0384_

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
[ ] Yes          [√] No

(a)   If yes, please explain: _____N/A_____

23. Who makes the major financial decisions in your household? _my husband_

24. Check the highest level of education you completed:

(a)   Grade school or less              [ ]
(b)   Some high school                  [ ]
(c)   High school graduate / GED        [√]
(d)   Technical or vocational school    [ ]
(e)   Some college                      [ ]
(f)   2-year college degree             [ ]
(g)   4-year college degree             [ ]
(h)   Some graduate work or study       [ ]
(i)   Master's degree                   [ ]
(j)   Doctoral degree (or equivalent)   [ ]
(k)   Other                             [ ]

If other, please explain: _____N/A_____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

(a)   Degree(s): _____N/A_____
(b)   Field(s) of study: _____N/A_____
(c)   Name of school(s): _____N/A_____

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?
[ ] Yes          [√] No

(a)   If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| N/A | | |

Juror Number: _0384_

27. Do you or your family members have any education, training or employment experience in any of the following fields:

|  |  | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | [ ] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [✓] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [✓] |

28. Do you have any special certifications or licenses?
[ ] Yes    [✓] No

(a)    If yes, please explain: _____N/A_____

- 8 -

Juror Number: _0386_

29.  If you are not an attorney, have you taken any law courses?
     [ ] Yes        [✓] No

     If so, indicate the following:

     | | School | Date | Topic |
     |---|---|---|---|
     | (a) | | N/A | |
     | (b) | | N/A | |
     | (c) | | N/A | |

30.  Please list the organizations to which you or your spouse/partner belong or in which
     either of you participate, either now or in the recent past. (Include any civic, social,
     religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
     and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
     Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
     National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
     Public Access Project, Virginia Coalition for Open Government, or the Center for Public
     Integrity):

     (a)  Self: _____ N/A _____

     (b)  Spouse/Partner: _ N/A _____

31.  Have you ever held any office, title, or other leadership position in the organizations
     listed in the previous question?
     [ ] Yes        [✓] No

     (a)  If yes, briefly describe your office or title, and dates held: _____
          _____ N/A _____

32.  Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
     (Check all that apply)
     [✓] Yes, currently do so      [ ] Yes, in the past        [ ] No

     If either "yes" to current use or "yes" to past use, what was the kind(s) of products
     involved:

     | | Current / past | General product description |
     |---|---|---|
     | (a) | Body, Hair, Skin & Nails | Complete Beauty Multi |
     | (b) | | |
     | (c) | | |

- 9 -

Juror Number: __0386__

33. Have you or a family member or a close friend ever sold dietary or nutritional supplements?

| | Who | When | General product description |
|---|---|---|---|
| (a) | | | |
| (b) | | N/A | |
| (c) | | | |

34. Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes   [X] No

   (a)   If yes, please explain who, when, what the job was, and your reason for leaving:
   _____ N/A _____

35. Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes   [X] No

   (a)   If yes, please explain: _____
   _____ N/A _____

36. Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes   [X] No

   (a)   If yes, please explain when and what Board: ___ N/A ___

37. As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes   [X] No

   (a)   If yes, please explain when and what type of disclosure was required: N/A

- 10 -

Juror Number: ___0384___

38.  Have you ever received any training addressing local, State, and/or Federal rules
     concerning conflicts of interest (COI)?
     [ ] Yes        [X] No

     (a)   If yes, please explain when and what type of training: ___N/A___
     _____
     _____

39.  Have you ever completed an application for a home mortgage or refinance of a home
     mortgage or signed as a co-applicant?
     [ ] Yes        [X] No

                              **Legal System**

40.  Have you ever served as a juror before?
     [ ] Yes        [X] No

     If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |        N/A      |                |              |

     (a)   Have you ever served as a juror on a grand jury?
           [ ] Yes        [X] No

           If yes, when and where: ___N/A___

     (b)   Have you ever served as a jury or grand jury foreperson?
           [ ] Yes        [X] No

     (c)   Was there anything about your experience as a juror or grand juror that left you
           disappointed or dissatisfied with our criminal justice system?
           [ ] Yes        [X] No

           Please explain: ___N/A___
           _____
           _____

Juror Number: _0386_

41. Have you, or, to your knowledge, any family members, or any close friends ever been:
    (a)    Convicted of a crime?                              [ ] Yes        [X] No

    (b)    If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
|---|---|
|  | N/A |
|  |  |
|  |  |

42. Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
    [ ] Yes        [X] No

    (a)    If yes, please explain: _____ N/A _____

43. Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
    [ ] Yes        [X] No

    (a)    If yes, please provide the following details:

Type of Case                  Relationship (if any)
_____ N/A _____
_____

- 12 -

Juror Number: _0386_

44.    Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, the Virginia State Police (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA), the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District/Commonwealth or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, the state department of corrections, the court system, or any other local, state or federal law enforcement agency or private security force?
[✓] Yes        [ ] No

   (a)    If yes, for each person (yourself or family member), please indicate the law enforcement office or agency: _____
   ████████████ - parole office in Nottoway County
   _____

45.    Other than what you have already explained, have you, or has any close friend or relative, ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid, public defender's office, or legal department for any private business or government agency?
[ ] Yes          [✓] No

   (a)    If yes, please list their names, type of work they do, where they work, and their relationship to you: _____
   _____ N/A _____
   _____

46.    Have you or a member of your family, either personally or in connection with a business, been involved in any claim, legal action or dispute with any local, state, or federal, governmental agency?
[ ] Yes        [✓] No

   (a)    If yes, please describe: _____ N/A _____

Juror Number: _D386_

## Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

   (a)  ABC                            [✓]
   (b)  CBS                            [✓]
   (c)  CNN                            [✓]
   (d)  FOX News channel (National)    [✓]
   (e)  MSNBC                          [ ]
   (f)  NBC                            [✓]
   (g)  CNN                            [✓]
   (h)  Public Television              [✓]
   (i)  Other                          [ ]

   If other, please list: _____ _N/A_ _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)
   _Courier Record_ _____

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _____
   _Google_
   _U Tube_

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
   [ ] Very often    [✓] Often    [ ] Not very often    [ ] Not at all

   (a)  If very often or often, what are the names of the shows? _____
   _60 minutes_
   _20/20_

51. Do you or your spouse/partner maintain a blog or online journal?
   [ ] Yes    [✓] No

   (a)  If yes, please describe: _____ _N/A_ _____

- 14 -

Juror Number: __0386__

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes        [✓] No

(a)    If yes, please describe the content and the source of publication: __N/A__
_____
_____
_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes        [✓] No

(a)    If yes, please describe the view you expressed and in what manner: __N/A__
_____
_____
_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[✓] Yes            [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes            [✓] No

(a)    Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: __N/A__
_____

**Political Involvement**

56. In politics today, do you consider yourself a: (CHECK ONLY ONE ANSWER)
[✓] Democrat
[ ] Independent
[ ] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____ N/A _____

57. How often do you vote in federal elections?
[ ] Always    [✓] Often    [ ] Seldom    [ ] Never

- 15 -

Juror Number: __0386__

58.  How often do you vote in state/local elections?
     [ ] Always     [ ] Often     [✓] Seldom     [ ] Never

59.  How closely do you follow politics in Virginia?
     [ ] Very closely
     [ ] Somewhat closely
     [✓] Not closely at all

60.  Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
     [ ] Yes          [✓] No

     (a)  If yes, please provide their names, relationship to you and political office: _____
     _____ N/A _____

61.  Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
     [ ] Yes          [✓] No

     (a)  If yes, please explain: _____ N/A _____
     _____

62.  Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
     [ ] Yes          [✓] No

     (a)  If yes, please explain: _____ N/A _____
     _____

63.  Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
     [ ] Yes          [✓] No

     (a)  If yes, please explain: _____ N/A _____
     _____

- 16 -

Juror Number: *0386*

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?

[ ] Yes          [√] No

(a)    If yes, please explain: _____ *N/A* _____

_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply) *N/A*

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?

[ ] Often      [ ] Sometimes      [ ] Seldom      [√] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?

[ ] Yes          [√] No

(a)    If yes, please explain: _____ *N/A* _____

_____

- 17 -

Juror Number: _D386_

## General Opinions and Beliefs about the Criminal Justice System

68. The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
    [ ] Yes        [✓] No

    (a)    If yes, please explain: _____ N/A _____
    _____

69. The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
    [ ] Yes        [✓] No        [ ] Unsure

    (a)    If yes or unsure, please explain: _____ N/A _____
    _____
    _____

## Connection to the Defendants

70. Have you ever been to an event or activity that Robert F. McDonnell attended?
    [ ] Yes        [✓] No

    If yes,
    (a)    What event(s) or activity? _____ N/A _____

    (b)    When: _____ N/A _____

    (c)    Did you personally meet Mr. McDonnell?
           [ ] Yes        [✓] No

71. Have you ever been to an event or activity that Maureen G. McDonnell attended?
    [ ] Yes        [✓] No

    If yes,
    (a)    What event(s) or activity? _____ N/A _____

    (b)    When: _____ N/A _____

    (c)    Did you personally meet Mrs. McDonnell?
           [ ] Yes        [✓] No

Juror Number: _0386_

72. Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply)
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____N/A_____

73. Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

(a)   If yes, please explain: _____N/A_____
_____

74. Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
[ ] Yes    [√] No

(a)   If yes, please explain: _____N/A_____
_____

75. Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
[ ] Yes    [√] No

(a)   If yes, please explain: _____N/A_____
_____

- 19 -

Juror Number: 0386

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?
[ ] Yes        [√] No

(a)    If yes, please explain: _____ N/A _____

_____

_____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?
[ ] Yes        [√] No

(a)    If yes, please explain: _____ N/A _____

_____

_____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)   N/A

|       |                                                                                          | Self | Spouse/ sig. other | Family member | Close friend |
|-------|------------------------------------------------------------------------------------------|------|--------------------|---------------|--------------|
| (a)   | Been paid to work for                                                                    | [ ]  | [ ]                | [ ]           | [ ]          |
| (b)   | Volunteer work                                                                           | [ ]  | [ ]                | [ ]           | [ ]          |
| (c)   | Canvassed neighborhoods                                                                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (d)   | Attended meetings                                                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (e)   | Contributed money                                                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (f)   | Attended rallies                                                                         | [ ]  | [ ]                | [ ]           | [ ]          |
| (g)   | Attended events, e.g., cocktail parties and/or dinners                                   | [ ]  | [ ]                | [ ]           | [ ]          |
| (h)   | Displayed yard signs and/or bumper stickers                                              | [ ]  | [ ]                | [ ]           | [ ]          |
| (i)   | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ]  | [ ]                | [ ]           | [ ]          |
| (j)   | Other campaign activities                                                                | [ ]  | [ ]                | [ ]           | [ ]          |

For any checked above, please explain: _____ N/A _____

_____

- 20 -

Juror Number: _0386_

79. Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

| | | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____ N/A _____

80. Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

| | | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | | |

For any checked above, please explain: _____ N/A _____

- 21 -

Juror Number: _0386_

81. Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes        [✓] No

  (a)   If yes, please list who, the kind of contact or connection, and their relationship to you: _____
_____ N/A _____
_____

82. Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
[ ] Yes        [✓] No

  (a)   If yes, please list the person, job title, agency, and dates of employment: _____
_____ N/A _____
_____

### Case Questions

83. The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard or read anything about this case?
[✓] Yes        [ ] No

84. How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[✓] Not very closely
[ ] Not at all

- 22 -

Juror Number: __0386__

85.  Please indicate from what source(s) you heard about the case. (Check all that apply.)

      [✓] Television
      [ ] Newspapers
      [ ] Magazines
      [✓] Radio
      [ ] Internet
      [ ] Blog/chatroom
      [ ] Personal knowledge of defendants or their family, friends or acquaintances
      [ ] Personal knowledge of potential witnesses in this case
      [ ] Personal conversations with others in the community
      [ ] Overheard others discussing the case
      [ ] Other sources of information (list): _____

86.  Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
    [ ] Yes     [✓] No

    (a)    If yes, what were the circumstances and what opinion did you express? _____
    _____ N/A _____

87.  Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America y. Robert F. McDonnell and Maureen G. McDonnell*?
    [ ] Yes     [✓] No

88.  Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
    [ ] Yes     [✓] No

89.  Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
    [ ] Yes     [✓] No

    (a)    If yes, please explain: _____
    _____ N/A _____

Juror Number: ___0386___

90. Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?

[ ] Yes    [✓] No    [ ] Unsure

(a) If yes or unsure, please describe who used the product and when: _____

_____ N/A _____

91. Do you or any family member or close friend now own or ever owned any stock in Star Scientific?

[ ] Yes    [✓] No    [ ] Unsure

92. The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?

[ ] Yes    [✓] No

(a) If yes, please explain who you know and how: _____

_____ N/A _____

93. The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

(a) Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?

[ ] Yes    [✓] No    [ ] Unsure

(b) If yes or unsure, please explain: _____ N/A _____

_____

94. The attorneys representing the defendants in this case and their respective law firms are listed below.

**Robert F. McDonnell**
John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
(Holland & Knight LLP)

Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham, Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
(Jones Day)

Juror Number: _0386_

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a) Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?
[ ] Yes          [x] No          [ ] Unsure

(b) If yes or unsure, please explain: _____N/A_____

95. Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?
[ ] Yes          [x] No          [ ] Unsure

(a) If yes or unsure, please list the names of each person and explain the connection:
_____N/A_____

96. Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes          [x] No

(a) If yes, please explain: _____N/A_____

**Conclusion**

97. Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes          [x] No

(a) If yes, please explain: _____N/A_____

- 25 -

Juror Number: _0386_

98. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?
    [ ] Yes          [√] No

    (a)   If yes, please explain: _____ N/A _____
    _____

99. Is there any matter you would prefer to discuss privately with the judge?
    [ ] Yes          [√] No

- 26 -

Juror Number: __O386__

SIGNATURE

I, _____, hereby declare under

(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.


**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this __9th__ day of __June__, 2014.


_____

(Your Signature)

- 27 -

Juror Number: _0386_

## EXPLANATION SHEET

Juror Number: _0386_

## EXPLANATION SHEET, continued.

Juror Number: __0248__

## Preliminary Matters

1. The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
   [ ] Yes          [✓] No

   (a) If yes, please explain: _____
   _____
   _____
   _____

2. Are you able to read, write, and understand the English language?
   [✓] Yes          [ ] With difficulty          [ ] No

3. Is English your native language?
   [✓] Yes          [ ] No

   (a) If no, what is your first language? _____

4. Do you have any significant problems with your hearing or eyesight?
   [ ] Yes          [✓] No

   (a) If yes, please explain:_____
   _____

5. Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
   [ ] Yes          [✓] No          [ ] Unsure

   (a) If yes or unsure, please explain: _____
   _____
   _____

6. Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
   [ ] Yes          [✓] No

   (a) If yes, please state the name of the medication(s) and explain: _____
   _____
   _____

- 3 -

Juror Number: _0248_

7.     Are you currently a student?
       [ ] Yes, full-time       [ ] Yes, part-time       [✓] No

       (a)     If yes, where do you attend school? _____

       (b)     If yes, will your class schedule in August interfere with your ability to serve as a
               juror in this trial?
               [ ] Yes          [ ] No

       (c)     If yes to #7(b) above, please explain: _____
               _____

8.     Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
       member or dependent whose care would interfere with your ability to serve as a juror in
       this trial?
       [ ] Yes          [✓] No

       (a)     If yes, please explain:_____
               _____

9.     Do you have any personal, religious, philosophical or other beliefs that would make it
       difficult for you to sit in judgment of another person as a juror in a criminal case?
       [ ] Yes               [✓] No          [ ] Unsure

       (a)     If yes or unsure, please explain: _____
               _____
               _____

10.    Is there any other reason why you could not be present in court and give your full
       attention every day for this trial?
       [ ] Yes          [✓] No

       (a)     If yes, please explain:_____
               _____

Juror Number: _0248_

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes          [✓] No          [ ] Unsure

(a)   If yes or unsure, please explain: _____
_____
_____

## Personal Background

12. Gender: [✓] Male  [ ] Female

13. Age: _69_

14. What is your current marital status?
[ ] Single
[✓] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15. How long have you lived in the Commonwealth of Virginia (total years)? _24_

16. Do you have children?
[✓] Yes          [ ] No

17. Are you (check any and all that apply):
[ ] Self-employed          [ ] Unemployed
[ ] Employed full-time     [✓] Retired
[✓] Working part-time      [ ] Homemaker
[ ] A student              [ ] Disabled and unable to work

18. If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)   Occupation: _RETAIL TEAM MEMBER_

(b)   Employer: _____

(c)   Type of work: _RETAIL_

- 5 -

Juror Number: _0248_

    (d)    Do you supervise others?
             [ ] Yes        [✓] No

             (a) If yes, how many?_____

    (e)    Do you have any responsibility for hiring or firing?
             [ ] Yes        [✓] No

19.    If you are not currently employed, please state:

    (a)    Your last employer: _____NA_____

    (b)    Your occupation: _____NA_____

    (c)    Your job responsibilities: _____NA_____
           _____

    (d)    Did you supervise others?
             [ ] Yes    [ ] No

             If yes, how many? _____NA_____

    (e)    Did you have any responsibilities for hiring or firing?
             [ ] Yes    [ ] No    NA

20.    If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

    (a)    Occupation: ___RETAIL CLERK_____

    (b)    Employer: ___████████████_____

    (c)    Type of work: ___RETAIL_____

21.    Do you now, or have you ever owned your own business?
    [ ] Yes    [✓] No

    (a)    If yes, what type of business? _____

- 6 -

Juror Number: __0248__

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
[ ] Yes          [✓] No

(a)   If yes, please explain: _____

_____

23. Who makes the major financial decisions in your household? __DANIEL & LINDA HOTTLE__

24. Check the highest level of education you completed:

| | | |
|---|---|---|
| (a) | Grade school or less | [ ] |
| (b) | Some high school | [ ] |
| (c) | High school graduate / GED | [✓] |
| (d) | Technical or vocational school | [ ] |
| (e) | Some college | [ ] |
| (f) | 2-year college degree | [ ] |
| (g) | 4-year college degree | [ ] |
| (h) | Some graduate work or study | [ ] |
| (i) | Master's degree | [ ] |
| (j) | Doctoral degree (or equivalent) | [ ] |
| (k) | Other | [ ] |

If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

(a)   Degree(s): _____ N/A _____
(b)   Field(s) of study: _____
(c)   Name of school(s): _____

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?
[✓] Yes          [ ] No

(a)   If yes, please list their relationship to you, branch, and highest rank:

| | | Highest |
|---|---|---|
| Relationship | Branch | Rank |
| ▊▊▊▊ | U.S. Air Force | Airman |
| | | |
| | | |
| | | |
| | | |

- 7 -

Juror Number: _0248_

27. Do you or your family members have any education, training or employment experience in any of the following fields:

| | | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | [ ] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [✓] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28. Do you have any special certifications or licenses?
[ ] Yes        [✓] No

(a)    If yes, please explain: _____

_____

- 8 -

Juror Number: __0248__

29.   If you are not an attorney, have you taken any law courses?
      [ ] Yes      [✓] No

      If so, indicate the following:

|     | School | Date | Topic |
|-----|--------|------|-------|
| (a) |        |      |       |
| (b) |        |      |       |
| (c) |        |      |       |

30.   Please list the organizations to which you or your spouse/partner belong or in which
      either of you participate, either now or in the recent past. (Include any civic, social,
      religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
      and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
      Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
      National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
      Public Access Project, Virginia Coalition for Open Government, or the Center for Public
      Integrity):

      (a)   Self: __AMERICAN LEGION, KIWANIS__

      (b)   Spouse/Partner: __N/A__

31.   Have you ever held any office, title, or other leadership position in the organizations
      listed in the previous question?
      [ ] Yes      [✓] No

      (a)   If yes, briefly describe your office or title, and dates held: _____

32.   Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
      (Check all that apply)
      [ ] Yes, currently do so      [ ] Yes, in the past      [✓] No

      If either "yes" to current use or "yes" to past use, what was the kind(s) of products
      involved:

|     | Current / past | General product description |
|-----|----------------|------------------------------|
| (a) |                |                              |
| (b) |                |                              |
| (c) |                |                              |

- 9 -

Juror Number: __0248__

33.  Have you or a family member or a close friend ever sold dietary or nutritional supplements?

Who             When            General product description
(a) _____  _____  _____
(b) _____  _____  _____
(c) _____  _____  _____

34.  Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes        [ ] No

(a)  If yes, please explain who, when, what the job was, and your reason for leaving:
_____
_____
_____

35.  Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes        [ ] No

(a)  If yes, please explain: _____
_____
_____

36.  Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes        [ ] No

(a)  If yes, please explain when and what Board: _____
_____

37.  As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes        [ ] No

(a)  If yes, please explain when and what type of disclosure was required: _____
_____
_____

- 10 -

Juror Number: __0248__

38. Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
[ ] Yes       [✓] No

(a)   If yes, please explain when and what type of training: _____
_____
_____

39. Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
[✓] Yes       [ ] No

## Legal System

40. Have you ever served as a juror before?
[ ] Yes       [✓] No

If yes, indicate for each:

| Year | Civil/<br>Criminal | Federal/<br>State | Type of Case |
|---|---|---|---|
| | | | |
| | | | |

(a)   Have you ever served as a juror on a grand jury?
[ ] Yes       [✓] No

If yes, when and where: _____

(b)   Have you ever served as a jury or grand jury foreperson?
[ ] Yes       [✓] No

(c)   Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
[ ] Yes       [✓] No

Please explain: _____
_____
_____

- 11 -

Juror Number: 0248

41. Have you, or, to your knowledge, any family members, or any close friends ever been:
    (a)    Convicted of a crime?                          [✓] Yes        [ ] No

    (b)    If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
|---|---|
| SELF | SELLING ALCOHOIC ENERGY DRINK TO A MINOR @ WAWA |
| SON | DRUG CONVICTIONS -2 - ROBBERY UNAUTHORIZE USE OF PARENTS VECHILE |
|  |  |

42. Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
    [ ] Yes        [✓] No

    (a)    If yes, please explain: _____
    _____

43. Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
    [ ] Yes        [✓] No

    (a)    If yes, please provide the following details:

Type of Case                          Relationship (if any)
_____
_____

- 12 -

Juror Number: __0248__

44.    Have you, or any members of your family, ever been employed by any law enforcement
       agency, such as: a police department, sheriff's department, the Virginia State Police
       (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation
       (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA),
       the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and
       Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a
       United States Attorney's Office, the United States Department of Justice, a
       District/Commonwealth or State's Attorney's Office, a probation or parole office, the
       Bureau of Prisons, the state department of corrections, the court system, or any other
       local, state or federal law enforcement agency or private security force?
       [✓] Yes         [ ] No

       (a)    If yes, for each person (yourself or family member) please indicate the law
              enforcement office or agency: _Ex- Son-In-Law_
              ▅▅▅▅▅▅ _(Now Deceased) Chesterfield Sheriff's Dept_
              _____
              _____

45.    Other than what you have already explained, have you, or has any close friend or relative,
       ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in
       a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid,
       public defender's office, or legal department for any private business or government
       agency?
       [ ] Yes          [✓] No

       (a)    If yes, please list their names, type of work they do, where they work, and their
              relationship to you: _____
              _____
              _____
              _____

46.    Have you or a member of your family, either personally or in connection with a business,
       been involved in any claim, legal action or dispute with any local, state, or federal,
       governmental agency?
       [ ] Yes          [✓] No

       (a)    If yes, please describe: _____
              _____

- 13 -

Juror Number: __0248__

## Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? (CHECK ALL THAT APPLY)

    (a)    ABC                              [✓]
    (b)    CBS                              [✓]
    (c)    CNN                              [✓]
    (d)    FOX News channel (National)      [ ]
    (e)    MSNBC                            [ ]
    (f)    NBC                              [✓]
    (g)    CNN                              [✓]
    (h)    Public Television                [ ]
    (i)    Other                            [ ]

    If other, please list: _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)
    ____Richmond Times Dispatch_____
    _____
    _____

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _____
    _____N/A_____
    _____
    _____

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
    [ ] Very often        [ ] Often        [✓] Not very often        [ ] Not at all

    (a)    If very often or often, what are the names of the shows? _____
    _____
    _____

51. Do you or your spouse/partner maintain a blog or online journal?
    [ ] Yes        [✓] No

    (a)    If yes, please describe: _____
    _____

- 14 -

Juror Number: __0248__

52.  Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes          [✓] No

(a)      If yes, please describe the content and the source of publication: _____
_____
_____
_____

53.  Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes          [✓] No

(a)      If yes, please describe the view you expressed and in what manner: _____
_____
_____
_____

54.  Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[✓] Yes                    [ ] No

55.  Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes          [✓] No

(a)      Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
_____
_____

## Political Involvement

56.  In politics today, do you consider yourself a: (CHECK ONLY ONE ANSWER)
[ ] Democrat
[✓] Independent
[ ] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57.  How often do you vote in federal elections?
[✓] Always     [ ] Often     [ ] Seldom     [ ] Never

Juror Number: _0248_

58.   How often do you vote in state/local elections?
      [ ] Always     [ ] Often     [ ] Seldom     [ ] Never

59.   How closely do you follow politics in Virginia?
      [ ] Very closely
      [ ] Somewhat closely
      [ ] Not closely at all

60.   Have you, your significant other, a family member, or a close friend ever run for, sought,
      or held a political office in the local, state, or federal government?
      [ ] Yes                    [ ] No

      (a)     If yes, please provide their names, relationship to you and political office: _____
      _____
      _____

61.   Have you, your significant other, a family member, or a close friend ever worked for,
      volunteered, or been on the staff of any elected public official or worked for a committee
      or subcommittee in Congress or a State legislature?
      [ ] Yes                    [ ] No

      (a)     If yes, please explain: _____
      _____
      _____

62.   Have you, your spouse/significant other, any family members or any close friends ever
      sought assistance from any elected public official?
      [ ] Yes                    [ ] No

      (a)     If yes, please explain: _____
      _____
      _____

63.   Do you or any member of your family or any close personal friend have any experience
      in lobbying any branch of the state, federal, or local government?
      [ ] Yes                    [ ] No

      (a)     If yes, please explain: _____
      _____
      _____

Juror Number: _0248_

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?
[ ] Yes        [✓] No

   (a)   If yes, please explain: _____
   _____
   _____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

*N/A*

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?
[ ] Often        [ ] Sometimes        [ ] Seldom        [✓] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?
[ ] Yes        [✓] No

   (a)   If yes, please explain: _____
   _____
   _____
   _____

- 17 -

Juror Number: _0248_

## General Opinions and Beliefs about the Criminal Justice System

68.   The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes         [X] No

    (a)    If yes, please explain: _____

    _____

    _____

69.   The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes         [X] No        [ ] Unsure

    (a)    If yes or unsure, please explain: _____

    _____

    _____

## Connection to the Defendants

70.   Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes         [X] No

    If yes,

    (a)    What event(s) or activity? _____

    _____

    (b)    When: _____

    (c)    Did you personally meet Mr. McDonnell?
        [ ] Yes     [ ] No

71.   Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes         [X] No

    If yes,

    (a)    What event(s) or activity? _____

    _____

    (b)    When: _____

    (c)    Did you personally meet Mrs. McDonnell?
        [ ] Yes     [ ] No

Juror Number: _____0248_____

72. Have you or someone you know ever had any connection to any of the following
activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that
apply)
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____

73. Do you, a family member, or any close friend know or have any connection (personal,
political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member
of their extended families, or any other person who has a close personal connection to the
McDonnells (including but not limited to social interaction, Facebook friend status, and
the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

   (a)    If yes, please explain: _____
_____
_____

74. Do you or does anyone close to you know anyone who was has been a member of any
staff or worked for Robert F. McDonnell in any capacity during any of his positions in
elected office?
[ ] Yes        [X] No

   (a)    If yes, please explain: _____
_____
_____

75. Do you or does anyone close to you know anyone who was has been appointed to any
position, including State positions or jobs and Board or Commission appointments, by
Robert F. McDonnell?
[ ] Yes        [X] No

   (a)    If yes, please explain: _____
_____
_____

Juror Number: **0248**

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?
[ ] Yes       [✓] No

   (a)    If yes, please explain: _____

   _____

   _____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?
[ ] Yes       [✓] No

   (a)    If yes, please explain: _____

   _____

   _____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)

|   |   | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|------|-----------|--------|--------|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [✓] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

   For any checked above, please explain: _____

   _____

   _____

Juror Number: __0248__

79. Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

| | | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____
_____

80. Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

| | | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | | |

For any checked above, please explain: _____
_____
_____
_____

Juror Number: 0248

81.  Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a
     family member or a close friend ever had any contact or connection to Liberty
     University, including attending classes, employment, teaching courses, providing any
     financial support or donations, or being on any Liberty University mailing or email lists?
     [ ] Yes        [✗] No

     (a)   If yes, please list who, the kind of contact or connection, and their relationship to
           you: _____
           _____
           _____
           _____

82.  Other than what you have already explained, have you or any family member ever been
     employed, including as a contractor, by any U.S. federal government agency?
     [ ] Yes        [✗] No

     (a)   If yes, please list the person, job title, agency, and dates of employment: _____
           _____
           _____
           _____

## Case Questions

83.  The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with
     bribery, extortion, wire fraud, and making false statements, among other charges, and
     Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard
     or read anything about this case?
     [✗] Yes        [ ] No

84.  How closely have you followed the news about this case?
     [ ] Very closely
     [ ] Somewhat closely
     [✗] Not very closely
     [ ] Not at all

- 22 -

Juror Number: __0248__

85.    Please indicate from what source(s) you heard about the case. (Check all that apply.)

[✓] Television
[✓] Newspapers
[ ] Magazines
[ ] Radio
[ ] Internet
[ ] Blog/chatroom
[ ] Personal knowledge of defendants or their family, friends or acquaintances
[ ] Personal knowledge of potential witnesses in this case
[ ] Personal conversations with others in the community
[ ] Overheard others discussing the case
[ ] Other sources of information (list): _____

86.    Have you expressed an opinion about this case or about those involved to anyone, either
through conversations or through writing to any newspaper, magazine, or publication;
calling in to any television or radio program; or posting comments or likes on the
Internet?
[ ] Yes        [✓] No

(a)    If yes, what were the circumstances and what opinion did you express? _____
_____
_____
_____

87.    Have you, a member of your family or a close friend participated in any legal research
studies such as focus groups, mock trials, or surveys that addressed the case of *United
States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
[ ] Yes        [✓] No

88.    Over the past two years, have you, a member of your family or a close friend participated
in any legal research studies such as focus groups, mock trials, or surveys that addressed
any other real or hypothetical criminal case?
[ ] Yes        [✓] No

89.    Do you or any member of your immediate family or close personal friend know anyone
who has covered this case or investigation for any media outlet?
[ ] Yes        [✓] No

(a)    If yes, please explain: _____
_____
_____

- 23 -

Juror Number: __0248__

90. Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?
   [ ] Yes     [✓] No     [ ] Unsure

   (a)   If yes or unsure, please describe who used the product and when: _____
   _____
   _____
   _____

91. Do you or any family member or close friend now own or ever owned any stock in Star Scientific?
   [ ] Yes     [✓] No     [ ] Unsure

92. The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?
   [ ] Yes     [✓] No

   (a)   If yes, please explain who you know and how: _____
   _____
   _____

93. The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

   (a)   Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?
   [ ] Yes     [✓] No     [ ] Unsure

   (b)   If yes or unsure, please explain: _____
   _____
   _____

94. The attorneys representing the defendants in this case and their respective law firms are listed below.

   **Robert F. McDonnell**
   John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
   (Holland & Knight LLP)

   Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham, Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
   (Jones Day)

- 24 -

Juror Number: __0248__

Maureen G. McDonnell
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a) Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?
[ ] Yes          [X] No          [ ] Unsure

(b) If yes or unsure, please explain: _____
_____
_____

95. Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?
[ ] Yes          [X] No          [ ] Unsure

(a) If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96. Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes          [X] No

(a) If yes, please explain: _____
_____
_____

**Conclusion**

97. Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes          [X] No

(a) If yes, please explain:
_____
_____

Juror Number:  *02 48*

98.   Is there anything else that you think the Court should know that might influence your
      ability to fairly and impartially judge the evidence in this case and to apply the law as
      instructed by the Court?
      [ ] Yes                [ ] No

      (a)    If yes, please explain: _____
             _____
             _____

99.   Is there any matter you would prefer to discuss privately with the judge?
      [ ] Yes                [ ] No

Juror Number: _0248_

## SIGNATURE

I, _____, hereby declare under
(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _5th_ day of _JUNE_, 2014.

_____
(Your Signature)

- 27 -

Juror Number: _0248_

EXPLANATION SHEET

- 28 -

Juror Number: __0248__

EXPLANATION SHEET, continued.

Juror Number: __0337__

### Preliminary Matters

1. The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
   [ ] Yes          [X] No

   (a)   If yes, please explain: _____
   _____
   _____
   _____

2. Are you able to read, write, and understand the English language?
   [X] Yes          [ ] With difficulty     [ ] No

3. Is English your native language?
   [X] Yes          [ ] No

   (a)   If no, what is your first language? _____

4. Do you have any significant problems with your hearing or eyesight?
   [ ] Yes          [X] No

   (a)   If yes, please explain:_____
   _____

5. Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
   [ ] Yes          [X] No          [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

6. Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
   [ ] Yes          [X] No

   (a)   If yes, please state the name of the medication(s) and explain: _____
   _____
   _____

- 3 -

Case 3:14-cr-00012-JRS   Document 656-2   Filed 05/06/15   Page 16 of 213 PageID# 19639

Juror Number: _O337_

7.  Are you currently a student?
    [ ] Yes, full-time      [ ] Yes, part-time      [X] No

    (a)   If yes, where do you attend school? _____

    (b)   If yes, will your class schedule in August interfere with your ability to serve as a
          juror in this trial?
          [ ] Yes       [ ] No

    (c)   If yes to #7(b) above, please explain: _____
          _____

8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
    member or dependent whose care would interfere with your ability to serve as a juror in
    this trial?
    [ ] Yes       [X] No

    (a)   If yes, please explain:_____
          _____

9.  Do you have any personal, religious, philosophical or other beliefs that would make it
    difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes       [X] No       [ ] Unsure

    (a)   If yes or unsure, please explain: _____
          _____
          _____

10. Is there any other reason why you could not be present in court and give your full
    attention every day for this trial?
    [ ] Yes       [X] No

    (a)   If yes, please explain:_____
          _____

- 4 -

Juror Number: ___0337___

11.  This case will receive media attention. It is important that this case be decided solely on
     the evidence presented in the courtroom and not on the basis of information obtained
     outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or
     listen to any news accounts of this trial whatsoever, not to conduct any internet searches
     related to this case, and not to talk to or to communicate with anyone about the case,
     including through the use of the internet or social media such as Twitter, Facebook,
     Skype, YouTube, or other modes of electronic communication, until the case is over.
     Would you find it difficult to obey such an instruction for any reason?
     [ ] Yes          [X] No          [ ] Unsure

     (a)   If yes or unsure, please explain: _____
           _____
           _____

### Personal Background

12.  Gender: [X] Male  [ ] Female

13.  Age: ___54___

14.  What is your current marital status?
     [ ] Single
     [ ] Married
     [X] Divorced
     [ ] Separated
     [ ] Widowed

15.  How long have you lived in the Commonwealth of Virginia (total years)? ___21___

16.  Do you have children?
     [X] Yes                    [ ] No

17.  Are you (check any and all that apply):
     [ ] Self-employed          [ ] Unemployed
     [X] Employed full-time     [ ] Retired
     [ ] Working part-time      [ ] Homemaker
     [ ] A student              [ ] Disabled and unable to work

18.  If you are currently employed in any capacity, either full-time, or part-time, please state:

     (a)   Occupation:_____SYSTEMS PROGRAMMER_____

     (b)   Employer:_____████████████_____

     (c)   Type of work:_____TECHNOLOGY SUPPORT_____

- 5 -

Case 3:14-cr-00012-JRS   Document 656-2   Filed 05/06/15   Page 18 of 213 PageID# 19641

Juror Number: ___0 337___

    (d)    Do you supervise others?
           [ ] Yes        [X] No

           (a) If yes, how many?_____

    (e)    Do you have any responsibility for hiring or firing?
           [ ] Yes        [X] No

19.    If you are not currently employed, please state:    N/A

    (a)    Your last employer: _____

    (b)    Your occupation: _____

    (c)    Your job responsibilities: _____
           _____

    (d)    Did you supervise others?
           [ ] Yes        [ ] No

           If yes, how many? _____

    (e)    Did you have any responsibilities for hiring or firing?
           [ ] Yes        [ ] No

20.    If you are married or currently share a household with someone who is employed in any
    capacity, either full-time, or part-time, please state the following:    N/A

    (a)    Occupation:_____

    (b)    Employer:_____

    (c)    Type of work:_____

21.    Do you now, or have you ever owned your own business?
    [ ] Yes        [X] No

    (a)    If yes, what type of business? _____
           _____

Juror Number: ___0337___

22.    Have you or any member of your immediate family or any close personal friend ever
       served as a corporate officer or member of the Board of Directors in any business or
       corporation?
       [ ] Yes          [X] No

       (a)    If yes, please explain:_____
       _____

23.    Who makes the major financial decisions in your household? ____ME_____

24.    Check the highest level of education you completed:

       (a)    Grade school or less              [ ]
       (b)    Some high school                  [ ]
       (c)    High school graduate / GED        [X]
       (d)    Technical or vocational school    [X]
       (e)    Some college                      [ ]
       (f)    2-year college degree             [ ]
       (g)    4-year college degree             [ ]
       (h)    Some graduate work or study       [ ]
       (i)    Master's degree                   [ ]
       (j)    Doctoral degree (or equivalent)   [ ]
       (k)    Other                             [ ]

       If other, please explain: _____

25.    If you had any educational training beyond high school, please list all degrees you have
       received and the area of study.    N/A

       (a)    Degree(s): _____
       (b)    Field(s) of study: _____
       (c)    Name of school(s): _____

26.    Have you or any of your family members (e.g., parents, siblings, a spouse, or children)
       served in any branch of the Armed Forces?
       [X] Yes          [ ] No

       (a)    If yes, please list their relationship to you, branch, and highest rank:
                                                    Highest
Relationship              Branch                    Rank
   FATHER                  ARMY                      UNSURE
_____
_____
_____
_____

- 7 -

Juror Number: ___0337___

27.  Do you or your family members have any education, training or employment experience in any of the following fields:

|  |  | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | [ ] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [X] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [X] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [X] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [X] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28.  Do you have any special certifications or licenses?
     [ ] Yes        [X] No

     (a)    If yes, please explain: _____
     _____

- 8 -

Juror Number: __0337__

29.  If you are not an attorney, have you taken any law courses?
     [ ] Yes        [X] No

     If so, indicate the following:

|     | School | Date | Topic |
|-----|--------|------|-------|
| (a) |        |      |       |
| (b) |        |      |       |
| (c) |        |      |       |

30.  Please list the organizations to which you or your spouse/partner belong or in which
     either of you participate, either now or in the recent past. (Include any civic, social,
     religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
     and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
     Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
     National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
     Public Access Project, Virginia Coalition for Open Government, or the Center for Public
     Integrity):

     (a)   Self: _____NONE_____

     (b)   Spouse/Partner: ____N/A_____

31.  Have you ever held any office, title, or other leadership position in the organizations
     listed in the previous question?        N/A
     [ ] Yes        [ ] No

     (a)   If yes, briefly describe your office or title, and dates held: _____

32.  Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
     (Check all that apply)
     [ ] Yes, currently do so     [ ] Yes, in the past          [X] No

     If either "yes" to current use or "yes" to past use, what was the kind(s) of products
     involved:

|     | Current / past | General product description |
|-----|----------------|-----------------------------|
| (a) |                |                             |
| (b) |                |                             |
| (c) |                |                             |

- 9 -

Juror Number: ___O337___

33. Have you or a family member or a close friend ever sold dietary or nutritional supplements?

| | Who | When | General product description |
|---|---|---|---|
| (a) | FRIEND | 01/2014 | ~~WEIGHT~~ Loss - You |
| (b) | | | WEIGHT AND IT WORKS |
| (c) | | | |

34. Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes        [X] No

(a)    If yes, please explain who, when, what the job was, and your reason for leaving:
_____
_____
_____

35. Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[X] Yes        [ ] No

(a)    If yes, please explain: ___DAUGHTER CURRENTLY WORKS___
___AT MCV._____
_____

36. Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes        [X] No

(a)    If yes, please explain when and what Board: _____
_____

37. As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes        [X] No

(a)    If yes, please explain when and what type of disclosure was required: _____
_____
_____

- 10 -

Juror Number: ___0337___

38.  Have you ever received any training addressing local, State, and/or Federal rules
     concerning conflicts of interest (COI)?
     [X] Yes       [ ] No

     (a)   If yes, please explain when and what type of training: __COI  TRAINING__
     __(CBT COURSE)  WHEN  I  WORKED  @  THE  FEDERAL__
     __RESERVE.  AND  IBM__

39.  Have you ever completed an application for a home mortgage or refinance of a home
     mortgage or signed as a co-applicant?
     [X] Yes       [ ] No

                              Legal System

40.  Have you ever served as a juror before?
     [ ] Yes       [X] No

     If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |
|      |                 |                |              |

     (a)   Have you ever served as a juror on a grand jury?
           [ ] Yes       [X] No

           If yes, when and where: _____

     (b)   Have you ever served as a jury or grand jury foreperson?
           [ ] Yes       [X] No

     (c)   Was there anything about your experience as a juror or grand juror that left you
           disappointed or dissatisfied with our criminal justice system?  N/A
           [ ] Yes       [ ] No

           Please explain: _____
           _____
           _____

                                - 11 -

Case 3:14-cr-00012-JRS   Document 656-2   Filed 05/06/15   Page 24 of 213 PageID# 19647

Juror Number: ____C337____

41.  Have you, or, to your knowledge, any family members, or any close friends ever been:
     (a)    Convicted of a crime?                              [X] Yes        [ ] No

     (b)    If yes, please provide the following:

Relationship of
person convicted          Crime(s)
(Self, Sister, etc.)      involved

| | |
|---|---|
| FRIEND/CO-WORKER | HOUSE WAS USED TO |
| | DISTRIBUTE METH. |
| | |

42.  Have you, any member of your immediate family, or any close personal friend ever been
     investigated for violating ethical rules by an employer, ethics committee, governmental
     agency, or other organization?
     [ ] Yes        [X] No

     (a)    If yes, please explain: _____
     _____

43.  Has any family member or person with whom you have a close personal relationship ever
     testified in a grand jury or in court?
     [ ] Yes        [X] No

     (a)    If yes, please provide the following details:

Type of Case                  Relationship (if any)

_____
_____

- 12 -

Juror Number: _____0337_____

44.    Have you, or any members of your family, ever been employed by any law enforcement
       agency, such as: a police department, sheriff's department, the Virginia State Police
       (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation
       (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA),
       the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and
       Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a
       United States Attorney's Office, the United States Department of Justice, a
       District/Commonwealth or State's Attorney's Office, a probation or parole office, the
       Bureau of Prisons, the state department of corrections, the court system, or any other
       local, state or federal law enforcement agency or private security force?
       [ ] Yes          [X] No

       (a)    If yes, for each person (yourself or family member), please indicate the law
              enforcement office or agency: _____
              _____
              _____
              _____

45.    Other than what you have already explained, have you, or has any close friend or relative,
       ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in
       a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid,
       public defender's office, or legal department for any private business or government
       agency?
       [ ] Yes          [X] No

       (a)    If yes, please list their names, type of work they do, where they work, and their
              relationship to you: _____
              _____
              _____
              _____

46.    Have you or a member of your family, either personally or in connection with a business,
       been involved in any claim, legal action or dispute with any local, state, or federal,
       governmental agency?
       [ ] Yes          [X] No

       (a)    If yes, please describe: _____
              _____

- 13 -

Juror Number: __0337__

## Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? (CHECK ALL THAT APPLY)

    (a)   ABC                              [ ]
    (b)   CBS                              [ ]
    (c)   CNN                              [X]
    (d)   FOX News channel (National)      [X]
    (e)   MSNBC                            [ ]
    (f)   NBC                              [ ]
    (g)   CNN                              [ ]
    (h)   Public Television               [ ]
    (i)   Other                            [X]

    If other, please list: __BBC__

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)
    __None__

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _____
    __CNN, com once in awhile__

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
    [ ] Very often       [ ] Often       [X] Not very often       [ ] Not at all

    (a)   If very often or often, what are the names of the shows? _____

51. Do you or your spouse/partner maintain a blog or online journal?
    [ ] Yes       [X] No

    (a)   If yes, please describe: _____

- 14 -

Juror Number:   0337

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?

[ ] Yes        [X] No

(a)    If yes, please describe the content and the source of publication: _____

_____

_____

_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?

[ ] Yes        [X] No

(a)    If yes, please describe the view you expressed and in what manner: _____

_____

_____

_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?

[X] Yes                [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?

[X] Yes                [ ] No

(a)    Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____

NONE -

_____

### Political Involvement

56. In politics today, do you consider yourself a: **(CHECK ONLY ONE ANSWER)**

[ ] Democrat
[X] Independent
[ ] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?

[X] Always      ~~[ ] Often~~      [ ] Seldom      [ ] Never

- 15 -

Juror Number: __0337__

58. How often do you vote in state/local elections?
[ ] Always    [X] Often    [ ] Seldom    [ ] Never

59. How closely do you follow politics in Virginia?
[ ] Very closely
[ ] Somewhat closely
[X] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[ ] Yes         [X] No

   (a)    If yes, please provide their names, relationship to you and political office: _____
   _____
   _____

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes         [X] No

   (a)    If yes, please explain: _____
   _____
   _____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[ ] Yes         [X] No

   (a)    If yes, please explain: _____
   _____
   _____

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes         [X] No

   (a)    If yes, please explain: _____
   _____
   _____

Juror Number: __0337__

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?

[ ] Yes           [X] No

(a)   If yes, please explain: _____

_____
_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|     |     | Self | Spouse/ sig. other | Family member | Close friend |
|-----|-----|------|--------------------|---------------|--------------|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [X] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?

[ ] Often      [ ] Sometimes      [ ] Seldom      [X] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?

[X] Yes           [ ] No

(a)   If yes, please explain: __CBT COURSE WHILE EMPLOYED__
__AT THE FEDERAL RESERVE AND IBM__
_____
_____

- 17 -

Juror Number: __0337__

### General Opinions and Beliefs about the Criminal Justice System

68.   The indictment in this case is merely an accusation and not evidence of guilt. Would you
have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes              [X] No

   (a)   If yes, please explain: _____
   _____
   _____

69.   The defendants in this case are well-known public figures. Would that affect your ability
to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes       [X] No       [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

### Connection to the Defendants

70.   Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes       [X] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mr. McDonnell?
         [ ] Yes       [ ] No

71.   Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes       [X] No

   If yes,

   (a)   What event(s) or activity? _____
   _____

   (b)   When: _____

   (c)   Did you personally meet Mrs. McDonnell?
         [ ] Yes       [ ] No

- 18 -

Juror Number: _____

72. Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply)    No
    [ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
    [ ] Virginia Wine Association or marketing efforts to promote Virginia wines
    [ ] The McGlothlin Foundation
    [ ] Other activities, please explain: _____

73. Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)?    No

    | (Check all that apply) | Self | Family member | Close friend |
    |---|---|---|---|
    | Know Mr. McDonnell | [ ] | [ ] | [ ] |
    | Know Mrs. McDonnell | [ ] | [ ] | [ ] |
    | Know McDonnells' families | [ ] | [ ] | [ ] |

    (a)   If yes, please explain: _____
    _____
    _____

74. Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
    [ ] Yes       [X] No

    (a)   If yes, please explain: _____
    _____
    _____

75. Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
    [ ] Yes       [X] No

    (a)   If yes, please explain: _____
    _____
    _____

Juror Number: __0337__

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?
   [ ] Yes      [X] No

   (a)   If yes, please explain: _____
   _____
   _____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?
   [ ] Yes      [X] No

   (a)   If yes, please explain: _____
   _____
   _____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns? (Check all that apply)   None

| | | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____

- 20 -

Juror Number: __O337__

79.    Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

NONE

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____
_____

80.    Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)    NONE

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: _____
_____
_____
_____

- 21 -

Juror Number: ___0337___

81.　Robert F. McDonnell is currently on the faculty at Liberty University.  Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes　　　[X] No

(a)　If yes, please list who, the kind of contact or connection, and their relationship to you: _____
_____
_____
_____

82.　Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
[ ] Yes　　　[ ] No　　Unsure

(a)　If yes, please list the person, job title, agency, and dates of employment: _____
EMPLOYED AT THE FEDERAL RESERVE.  It's NOT REALLY AN AGENCY, BUT THE BOARD OF GOVENERS ARE APPOINTED BY THE GOVERNMENT.

### Case Questions

83.　The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice.  Have you seen, heard or read anything about this case?
[X] Yes　　　[ ] No

84.　How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[ ] Not very closely
[X] Not at all

- 22 -

Juror Number: ___0337___

85. Please indicate from what source(s) you heard about the case. (Check all that apply.)

> [X] Television
> [ ] Newspapers
> [ ] Magazines
> [ ] Radio
> [ ] Internet
> [ ] Blog/chatroom
> [ ] Personal knowledge of defendants or their family, friends or acquaintances
> [ ] Personal knowledge of potential witnesses in this case
> [ ] Personal conversations with others in the community
> [ ] Overheard others discussing the case
> [ ] Other sources of information (list): _____

86. Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
[ ] Yes     [X] No

(a)   If yes, what were the circumstances and what opinion did you express? _____
_____
_____
_____

87. Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
[ ] Yes     [X] No

88. Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
[ ] Yes     [X] No

89. Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
[ ] Yes     [X] No

(a)   If yes, please explain: _____
_____
_____

- 23 -

Juror Number: __0337__

90.   Two of the products that will be discussed in this case are Anatabloc, which is a dietary
      supplement produced by Star Scientific, and CigRx, a smoking cessation product
      produced by Star Scientific. Have you or a family member or a close friend ever used
      Anatabloc or CigRx?
      [ ] Yes          [M] No          [ ] Unsure

      (a)   If yes or unsure, please describe who used the product and when: _____
            _____
            _____
            _____

91.   Do you or any family member or close friend now own or ever owned any stock in Star
      Scientific?
      [ ] Yes          [M] No          [ ] Unsure

92.   The judge presiding over this case is U.S. District Judge James R. Spencer. Do you,
      anyone in your family, or any close personal friend know Judge Spencer or anyone else
      who works in this courthouse?
      [ ] Yes          [M] No

      (a)   If yes, please explain who you know and how: _____
            _____
            _____

93.   The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan
      Faulconer.

      (a)   Do you know, or have you had any contact, either social or professional, with any
            individuals listed above, or any other member of the United States Attorney's
            Office or Department of Justice?
            [ ] Yes          [M] No          [ ] Unsure

      (b)   If yes or unsure, please explain: _____
            _____
            _____

94.   The attorneys representing the defendants in this case and their respective law firms are
      listed below.

      **Robert F. McDonnell**
      John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
      (Holland & Knight LLP)

      Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham,
      Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
      (Jones Day)

- 24 -

Juror Number: ___0337___

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a) Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?

[ ] Yes      [X] No      [ ] Unsure

(b) If yes or unsure, please explain: _____

_____

_____

95. Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?

[ ] Yes      [ ] No      [X] Unsure

(a) If yes or unsure, please list the names of each person and explain the connection:

I KNOW I DON'T, BUT THERE ARE SO MANY NAMES, I WOULD HAVE NO IDEA IF ANYONE I KNOW MIGHT KNOW SOMEONE ON THE LIST.

96. Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?

[ ] Yes      [X] No

(a) If yes, please explain: _____

_____

_____

_____

**Conclusion**

97. Is there any reason that you believe you should not sit as a juror in this case?

[ ] Yes      [X] No

(a) If yes, please explain:

_____

_____

- 25 -

Juror Number: ___O337___

98. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?
    [ ] Yes        ☒ No

    (a)    If yes, please explain: _____

    _____

    _____

99. Is there any matter you would prefer to discuss privately with the judge?
    [ ] Yes        ☒ No

- 26 -

Juror Number: __O337__

SIGNATURE

I, _____, hereby declare under
(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this 6ᵀᴴ day of June , 2014.



_____
(Your Signature)

- 27 -

Juror Number: __6337__

EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: __0337__

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _0398_

## Preliminary Matters

1.  The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
    [ ] Yes          [✓] No

    (a)    If yes, please explain: _____
    _____
    _____

2.  Are you able to read, write, and understand the English language?
    [✓] Yes          [ ] With difficulty          [ ] No

3.  Is English your native language?
    [✓] Yes          [ ] No

    (a)    If no, what is your first language? _____

4.  Do you have any significant problems with your hearing or eyesight?
    [ ] Yes          [✓] No

    (a)    If yes, please explain: _____
    _____

5.  Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
    [ ] Yes          [✓] No          [ ] Unsure

    (a)    If yes or unsure, please explain: _____
    _____
    _____

6.  Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
    [ ] Yes          [✓] No

    (a)    If yes, please state the name of the medication(s) and explain: _____
    _____
    _____

- 3 -

Juror Number: _0398_____

7.  Are you currently a student?
    [ ] Yes, full-time      [ ] Yes, part-time      [✓] No

    (a)  If yes, where do you attend school? _____

    (b)  If yes, will your class schedule in August interfere with your ability to serve as a juror in this trial?
         [ ] Yes      [ ] No

    (c)  If yes to #7(b) above, please explain: _____
         _____

8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?
    [ ] Yes      [✓] No

    (a)  If yes, please explain:_____
         _____

9.  Do you have any personal, religious, philosophical or other beliefs that would make it difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes      [✓] No      [ ] Unsure

    (a)  If yes or unsure, please explain: _____
         _____
         _____

10. Is there any other reason why you could not be present in court and give your full attention every day for this trial?
    [ ] Yes      [✓] No

    (a)  If yes, please explain:_____
         _____

- 4 -

Juror Number: __0398__

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?

[ ] Yes          [✓] No          [ ] Unsure

(a) If yes or unsure, please explain: _____
_____
_____

## Personal Background

12. Gender: [✓] Male  [ ] Female

13. Age: __45__

14. What is your current marital status?
[ ] Single
[✓] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15. How long have you lived in the Commonwealth of Virginia (total years)? __44__

16. Do you have children?
[✓] Yes          [ ] No

17. Are you (check any and all that apply):
[ ] Self-employed          [ ] Unemployed
[✓] Employed full-time     [ ] Retired
[ ] Working part-time      [ ] Homemaker
[ ] A student              [ ] Disabled and unable to work

18. If you are currently employed in any capacity, either full-time, or part-time, please state:

(a) Occupation: _Cable Tech_

(b) Employer: ▮▮▮▮▮▮▮

(c) Type of work: _Full-time_

- 5 -

Juror Number: __0398__

(d)   Do you supervise others?
      [ ] Yes        [✓] No

      (a) If yes, how many?_____

(e)   Do you have any responsibility for hiring or firing?
      [ ] Yes        [✓] No

19.   If you are not currently employed, please state:

      (a)   Your last employer: __N/A__

      (b)   Your occupation: __N/A__

      (c)   Your job responsibilities: __N/A__

      (d)   Did you supervise others?
            [ ] Yes        [ ] No

            If yes, how many? __N/A__

      (e)   Did you have any responsibilities for hiring or firing?
            [ ] Yes        [ ] No

20.   If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

      (a)   Occupation: __MRI Tech__

      (b)   Employer: __[redacted]__

      (c)   Type of work: __Full-time__

21.   Do you now, or have you ever owned your own business?
      [ ] Yes        [✓] No

      (a)   If yes, what type of business? _____

- 6 -

Juror Number: _0398_

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
[ ] Yes        [✓] No

(a)    If yes, please explain:_____

23. Who makes the major financial decisions in your household? _Jointly between wife & I_

24. Check the highest level of education you completed:

| | | |
|---|---|---|
| (a) | Grade school or less | [ ] |
| (b) | Some high school | [ ] |
| (c) | High school graduate / GED | [ ] |
| (d) | Technical or vocational school | [ ] |
| (e) | Some college | [ ] |
| (f) | 2-year college degree | [ ] |
| (g) | 4-year college degree | [ ] |
| (h) | Some graduate work or study | [✓] |
| (i) | Master's degree | [ ] |
| (j) | Doctoral degree (or equivalent) | [ ] |
| (k) | Other | [ ] |

If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

(a)    Degree(s): _Bachelor's of Science_
(b)    Field(s) of study: _Computer Information Systems_
(c)    Name of school(s): _Strayer University_

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?
[✓] Yes        [ ] No

(a)    If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| Self | USMC | E-4 |
| Father | Army | I don't know |
| | | |
| | | |
| | | |

- 7 -

Juror Number: __0398__

27.    Do you or your family members have any education, training or employment experience
        in any of the following fields:

| | | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [✓] | [✓] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [✓] | [✓] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [✓] | [✓] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [✓] |
| (h) | Nutrition or physical fitness | [ ] | [✓] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [✓] | [✓] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [✓] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [✓] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28.    Do you have any special certifications or licenses?
        [ ] Yes        [✓] No

        (a)    If yes, please explain: _____

                _____

- 8 -

Case 3:14-cr-00012-JRS    Document 656-2    Filed 05/06/15    Page 48 of 213 PageID# 19671

Juror Number: ___0398___

29.  If you are not an attorney, have you taken any law courses?
     [ ] Yes        [✓] No

     If so, indicate the following:

            School          Date          Topic
     (a)  _____
     (b)  _____
     (c)  _____

30.  Please list the organizations to which you or your spouse/partner belong or in which
     either of you participate, either now or in the recent past. (Include any civic, social,
     religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
     and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
     Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
     National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
     Public Access Project, Virginia Coalition for Open Government, or the Center for Public
     Integrity):

     (a)  Self: _Pet Harbor Husky & Cat Rescue_____

     (b)  Spouse/Partner: _Pet Harbor Husky & Cat Rescue, American_
          _Registry of Radiological Technologists, National Technical Honor Society_

31.  Have you ever held any office, title, or other leadership position in the organizations
     listed in the previous question?
     [ ] Yes        [✓] No

     (a)  If yes, briefly describe your office or title, and dates held: _____
     _____

32.  Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
     (Check all that apply)
     [ ] Yes, currently do so      [ ] Yes, in the past      [✓] No

     If either "yes" to current use or "yes" to past use, what was the kind(s) of products
     involved:

            Current / past        General product description
     (a)  _____
     (b)  _____
     (c)  _____

Juror Number: _0398_

33. Have you or a family member or a close friend ever sold dietary or nutritional supplements?

|  | Who | When | General product description |
|---|---|---|---|
| (a) | Spence | 2006-2010 | JuicePlus |
| (b) | | | |
| (c) | | | |

34. Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[✓] Yes     [ ] No

(a)   If yes, please explain who, when, what the job was, and your reason for leaving:
_My Aunt worked for VITA, she retired_

35. Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes     [✓] No

(a)   If yes, please explain: _____

36. Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes     [✓] No

(a)   If yes, please explain when and what Board: _____

37. As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes     [✓] No

(a)   If yes, please explain when and what type of disclosure was required: _____

Juror Number: 0398

38. Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
[ ] Yes        [✓] No

(a)    If yes, please explain when and what type of training: _____

_____

_____

39. Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
[✓] Yes        [ ] No

## Legal System

40. Have you ever served as a juror before?
[ ] Yes        [✓] No

If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |
|      |                 |                |              |

(a)    Have you ever served as a juror on a grand jury?
[ ] Yes        [ ] No

If yes, when and where: _____

(b)    Have you ever served as a jury or grand jury foreperson?
[ ] Yes        [ ] No

(c)    Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
[ ] Yes        [ ] No

Please explain: _____

_____

_____

- 11 -

Juror Number: __0398__

41.  Have you, or, to your knowledge, any family members, or any close friends ever been:
     (a)     Convicted of a crime?                                    [✓] Yes        [ ] No

     (b)     If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
|---|---|
| Self | Misdemeanor Assault over 15 years ago |
|  |  |
|  |  |

42.  Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
     [ ] Yes        [✓] No

     (a)     If yes, please explain: _____
     _____

43.  Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
     [ ] Yes        [✓] No

     (a)     If yes, please provide the following details:

     Type of Case                    Relationship (if any)
     _____
     _____

- 12 -

Juror Number: _0398_

44.   Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, the Virginia State Police (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA), the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District/Commonwealth or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, the state department of corrections, the court system, or any other local, state or federal law enforcement agency or private security force?
[ ] Yes        [✓] No

(a)   If yes, for each person (yourself or family member), please indicate the law enforcement office or agency: _____

_____

_____

45.   Other than what you have already explained, have you, or has any close friend or relative, ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid, public defender's office, or legal department for any private business or government agency?
[ ] Yes                [✓] No

(a)   If yes, please list their names, type of work they do, where they work, and their relationship to you: _____

_____

_____

46.   Have you or a member of your family, either personally or in connection with a business, been involved in any claim, legal action or dispute with any local, state, or federal, governmental agency?
[ ] Yes        [✓] No

(a)   If yes, please describe: _____

_____

- 13 -

Juror Number: _0398_

## Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

|     |     |     |
|-----|-----|-----|
| (a) | ABC | [ ] |
| (b) | CBS | [ ] |
| (c) | CNN | [ ] |
| (d) | FOX News channel (National) | [ ] |
| (e) | MSNBC | [ ] |
| (f) | NBC | [✓] |
| (g) | CNN | [ ] |
| (h) | Public Television | [ ] |
| (i) | Other | [ ] |

If other, please list: _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)

_N/A_

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _N/A_

Facebook, Nascar.com

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?

[ ] Very often     [ ] Often     [ ] Not very often     [✓] Not at all

(a) If very often or often, what are the names of the shows? _____

_____

51. Do you or your spouse/partner maintain a blog or online journal?

[ ] Yes     [✓] No

(a) If yes, please describe: _____

_____

- 14 -

Juror Number: _0398_

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes  [✓] No

(a)  If yes, please describe the content and the source of publication: _____
_____
_____
_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes  [✓] No

(a)  If yes, please describe the view you expressed and in what manner: _____
_____
_____
_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[✓] Yes          [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes          [✓] No

(a)  Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
_____
_____

**Political Involvement**

56. In politics today, do you consider yourself a: (CHECK ONLY ONE ANSWER)
[ ] Democrat
[ ] Independent
[ ] Republican
[ ] Libertarian
[✓] other (PLEASE SPECIFY) _Unaffiliated_ _____

57. How often do you vote in federal elections?
[ ] Always     [ ] Often     [✓] Seldom     [ ] Never

- 15 -

Juror Number: _0398_

58. How often do you vote in state/local elections?
[ ] Always    [ ] Often    [✓] Seldom    [ ] Never

59. How closely do you follow politics in Virginia?
[ ] Very closely
[ ] Somewhat closely
[✓] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[ ] Yes          [✓] No

   (a)    If yes, please provide their names, relationship to you and political office: _____
   _____
   _____

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes          [✓] No

   (a)    If yes, please explain: _____
   _____
   _____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[ ] Yes          [✓] No

   (a)    If yes, please explain: _____
   _____
   _____

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes          [✓] No

   (a)    If yes, please explain: _____
   _____
   _____

Juror Number: __0398__

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?
[ ] Yes        [✓] No

(a)   If yes, please explain: _____
_____
_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [✓] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [✓] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [✓] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [✓] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [✓] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [✓] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [✓] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [✓] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [✗] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [✓] | [ ] | [ ] |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?
[ ] Often     [ ] Sometimes     [ ] Seldom     [✓] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?
[ ] Yes        [✓] No

(a)   If yes, please explain: _____
_____
_____
_____

- 17 -

Juror Number: __0398__

## General Opinions and Beliefs about the Criminal Justice System

68.  The indictment in this case is merely an accusation and not evidence of guilt.  Would you
     have any difficulty treating the indictment as an accusation and not evidence of guilt?
     [ ] Yes              [✓] No

     (a)    If yes, please explain: _____
            _____
            _____

69.  The defendants in this case are well-known public figures.  Would that affect your ability
     to follow the instructions given by the Court and reach a decision in this case?
     [ ] Yes        [✓] No        [ ] Unsure

     (a)    If yes or unsure, please explain: _____
            _____
            _____

## Connection to the Defendants

70.  Have you ever been to an event or activity that Robert F. McDonnell attended?
     [ ] Yes        [✓] No

     If yes,
     (a)    What event(s) or activity? _____
            _____

     (b)    When: _____

     (c)    Did you personally meet Mr. McDonnell?
            [ ] Yes          [ ] No

71.  Have you ever been to an event or activity that Maureen G. McDonnell attended?
     [ ] Yes        [✓] No

     If yes,
     (a)    What event(s) or activity? _____
            _____

     (b)    When: _____

     (c)    Did you personally meet Mrs. McDonnell?
            [ ] Yes          [ ] No

- 18 -

Juror Number: _0398_

72. Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply)

*N/A*
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____

73. Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)?

*N/A*

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

(a) If yes, please explain: _____
_____
_____

74. Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
[ ] Yes     [ ] No

(a) If yes, please explain: _____
_____
_____

75. Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
[ ] Yes     [ ] No

(a) If yes, please explain: _____
_____
_____

- 19 -

Juror Number: _0398_

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?

[ ] Yes        [✗] No

(a) If yes, please explain: _____

_____

_____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?

[ ] Yes        [✗] No

(a) If yes, please explain: _____

_____

_____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)

|   |   | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|------|--------------------|----------------|---------------|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

N/A

For any checked above, please explain: _____

_____

_____

- 20 -

Juror Number: _0398_

79. Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|---|
| | (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| | (b) | Signed a petition | [ ] | [ ] | [ ] |
| | (c) | Posted a comment online | | | |
| | (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| *N/A* | (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| | (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____
_____

80. Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|---|
| *N/A* | (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| | (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| | (c) | Posted a comment online | | | | |

For any checked above, please explain: _____
_____
_____
_____

- 21 -

Juror Number: _0398_

81. Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes          [x] No

    (a)   If yes, please list who, the kind of contact or connection, and their relationship to you: _____

_____

_____

_____

82. Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
[x] Yes          [ ] No

    (a)   If yes, please list the person, job title, agency, and dates of employment: _____
_Wife, MRI Tech, Navy 2005-2006_____

_____

### Case Questions

83. The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard or read anything about this case?
[x] Yes          [ ] No

84. How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[ ] Not very closely
[x] Not at all

Case 3:14-cr-00012-JRS   Document 656-2   Filed 05/06/15   Page 62 of 213 PageID# 19685

Juror Number: _0398_

85.   Please indicate from what source(s) you heard about the case. (Check all that apply.)

        [ ] Television
        [ ] Newspapers
        [ ] Magazines
        [✓] Radio
        [ ] Internet
        [ ] Blog/chatroom
        [ ] Personal knowledge of defendants or their family, friends or acquaintances
        [ ] Personal knowledge of potential witnesses in this case
        [ ] Personal conversations with others in the community
        [ ] Overheard others discussing the case
        [ ] Other sources of information (list): _____

86.   Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
    [ ] Yes     [✓] No

    (a)   If yes, what were the circumstances and what opinion did you express? _____
    _____
    _____
    _____

87.   Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
    [ ] Yes     [✓] No

88.   Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
    [ ] Yes     [✓] No

89.   Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
    [ ] Yes     [✓] No

    (a)   If yes, please explain: _____
    _____
    _____

Juror Number: _0398_

90.  Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?
[ ] Yes        [✓] No        [ ] Unsure

(a)  If yes or unsure, please describe who used the product and when: _____
_____
_____
_____

91.  Do you or any family member or close friend now own or ever owned any stock in Star Scientific?
[ ] Yes        [✓] No        [ ] Unsure

92.  The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?
[ ] Yes        [✓] No

(a)  If yes, please explain who you know and how: _____
_____
_____

93.  The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

(a)  Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?
[ ] Yes        [✓] No        [ ] Unsure

(b)  If yes or unsure, please explain: _____
_____
_____

94.  The attorneys representing the defendants in this case and their respective law firms are listed below.

**Robert F. McDonnell**
John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
(Holland & Knight LLP)

Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham, Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
(Jones Day)

- 24 -

Juror Number: _0398_

Maureen G. McDonnell
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)    Do you know, or have you had any contact, either social or professional, with any
individuals listed above, or any other member of any of the law firms listed
above?
[ ] Yes              [✗] No          [ ] Unsure

(b)    If yes or unsure, please explain: _____
_____
_____

95.    Please review the list attached to this questionnaire that provides the names of persons
who may appear as witnesses during the trial. Do you, your spouse/partner, any members
of your immediate family, or any of your close personal friends know or have any
connection with the individuals listed?
[ ] Yes              [✗] No          [ ] Unsure

(a)    If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96.    Other than what you have already explained, do you or any member of your immediate
family or close personal friend know anyone who may be associated in any capacity with
this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes              [✗] No

(a)    If yes, please explain: _____
_____
_____
_____

**Conclusion**

97.    Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes              [✗] No

(a)    If yes, please explain:
_____
_____

- 25 -

Juror Number: _0398_

98.  Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?
     [ ] Yes          [✓] No

     (a)   If yes, please explain: _____
     _____
     _____

99.  Is there any matter you would prefer to discuss privately with the judge?
     [ ] Yes          [✓] No

- 26 -

Case 3:14-cr-00012-JRS   Document 656-2   Filed 05/06/15   Page 66 of 213 PageID# 19689

Juror Number: ___0398___

## SIGNATURE

I, _____, hereby declare under
(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _9th_ day of _June_, 2014.

_____
(Signature)

- 27 -

Juror Number: ___*0398*___

## EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: __0398__

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: 10158680 9 0 48 7

## Preliminary Matters

1.  The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
    [ ] Yes        [ ] No

    (a)    If yes, please explain: _____
    _____
    _____
    _____

2.  Are you able to read, write, and understand the English language?
    [ ] Yes        [ ] With difficulty      [ ] No

3.  Is English your native language?
    [ ] Yes        [ ] No

    (a)    If no, what is your first language? _____

4.  Do you have any significant problems with your hearing or eyesight?
    [ ] Yes        [ ] No

    (a)    If yes, please explain: _____
    _____

5.  Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
    [ ] Yes        [ ] No        [ ] Unsure

    (a)    If yes or unsure, please explain: _____
    _____
    _____

6.  Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
    [ ] Yes        [ ] No

    (a)    If yes, please state the name of the medication(s) and explain: _____
    _____
    _____

Juror Number: 0 4 8 7

7.   Are you currently a student?
     [ ] Yes, full-time      [ ] Yes, part-time      [X] No

     (a)   If yes, where do you attend school? _____

     (b)   If yes, will your class schedule in August interfere with your ability to serve as a
           juror in this trial?
           [ ] Yes        [ ] No

     (c)   If yes to #7(b) above, please explain: _____
           _____

8.   Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
     member or dependent whose care would interfere with your ability to serve as a juror in
     this trial?
     [ ] Yes      [X] No

     (a)   If yes, please explain: _____
           _____

9.   Do you have any personal, religious, philosophical or other beliefs that would make it
     difficult for you to sit in judgment of another person as a juror in a criminal case?
     [ ] Yes        [X] No        [ ] Unsure

     (a)   If yes or unsure, please explain: _____
           _____
           _____

10.  Is there any other reason why you could not be present in court and give your full
     attention every day for this trial?
     [ ] Yes      [X] No

     (a)   If yes, please explain: _____
           _____

- 4 -

Juror Number: 0487

11.  This case will receive media attention. It is important that this case be decided solely on
the evidence presented in the courtroom and not on the basis of information obtained
outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or
listen to any news accounts of this trial whatsoever, not to conduct any internet searches
related to this case, and not to talk to or to communicate with anyone about the case,
including through the use of the internet or social media such as Twitter, Facebook,
Skype, YouTube, or other modes of electronic communication, until the case is over.
Would you find it difficult to obey such an instruction for any reason?
[ ] Yes          [X] No          [ ] Unsure

(a)  If yes or unsure, please explain: _____
_____
_____

## Personal Background

12.  Gender: [X] Male  [ ] Female

13.  Age: 56

14.  What is your current marital status?
[ ] Single
[X] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15.  How long have you lived in the Commonwealth of Virginia (total years)? 27

16.  Do you have children?
[X] Yes          [ ] No

17.  Are you (check any and all that apply):
[ ] Self-employed          [ ] Unemployed
[X] Employed full-time      [ ] Retired
[ ] Working part-time       [ ] Homemaker
[ ] A student               [ ] Disabled and unable to work

18.  If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)  Occupation: Technician

(b)  Employer: ████████████████

(c)  Type of work: Heavy Equipment Service

- 5 -

Juror Number: 0487

(d)    Do you supervise others?
[ ] Yes        [✓] No

(a) If yes, how many?_____

(e)    Do you have any responsibility for hiring or firing?
[ ] Yes        [✓] No

19.    If you are not currently employed, please state:

(a)    Your last employer: _____

(b)    Your occupation: _____

(c)    Your job responsibilities: _____
_____

(d)    Did you supervise others?
[ ] Yes        [✓] No

If yes, how many? _____

(e)    Did you have any responsibilities for hiring or firing?
[ ] Yes        [✓] No

20.    If you are married or currently share a household with someone who is employed in any
capacity, either full-time, or part-time, please state the following:

(a)    Occupation: Project  Manager

(b)    Employer: █████████████████████████

(c)    Type of work: Manager

21.    Do you now, or have you ever owned your own business?
[ ] Yes        [✓] No

(a)    If yes, what type of business? _____
_____

- 6 -

Juror Number: 0 487

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
   [ ] Yes        [X] No

   (a)    If yes, please explain:_____
   _____

23. Who makes the major financial decisions in your household? _Both_____

24. Check the highest level of education you completed:

   (a)    Grade school or less              [ ]
   (b)    Some high school                  [ ]
   (c)    High school graduate / GED        [X]
   (d)    Technical or vocational school    [X]
   (e)    Some college                      [ ]
   (f)    2-year college degree             [ ]
   (g)    4-year college degree             [ ]
   (h)    Some graduate work or study       [ ]
   (i)    Master's degree                   [ ]
   (j)    Doctoral degree (or equivalent)   [ ]
   (k)    Other                             [ ]

   If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

   (a)    Degree(s): _____
   (b)    Field(s) of study: _____
   (c)    Name of school(s): _____

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?
   [ ] Yes              [X] No

   (a)    If yes, please list their relationship to you, branch, and highest rank:

|  |  | Highest |
| Relationship | Branch | Rank |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Juror Number: __0 4 8 7__

27.    Do you or your family members have any education, training or employment experience
in any of the following fields:

|  |  | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | ☑ |
| (b) | Banking | [ ] | ☑ |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | ☑ |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | ☑ |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28.    Do you have any special certifications or licenses?
[ ] Yes        [✓] No

(a)    If yes, please explain: _____
_____

- 8 -

Juror Number: 0487

29.   If you are not an attorney, have you taken any law courses?
      [ ] Yes        [✓] No

      If so, indicate the following:

      |     | School | Date | Topic |
      |-----|--------|------|-------|
      | (a) |        |      |       |
      | (b) |        |      |       |
      | (c) |        |      |       |

30.   Please list the organizations to which you or your spouse/partner belong or in which
      either of you participate, either now or in the recent past. (Include any civic, social,
      religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
      and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
      Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
      National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
      Public Access Project, Virginia Coalition for Open Government, or the Center for Public
      Integrity):

      (a)   Self: _____

      _____

      (b)   Spouse/Partner: _Kferian  Reunion  Foundation_____

31.   Have you ever held any office, title, or other leadership position in the organizations
      listed in the previous question?
      [ ] Yes        [✓] No

      (a)   If yes, briefly describe your office or title, and dates held: _____

      _____

      _____

32.   Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
      (Check all that apply)
      [ ] Yes, currently do so        [ ] Yes, in the past        [✓] No

      If either "yes" to current use or "yes" to past use, what was the kind(s) of products
      involved:

      |     | Current / past | General product description |
      |-----|----------------|------------------------------|
      | (a) |                |                              |
      | (b) |                |                              |
      | (c) |                |                              |

- 9 -

Juror Number: 0487

33. Have you or a family member or a close friend ever sold dietary or nutritional supplements?

| Who | When | General product description |
|---|---|---|
| (a) | | |
| (b) | | |
| (c) | | |

34. Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes     [✓] No

   (a)   If yes, please explain who, when, what the job was, and your reason for leaving:
   _____
   _____
   _____

35. Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes     [✓] No

   (a)   If yes, please explain: _____
   _____

36. Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes     [✓] No

   (a)   If yes, please explain when and what Board: _____
   _____

37. As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes     [✓] No

   (a)   If yes, please explain when and what type of disclosure was required: _____
   _____
   _____

- 10 -

Juror Number: 0487

38.   Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
[ ] Yes       [✗] No

(a)   If yes, please explain when and what type of training: _____
_____
_____

39.   Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
[✗] Yes       [ ] No

**Legal System**

40.   Have you ever served as a juror before?
[ ] Yes       [✗] No

If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |
|      |                 |                |              |

(a)   Have you ever served as a juror on a grand jury?
[ ] Yes       [✗] No

If yes, when and where: _____

(b)   Have you ever served as a jury or grand jury foreperson?
[ ] Yes       [✗] No

(c)   Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
[ ] Yes       [✗] No

Please explain: _____
_____
_____

Juror Number: O 4 8 7

41.  Have you, or, to your knowledge, any family members, or any close friends ever been:
    (a)    Convicted of a crime?        [ ] Yes    [ ] No

    (b)    If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
| --- | --- |
|  |  |
|  |  |
|  |  |

42.  Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
[ ] Yes    [ ] No

    (a)    If yes, please explain: _____

_____

43.  Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
[ ] Yes    [ ] No

    (a)    If yes, please provide the following details:

| Type of Case | Relationship (if any) |
| --- | --- |
|  |  |
|  |  |

Juror Number: 0487

44.   Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, the Virginia State Police (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA), the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District/Commonwealth or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, the state department of corrections, the court system, or any other local, state or federal law enforcement agency or private security force?
[ ] Yes       [✓] No

(a)   If yes, for each person (yourself or family member), please indicate the law enforcement office or agency: _____

_____
_____
_____

45.   Other than what you have already explained, have you, or has any close friend or relative, ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid, public defender's office, or legal department for any private business or government agency?
[ ] Yes       [✓] No

(a)   If yes, please list their names, type of work they do, where they work, and their relationship to you: _____

_____
_____
_____

46.   Have you or a member of your family, either personally or in connection with a business, been involved in any claim, legal action or dispute with any local, state, or federal, governmental agency?
[ ] Yes       [✓] No

(a)   If yes, please describe: _____

_____

- 13 -

Juror Number: 0487

### Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? **(CHECK ALL THAT APPLY)**

| | | |
|---|---|---|
| (a) | ABC | [X] |
| (b) | CBS | [ ] |
| (c) | CNN | [ ] |
| (d) | FOX News channel (National) | [ ] |
| (e) | MSNBC | [X] |
| (f) | NBC | [ ] |
| (g) | CNN | [ ] |
| (h) | Public Television | [ ] |
| (i) | Other | [ ] |

If other, please list: _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)
Times Dispatch _____
_____
_____

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: MSN _____
_____
_____

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
[ ] Very often        [ ] Often        [X] Not very often        [ ] Not at all

(a)  If very often or often, what are the names of the shows? _____
_____
_____

51. Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes        [X] No

(a)  If yes, please describe: _____
_____

- 14 -

Juror Number: 0487

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes     [ ] No

(a)   If yes, please describe the content and the source of publication: _____

_____

_____

_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes     [ ] No

(a)   If yes, please describe the view you expressed and in what manner: _____

_____

_____

_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[ ] Yes          [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes          [ ] No

(a)   Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____

_____

_____

**Political Involvement**

56. In politics today, do you consider yourself a: (**CHECK ONLY ONE ANSWER**)
[ ] Democrat
[-] Independent
[ ] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[ ] Always     [ ] Often     [ ] Seldom     [ ] Never

- 15 -

Juror Number: 0487

58. How often do you vote in state/local elections?
[ ] Always    [✗] Often    [ ] Seldom    [ ] Never

59. How closely do you follow politics in Virginia?
[ ] Very closely
[✗] Somewhat closely
[ ] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[ ] Yes    [✗] No

   (a)   If yes, please provide their names, relationship to you and political office: _____
   _____
   _____

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes    [✗] No

   (a)   If yes, please explain: _____
   _____
   _____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[ ] Yes    [✗] No

   (a)   If yes, please explain: _____
   _____
   _____

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes    [✗] No

   (a)   If yes, please explain: _____
   _____
   _____

Juror Number: _D467_

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?
[ ] Yes          [✗] No

(a)    If yes, please explain: _____
_____
_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|     |                                                                    | Self | Spouse/ sig. other | Family member | Close friend |
|-----|--------------------------------------------------------------------|------|--------------------|---------------|--------------|
| (a) | Been paid to work for                                              | [ ]  | [ ]                | [ ]           | [ ]          |
| (b) | Volunteer work                                                     | [ ]  | [ ]                | [ ]           | [ ]          |
| (c) | Canvassed neighborhoods                                            | [ ]  | [ ]                | [ ]           | [ ]          |
| (d) | Attended meetings                                                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (e) | Contributed money                                                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (f) | Attended rallies                                                   | [ ]  | [ ]                | [ ]           | [ ]          |
| (g) | Attended events, e.g., cocktail parties and/or dinners            | [ ]  | [ ]                | [ ]           | [ ]          |
| (h) | Displayed yard signs and/or bumper stickers                       | [ ]  | [ ]                | [ ]           | [ ]          |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ]  | [ ]                | [ ]           | [ ]          |
| (j) | Other campaign activities                                         | [ ]  | [ ]                | [ ]           | [ ]          |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?
[ ] Often      [ ] Sometimes      [ ] Seldom      [✗] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?
[ ] Yes          [✗] No

(a)    If yes, please explain: _____
_____
_____

- 17 -

Juror Number: _____

## General Opinions and Beliefs about the Criminal Justice System

68.  The indictment in this case is merely an accusation and not evidence of guilt.  Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes            [✓] No

 (a)   If yes, please explain: _____

 _____

 _____

69.  The defendants in this case are well-known public figures.  Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes        [✓] No        [ ] Unsure

 (a)   If yes or unsure, please explain: _____

 _____

 _____

## Connection to the Defendants

70.  Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes        [✓] No

 If yes,

 (a)   What event(s) or activity? _____

 _____

 (b)   When: _____

 (c)   Did you personally meet Mr. McDonnell?
 [ ] Yes        [ ] No

71.  Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes        [✓] No

 If yes,

 (a)   What event(s) or activity? _____

 _____

 (b)   When: _____

 (c)   Did you personally meet Mrs. McDonnell?
 [ ] Yes        [ ] No

Juror Number: 0 4 8 7

72.   Have you or someone you know ever had any connection to any of the following
      activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that
      apply)
      [ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
      [ ] Virginia Wine Association or marketing efforts to promote Virginia wines
      [ ] The McGlothlin Foundation
      [ ] Other activities, please explain: _____

73.   Do you, a family member, or any close friend know or have any connection (personal,
      political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member
      of their extended families, or any other person who has a close personal connection to the
      McDonnells (including but not limited to social interaction, Facebook friend status, and
      the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

      (a)   If yes, please explain: _____
            _____
            _____

74.   Do you or does anyone close to you know anyone who was has been a member of any
      staff or worked for Robert F. McDonnell in any capacity during any of his positions in
      elected office?
      [ ] Yes        [✓] No

      (a)   If yes, please explain: _____
            _____
            _____

75.   Do you or does anyone close to you know anyone who was has been appointed to any
      position, including State positions or jobs and Board or Commission appointments, by
      Robert F. McDonnell?
      [ ] Yes        [✓] No

      (a)   If yes, please explain: _____
            _____
            _____

Juror Number: __0 4 8 7__

76.  Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?
[ ] Yes        [✗] No

(a)    If yes, please explain: _____

_____

_____

77.  Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?
[ ] Yes        [✗] No

(a)    If yes, please explain: _____

_____

_____

78.  With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)

|     |                                                                                          | Self | Spouse/ sig. other | Family member | Close friend |
|-----|------------------------------------------------------------------------------------------|------|--------------------|---------------|--------------|
| (a) | Been paid to work for                                                                    | [ ]  | [ ]                | [ ]           | [ ]          |
| (b) | Volunteer work                                                                           | [ ]  | [ ]                | [ ]           | [ ]          |
| (c) | Canvassed neighborhoods                                                                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (d) | Attended meetings                                                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (e) | Contributed money                                                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (f) | Attended rallies                                                                         | [ ]  | [ ]                | [ ]           | [ ]          |
| (g) | Attended events, e.g., cocktail parties and/or dinners                                   | [ ]  | [ ]                | [ ]           | [ ]          |
| (h) | Displayed yard signs and/or bumper stickers                                              | [ ]  | [ ]                | [ ]           | [ ]          |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ]  | [ ]                | [ ]           | [ ]          |
| (j) | Other campaign activities                                                                | [ ]  | [ ]                | [ ]           | [ ]          |

For any checked above, please explain: _____

_____

_____

- 20 -

Juror Number: __0487__

79.  Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____
_____

80.  Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | | | | |

For any checked above, please explain: _____
_____
_____
_____

- 21 -

Case 3:14-cr-00012-JRS   Document 656-2   Filed 05/06/15   Page 88 of 213 PageID# 19711

Juror Number: _____

81.   Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a
      family member or a close friend ever had any contact or connection to Liberty
      University, including attending classes, employment, teaching courses, providing any
      financial support or donations, or being on any Liberty University mailing or email lists?
      [ ] Yes          [✗] No

      (a)   If yes, please list who, the kind of contact or connection, and their relationship to
            you: _____
            _____
            _____
            _____

82.   Other than what you have already explained, have you or any family member ever been
      employed, including as a contractor, by any U.S. federal government agency?
      [ ] Yes          [✗] No

      (a)   If yes, please list the person, job title, agency, and dates of employment: _____
            _____
            _____
            _____

## Case Questions

83.   The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with
      bribery, extortion, wire fraud, and making false statements, among other charges, and
      Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard
      or read anything about this case?
      [✗] Yes          [ ] No

84.   How closely have you followed the news about this case?
      [ ] Very closely
      [ ] Somewhat closely
      [✗] Not very closely
      [ ] Not at all

- 22 -

Juror Number: 0487

85.    Please indicate from what source(s) you heard about the case. (Check all that apply.)

[✓] Television
[✓] Newspapers
[ ] Magazines
[ ] Radio
[ ] Internet
[ ] Blog/chatroom
[ ] Personal knowledge of defendants or their family, friends or acquaintances
[ ] Personal knowledge of potential witnesses in this case
[ ] Personal conversations with others in the community
[ ] Overheard others discussing the case
[ ] Other sources of information (list): _____

86.    Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
[ ] Yes        [✓] No

(a)    If yes, what were the circumstances and what opinion did you express? _____
_____
_____
_____

87.    Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
[ ] Yes        [✓] No

88.    Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
[ ] Yes        [✓] No

89.    Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
[ ] Yes        [✓] No

(a)    If yes, please explain: _____
_____
_____

- 23 -

Juror Number: 0487

90. Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?

[ ] Yes        [X] No         [ ] Unsure

(a)    If yes or unsure, please describe who used the product and when: _____

_____

_____

_____

91. Do you or any family member or close friend now own or ever owned any stock in Star Scientific?

[ ] Yes        [X] No         [ ] Unsure

92. The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?

[ ] Yes              [X] No

(a)    If yes, please explain who you know and how: _____

_____

_____

93. The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

(a)    Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?

[ ] Yes              [X] No         [ ] Unsure

(b)    If yes or unsure, please explain: _____

_____

_____

94. The attorneys representing the defendants in this case and their respective law firms are listed below.

**Robert F. McDonnell**
John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
(Holland & Knight LLP)

Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham,
Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
(Jones Day)

- 24 -

Juror Number: 0487

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)    Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?
       [ ] Yes          [X] No          [ ] Unsure

(b)    If yes or unsure, please explain: _____
_____
_____

95.    Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?
       [ ] Yes          [X] No          [ ] Unsure

(a)    If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96.    Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?
       [ ] Yes          [X] No

(a)    If yes, please explain: _____
_____
_____
_____

**Conclusion**

97.    Is there any reason that you believe you should not sit as a juror in this case?
       [ ] Yes          [X] No

(a)    If yes, please explain:
_____
_____

Juror Number: 0 48 7

98. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?
[ ] Yes          ☑ No

    (a)    If yes, please explain: _____

_____

99. Is there any matter you would prefer to discuss privately with the judge?
[ ] Yes          ☑ No

Juror Number: __0487__

## SIGNATURE

I, █████████████████_____, hereby declare under
            (Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief.  I have not discussed my answers with others, or

received assistance in completing the questionnaire.  I have answered all of the above questions

in this Jury Questionnaire myself.


**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this __11__ day of __June__, 2014.



(Your Signature)

Case 3:14-cr-00012-JRS   Document 656-2   Filed 05/06/15   Page 94 of 213 PageID# 19717

Juror Number: _0 47_

## EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _0 48 7_

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _____67_____

## Preliminary Matters

1. The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
   [ ] Yes        [X] No

   (a)    If yes, please explain: _____
   _____
   _____
   _____

2. Are you able to read, write, and understand the English language?
   [X] Yes        [ ] With difficulty        [ ] No

3. Is English your native language?
   [X] Yes        [ ] No

   (a)    If no, what is your first language? _____

4. Do you have any significant problems with your hearing or eyesight?
   [ ] Yes        [X] No

   (a)    If yes, please explain: _____
   _____

5. Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
   [ ] Yes        [X] No        [ ] Unsure

   (a)    If yes or unsure, please explain: _____
   _____
   _____

6. Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
   [ ] Yes        [X] No

   (a)    If yes, please state the name of the medication(s) and explain: _____
   _____
   _____

- 3 -

Juror Number: _____67_____

7.  Are you currently a student?
    [ ] Yes, full-time        [ ] Yes, part-time        [X] No

    (a)   If yes, where do you attend school? _____

    (b)   If yes, will your class schedule in August interfere with your ability to serve as a
          juror in this trial?
          [ ] Yes        [ ] No

    (c)   If yes to #7(b) above, please explain: _____
          _____

8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
    member or dependent whose care would interfere with your ability to serve as a juror in
    this trial?
    [ ] Yes        [X] No

    (a)   If yes, please explain: _____
          _____

9.  Do you have any personal, religious, philosophical or other beliefs that would make it
    difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes                [X] No        [ ] Unsure

    (a)   If yes or unsure, please explain: _____
          _____
          _____

10. Is there any other reason why you could not be present in court and give your full
    attention every day for this trial?
    [ ] Yes        [X] No

    (a)   If yes, please explain: _____
          _____

- 4 -

Juror Number: _67_

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes          [X] No          [ ] Unsure

(a)   If yes or unsure, please explain: _____
_____
_____

**Personal Background**

12. Gender: [ ] Male   [X] Female

13. Age: _54_

14. What is your current marital status?
[X] Single
[ ] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15. How long have you lived in the Commonwealth of Virginia (total years)? _3_

16. Do you have children?
[X] Yes          [ ] No

17. Are you (check any and all that apply):
[ ] Self-employed          [ ] Unemployed
[ ] Employed full-time     [ ] Retired
[ ] Working part-time      [ ] Homemaker
[ ] A student              [X] Disabled and unable to work

18. If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)   Occupation:_____

(b)   Employer:_____

(c)   Type of work:_____

- 5 -

Juror Number: _____ 6 7

(d)   Do you supervise others?
[ ] Yes        [X] No

(a) If yes, how many?_____

(e)   Do you have any responsibility for hiring or firing?
[ ] Yes        [X] No

19.   If you are not currently employed, please state:

(a)   Your last employer: ▓▓▓▓▓▓▓▓▓▓▓▓▓_____

(b)   Your occupation: Cashier_____

(c)   Your job responsibilities: Customer Service_____
      _____

(d)   Did you supervise others?
[ ] Yes        [X] No

If yes, how many? _____

(e)   Did you have any responsibilities for hiring or firing?
[ ] Yes        [X] No

20.   If you are married or currently share a household with someone who is employed in any
      capacity, either full-time, or part-time, please state the following:

(a)   Occupation:_____

(b)   Employer:_____

(c)   Type of work:_____

21.   Do you now, or have you ever owned your own business?
[ ] Yes        [X] No

(a)   If yes, what type of business? _____
      _____

- 6 -

Juror Number: _____ 67 _____

22.  Have you or any member of your immediate family or any close personal friend ever
served as a corporate officer or member of the Board of Directors in any business or
corporation?
[ ] Yes          [X] No

(a)   If yes, please explain: _____
_____

23.  Who makes the major financial decisions in your household? ___ me _____

24.  Check the highest level of education you completed:

(a)   Grade school or less                [ ]
(b)   Some high school                    [ ]
(c)   High school graduate / GED          [ ]
(d)   Technical or vocational school      [ ]
(e)   Some college                        [X]
(f)   2-year college degree               [ ]
(g)   4-year college degree               [ ]
(h)   Some graduate work or study         [ ]
(i)   Master's degree                     [ ]
(j)   Doctoral degree (or equivalent)     [ ]
(k)   Other                               [ ]

If other, please explain: _____

25.  If you had any educational training beyond high school, please list all degrees you have
received and the area of study.

(a)   Degree(s): _____
(b)   Field(s) of study: _____
(c)   Name of school(s): _____

26.  Have you or any of your family members (e.g., parents, siblings, a spouse, or children)
served in any branch of the Armed Forces?
[ ] Yes          [X] No

(a)   If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

- 7 -

Juror Number: _____ 07

27. Do you or your family members have any education, training or employment experience in any of the following fields:

| | | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | [ ] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28. Do you have any special certifications or licenses?
    [ ] Yes      [X] No

    (a)   If yes, please explain: _____
    _____

Juror Number: _____ 07

29.  If you are not an attorney, have you taken any law courses?
     [ ] Yes        [X] No

     If so, indicate the following:

     | | School | Date | Topic |
     |---|---|---|---|
     | (a) | | | |
     | (b) | | | |
     | (c) | | | |

30.  Please list the organizations to which you or your spouse/partner belong or in which
     either of you participate, either now or in the recent past. (Include any civic, social,
     religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
     and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
     Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
     National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
     Public Access Project, Virginia Coalition for Open Government, or the Center for Public
     Integrity):

     (a)   Self: _____ N/A _____
     _____

     (b)   Spouse/Partner: _____
     _____

31.  Have you ever held any office, title, or other leadership position in the organizations
     listed in the previous question?
     [ ] Yes        [X] No

     (a)   If yes, briefly describe your office or title, and dates held: _____
     _____
     _____

32.  Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
     (Check all that apply)
     [ ] Yes, currently do so      [ ] Yes, in the past      [X] No

     If either "yes" to current use or "yes" to past use, what was the kind(s) of products
     involved:

     | | Current / past | General product description |
     |---|---|---|
     | (a) | | |
     | (b) | | |
     | (c) | | |

- 9 -

Juror Number: _____ 67 _____

33.   Have you or a family member or a close friend ever sold dietary or nutritional supplements?

| | Who | When | General product description |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

34.   Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
      [ ] Yes       [X] No

      (a)   If yes, please explain who, when, what the job was, and your reason for leaving:
      _____
      _____
      _____

35.   Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
      [ ] Yes       [X] No

      (a)   If yes, please explain: _____
      _____
      _____

36.   Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
      [ ] Yes       [X] No

      (a)   If yes, please explain when and what Board: _____
      _____

37.   As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
      [ ] Yes       [X] No

      (a)   If yes, please explain when and what type of disclosure was required: _____
      _____
      _____

- 10 -

Juror Number: _07_

38. Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
   [ ] Yes        [X] No

   (a)    If yes, please explain when and what type of training: _____

   _____

   _____

39. Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
   [ ] Yes        [X] No

## Legal System

40. Have you ever served as a juror before?
   [ ] Yes        [X] No

   If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |
|      |                 |                |              |

   (a)    Have you ever served as a juror on a grand jury?
          [ ] Yes        [X] No

          If yes, when and where: _____

   (b)    Have you ever served as a jury or grand jury foreperson?
          [ ] Yes        [X] No

   (c)    Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
          [ ] Yes        [ ] No

          Please explain: _____

          _____

          _____

- 11 -

Juror Number: _**67**_

41.  Have you, or, to your knowledge, any family members, or any close friends ever been:
     (a)    Convicted of a crime?                                    [ ] Yes      ☒ No

     (b)    If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
|---|---|
|  |  |
|  |  |
|  |  |

42.  Have you, any member of your immediate family, or any close personal friend ever been investigated for violating ethical rules by an employer, ethics committee, governmental agency, or other organization?
     [ ] Yes        ☒ No

     (a)    If yes, please explain: _____
     _____

43.  Has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?
     [ ] Yes        ☒ No

     (a)    If yes, please provide the following details:

| Type of Case | Relationship (if any) |
|---|---|

_____
_____

- 12 -

Juror Number: _____67_____

44.    Have you, or any members of your family, ever been employed by any law enforcement
       agency, such as: a police department, sheriff's department, the Virginia State Police
       (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation
       (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA),
       the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and
       Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a
       United States Attorney's Office, the United States Department of Justice, a
       District/Commonwealth or State's Attorney's Office, a probation or parole office, the
       Bureau of Prisons, the state department of corrections, the court system, or any other
       local, state or federal law enforcement agency or private security force?
       [ ] Yes        [X] No

       (a)    If yes, for each person (yourself or family member), please indicate the law
              enforcement office or agency: _____
              _____
              _____
              _____

45.    Other than what you have already explained, have you, or has any close friend or relative,
       ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in
       a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid,
       public defender's office, or legal department for any private business or government
       agency?
       [ ] Yes        [X] No

       (a)    If yes, please list their names, type of work they do, where they work, and their
              relationship to you: _____
              _____
              _____
              _____

46.    Have you or a member of your family, either personally or in connection with a business,
       been involved in any claim, legal action or dispute with any local, state, or federal,
       governmental agency?
       [ ] Yes        [X] No

       (a)    If yes, please describe: _____
              _____

- 13 -

Juror Number: _____ 67

## Media and Activities

47.   Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

|       |                              |      |
|-------|------------------------------|------|
| (a)   | ABC                          | [ ]  |
| (b)   | CBS                          | [ ]  |
| (c)   | CNN                          | [ ]  |
| (d)   | FOX News channel (National)  | [ ]  |
| (e)   | MSNBC                        | [ ]  |
| (f)   | NBC                          | [ ]  |
| (g)   | CNN                          | [ ]  |
| (h)   | Public Television            | [ ]  |
| (i)   | Other                        | [ ]  |

If other, please list: _____

48.   What newspapers(s), including tabloids, do you most often read? (Both print and online)
_____ NoNe - no news _____
_____
_____

49.   Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: ___ gmail _____
_____ facebook _____
_____
_____

50.   How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
[ ] Very often        [ ] Often        [ ] Not very often        [X] Not at all

(a)   If very often or often, what are the names of the shows? _____
_____
_____

51.   Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes        [X] No

(a)   If yes, please describe: _____
_____

- 14 -

Juror Number: _____ 07

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes      [X] No

(a)    If yes, please describe the content and the source of publication: _____

_____

_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes      [X] No

(a)    If yes, please describe the view you expressed and in what manner: _____

_____

_____

54. Do you use any social networking web sites, such as (Facebook,) Google+, MySpace, LinkedIn, or Twitter?
[X] Yes              [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes              [X] No

(a)    Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____

_____

_____

## Political Involvement

56. In politics today, do you consider yourself a: **(CHECK ONLY ONE ANSWER)**
[X] Democrat
[ ] Independent
[ ] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[ ] Always      [ ] Often      [X] Seldom      [ ] Never

- 15 -

Juror Number: _____ 67

58. How often do you vote in state/local elections?
[ ] Always     [ ] Often     [✗] Seldom     [ ] Never

59. How closely do you follow politics in Virginia?
[ ] Very closely
[ ] Somewhat closely
[✗] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[ ] Yes                    [✗] No

   (a)    If yes, please provide their names, relationship to you and political office: _____
   _____
   _____

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes                    [✗] No

   (a)    If yes, please explain: _____
   _____
   _____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[ ] Yes                    [✗] No

   (a)    If yes, please explain: _____
   _____
   _____

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes                    [✗] No

   (a)    If yes, please explain: _____
   _____
   _____

- 16 -

Juror Number: _____ 67

64.  Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?
[ ] Yes            [X] No

(a)   If yes, please explain: _____

_____

_____

65.  With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|     |                                                                      | Self | Spouse/ sig. other | Family member | Close friend |
|-----|----------------------------------------------------------------------|------|--------------------|---------------|--------------|
| (a) | Been paid to work for                                                | [ ]  | [ ]                | [ ]           | [ ]          |
| (b) | Volunteer work                                                       | [ ]  | [ ]                | [ ]           | [ ]          |
| (c) | Canvassed neighborhoods                                              | [ ]  | [ ]                | [ ]           | [ ]          |
| (d) | Attended meetings                                                    | [ ]  | [ ]                | [ ]           | [ ]          |
| (e) | Contributed money                                                    | [ ]  | [ ]                | [ ]           | [ ]          |
| (f) | Attended rallies                                                     | [ ]  | [ ]                | [ ]           | [ ]          |
| (g) | Attended events, e.g., cocktail parties and/or dinners               | [ ]  | [ ]                | [ ]           | [ ]          |
| (h) | Displayed yard signs and/or bumper stickers                          | [ ]  | [ ]                | [ ]           | [ ]          |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ]  | [ ]                | [ ]           | [ ]          |
| (j) | Other campaign activities                                            | [ ]  | [ ]                | [ ]           | [ ]          |

66.  How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?
[ ] Often      [ ] Sometimes      [ ] Seldom      [X] Never

67.  Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?
[ ] Yes          [X] No

(a)   If yes, please explain: _____

_____

_____

_____

- 17 -

Juror Number: _____ 07

### General Opinions and Beliefs about the Criminal Justice System

68.  The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[X] Yes           [ ] No

(a)  If yes, please explain: _____

_____

_____

69.  The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes        [X] No        [ ] Unsure

(a)  If yes or unsure, please explain: _____

_____

_____

### Connection to the Defendants

70.  Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes        [X] No

If yes,

(a)  What event(s) or activity? _____

_____

(b)  When: _____

(c)  Did you personally meet Mr. McDonnell?
[ ] Yes        [X] No

71.  Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes        [X] No

If yes,

(a)  What event(s) or activity? _____

_____

(b)  When: _____

(c)  Did you personally meet Mrs. McDonnell?
[ ] Yes        [X] No

- 18 -

Juror Number: _____ 6 7

72.  Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply)
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____

73.  Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

(a)  If yes, please explain: _____
_____
_____

74.  Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
[ ] Yes   [X] No

(a)  If yes, please explain: _____
_____
_____

75.  Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
[ ] Yes   [X] No

(a)  If yes, please explain: _____
_____
_____

- 19 -

Juror Number: _____ 67

76.  Do you or does anyone close to you know anyone who was has been a member of any
     staff or worked with in any other capacity (both paid or volunteer) former First Lady of
     Virginia Maureen G. McDonnell?
     [ ] Yes        [X] No

     (a)   If yes, please explain: _____

     _____

77.  Do you feel that there have been any actions by Robert F. McDonnell or Maureen G.
     McDonnell while they were Governor and First Lady of Virginia, respectively, that have
     affected you in a personal way?
     [ ] Yes        [X] No

     (a)   If yes, please explain: _____

     _____

78.  With respect to Robert F. McDonnell's various political campaigns/political offices
     sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you,
     your spouse/significant other, any family members or any close friends ever done any of
     the following in support of or in opposition to any of Mr. McDonnell's campaigns:
     (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

     For any checked above, please explain: _____

     _____

     _____

- 20 -

Juror Number: _____ 67 _____

79.   Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____

80.   Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: _____
_____
_____

Juror Number: _____ 67

81.  Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a
     family member or a close friend ever had any contact or connection to Liberty
     University, including attending classes, employment, teaching courses, providing any
     financial support or donations, or being on any Liberty University mailing or email lists?
     [ ] Yes        [X] No

     (a)   If yes, please list who, the kind of contact or connection, and their relationship to
           you: _____
           _____
           _____
           _____

82.  Other than what you have already explained, have you or any family member ever been
     employed, including as a contractor, by any U.S. federal government agency?
     [ ] Yes        [X] No

     (a)   If yes, please list the person, job title, agency, and dates of employment: _____
           _____
           _____
           _____

### Case Questions

83.  The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with
     bribery, extortion, wire fraud, and making false statements, among other charges, and
     Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard
     or read anything about this case?
     [ ] Yes        [X] No

84.  How closely have you followed the news about this case?
     [ ] Very closely
     [ ] Somewhat closely
     [ ] Not very closely
     [X] Not at all

- 22 -

Juror Number: _____ 07

85. Please indicate from what source(s) you heard about the case. (Check all that apply.)

[ ] Television
[ ] Newspapers
[ ] Magazines
[ ] Radio
[ ] Internet
[ ] Blog/chatroom
[ ] Personal knowledge of defendants or their family, friends or acquaintances
[ ] Personal knowledge of potential witnesses in this case
[ ] Personal conversations with others in the community
[ ] Overheard others discussing the case
[ ] Other sources of information (list): _____

_____

86. Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
[ ] Yes        [X] No

(a)    If yes, what were the circumstances and what opinion did you express? _____

_____
_____

87. Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
[ ] Yes        [X] No

88. Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
[ ] Yes        [X] No

89. Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
[ ] Yes        [X] No

(a)    If yes, please explain: _____

_____
_____

Juror Number: _____ 67

90.    Two of the products that will be discussed in this case are Anatabloc, which is a dietary
       supplement produced by Star Scientific, and CigRx, a smoking cessation product
       produced by Star Scientific. Have you or a family member or a close friend ever used
       Anatabloc or CigRx?
       [ ] Yes         [X] No         [ ] Unsure

       (a)    If yes or unsure, please describe who used the product and when: _____
              _____
              _____
              _____

91.    Do you or any family member or close friend now own or ever owned any stock in Star
       Scientific?
       [ ] Yes         [X] No         [ ] Unsure

92.    The judge presiding over this case is U.S. District Judge James R. Spencer.  Do you,
       anyone in your family, or any close personal friend know Judge Spencer or anyone else
       who works in this courthouse?
       [ ] Yes              [X] No

       (a)    If yes, please explain who you know and how: _____
              _____
              _____

93.    The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan
       Faulconer.

       (a)    Do you know, or have you had any contact, either social or professional, with any
              individuals listed above, or any other member of the United States Attorney's
              Office or Department of Justice?
              [ ] Yes              [X] No         [ ] Unsure

       (b)    If yes or unsure, please explain: _____
              _____

94.    The attorneys representing the defendants in this case and their respective law firms are
       listed below.

       **Robert F. McDonnell**
       John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
       (Holland & Knight LLP)

       Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham,
       Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
       (Jones Day)

- 24 -

Juror Number: _____ 67

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)   Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?
[ ] Yes          [X] No          [ ] Unsure

(b)   If yes or unsure, please explain: _____
_____
_____

95.   Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?
[ ] Yes          [X] No          [ ] Unsure

(a)   If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96.   Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes          [X] No

(a)   If yes, please explain: _____
_____
_____

**Conclusion**

97.   Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes          [X] No

(a)   If yes, please explain:
_____
_____

- 25 -

Juror Number: _67_

98. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?
[ ] Yes          [✗] No

   (a)    If yes, please explain: _____
   _____
   _____

99. Is there any matter you would prefer to discuss privately with the judge?
[ ] Yes          [✗] No

- 26 -

Juror Number: 07

SIGNATURE



I _____, hereby declare under

(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief.  I have not discussed my answers with others, or

received assistance in completing the questionnaire.  I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _14_ day of _June_, 2014.



(Your Signature)

- 27 -

Juror Number: _____67_____

## EXPLANATION SHEET

Juror Number: _____ 67

## EXPLANATION SHEET, continued.

Juror Number: _O324_

## Preliminary Matters

1. The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
[ ] Yes      [X] No

    (a)    If yes, please explain: _____
_____
_____
_____

2. Are you able to read, write, and understand the English language?
[X] Yes      [ ] With difficulty      [ ] No

3. Is English your native language?
[X] Yes      [ ] No

    (a)    If no, what is your first language? _____

4. Do you have any significant problems with your hearing or eyesight?
[ ] Yes      [X] No

    (a)    If yes, please explain:_____
_____

5. Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
[ ] Yes      [X] No      [ ] Unsure

    (a)    If yes or unsure, please explain: _____
_____
_____

6. Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
[ ] Yes      [X] No

    (a)    If yes, please state the name of the medication(s) and explain: _____
_____
_____

- 3 -

Juror Number: O324

7.  Are you currently a student?
    [ ] Yes, full-time      [ ] Yes, part-time      [X] No

    (a)   If yes, where do you attend school? _____

    (b)   If yes, will your class schedule in August interfere with your ability to serve as a
          juror in this trial?
          [ ] Yes        [ ] No

    (c)   If yes to #7(b) above, please explain: _____
          _____

8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
    member or dependent whose care would interfere with your ability to serve as a juror in
    this trial?
    [ ] Yes        [X] No

    (a)   If yes, please explain:_____
          _____

9.  Do you have any personal, religious, philosophical or other beliefs that would make it
    difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes        [X] No        [ ] Unsure

    (a)   If yes or unsure, please explain: _____
          _____
          _____

10. Is there any other reason why you could not be present in court and give your full
    attention every day for this trial?
    [ ] Yes        [X] No

    (a)   If yes, please explain:_____
          _____

- 4 -

Juror Number: **0324**

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes            [X] No            [ ] Unsure

(a)   If yes or unsure, please explain: _____
_____
_____

## Personal Background

12. Gender: [X] Male   [ ] Female

13. Age: **32**

14. What is your current marital status?
[X] Single
[ ] Married
[ ] Divorced
[ ] Separated
[ ] Widowed

15. How long have you lived in the Commonwealth of Virginia (total years)? **13 years**

16. Do you have children?
[ ] Yes            [X] No

17. Are you (check any and all that apply):
[ ] Self-employed          [ ] Unemployed
[X] Employed full-time      [ ] Retired
[ ] Working part-time       [ ] Homemaker
[ ] A student               [ ] Disabled and unable to work

18. If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)   Occupation: *Financial Services Advisor*

(b)   Employer: ████████████████████████

(c)   Type of work: *Banking*

- 5 -

Juror Number: _O324_

(d)    Do you supervise others?
[X] Yes       [ ] No

(a) If yes, how many? _3_

(e)    Do you have any responsibility for hiring or firing?
[ ] Yes      [X] No

19.    If you are not currently employed, please state:

(a)    Your last employer: _____

(b)    Your occupation: _____

(c)    Your job responsibilities: _____
_____

(d)    Did you supervise others?
[ ] Yes      [ ] No

If yes, how many? _____

(e)    Did you have any responsibilities for hiring or firing?
[ ] Yes      [ ] No

20.    If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

(a)    Occupation:_____

(b)    Employer:_____

(c)    Type of work:_____

21.    Do you now, or have you ever owned your own business?
[ ] Yes     [X] No

(a)    If yes, what type of business? _____
_____

- 6 -

Juror Number: 0324

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
[ ] Yes         [X] No

(a)   If yes, please explain: _____
_____

23. Who makes the major financial decisions in your household? _I do_____

24. Check the highest level of education you completed:

| | | |
|---|---|---|
| (a) | Grade school or less | [ ] |
| (b) | Some high school | [ ] |
| (c) | High school graduate / GED | [ ] |
| (d) | Technical or vocational school | [ ] |
| (e) | Some college | [ ] |
| (f) | 2-year college degree | [X] |
| (g) | 4-year college degree | [ ] |
| (h) | Some graduate work or study | [ ] |
| (i) | Master's degree | [ ] |
| (j) | Doctoral degree (or equivalent) | [ ] |
| (k) | Other | [ ] |

If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

(a)   Degree(s): _____
(b)   Field(s) of study: _____
(c)   Name of school(s): _____

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?
[X] Yes                [ ] No

(a)   If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| Father | Army | n/a |
| Brother | Army | n/a |
| Brother | Air Force | n/a |
| | | |
| | | |

- 7 -

Juror Number: _0324_

27.  Do you or your family members have any education, training or employment experience
     in any of the following fields:

|  |  | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [X] | [ ] |
| (b) | Banking | [X] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28.  Do you have any special certifications or licenses?
     [ ] Yes      [X] No

     (a)   If yes, please explain: _____

     _____

- 8 -

Juror Number: __0324__

29. If you are not an attorney, have you taken any law courses?
[ ] Yes        [X] No

If so, indicate the following:

|  | School | Date | Topic |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

30. Please list the organizations to which you or your spouse/partner belong or in which either of you participate, either now or in the recent past. (Include any civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union, National Rifle Association, League of Women Voters, the Innocence Project, the Virginia Public Access Project, Virginia Coalition for Open Government, or the Center for Public Integrity):

(a)   Self: _____

_____

(b)   Spouse/Partner: _____

_____

31. Have you ever held any office, title, or other leadership position in the organizations listed in the previous question?
[ ] Yes        [X] No

(a)   If yes, briefly describe your office or title, and dates held: _____

_____

32. Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)? (Check all that apply)
[ ] Yes, currently do so        [ ] Yes, in the past        [X] No

If either "yes" to current use or "yes" to past use, what was the kind(s) of products involved:

|  | Current / past | General product description |
|---|---|---|
| (a) | | |
| (b) | | |
| (c) | | |

- 9 -

Juror Number: _O324_

33.    Have you or a family member or a close friend ever sold dietary or nutritional supplements?

      Who             When              General product description

(a)    _____
(b)    _____
(c)    _____

34.    Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes        [X] No

(a)    If yes, please explain who, when, what the job was, and your reason for leaving:
_____
_____
_____

35.    Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes        [X] No

(a)    If yes, please explain: _____
_____

36.    Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes        [X] No

(a)    If yes, please explain when and what Board: _____
_____

37.    As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes        [X] No

(a)    If yes, please explain when and what type of disclosure was required: _____
_____

- 10 -

Juror Number: _O324_

38. Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
    [ ] Yes     [X] No

    (a)   If yes, please explain when and what type of training: _____

    _____

    _____

39. Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
    [ ] Yes     [X] No

### Legal System

40. Have you ever served as a juror before?
    [ ] Yes     [X] No

    If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|------|------|------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

    (a) Have you ever served as a juror on a grand jury?
        [ ] Yes     [X] No

        If yes, when and where: _____

    (b) Have you ever served as a jury or grand jury foreperson?
        [ ] Yes     [X] No

    (c) Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
        [ ] Yes     [X] No

        Please explain: _____

        _____

        _____

- 11 -

Juror Number: __O324__

41.    Have you, or, to your knowledge, any family members, or any close friends ever been:
       (a)    Convicted of a crime?                                    [ ] Yes        [X] No

       (b)    If yes, please provide the following:

       Relationship of
       person convicted                    Crime(s)
       (Self, Sister, etc.)                involved

| | |
|---|---|
| | |
| | |
| | |

42.    Have you, any member of your immediate family, or any close personal friend ever been
       investigated for violating ethical rules by an employer, ethics committee, governmental
       agency, or other organization?
       [ ] Yes        [X] No

       (a)    If yes, please explain: _____
       _____

43.    Has any family member or person with whom you have a close personal relationship ever
       testified in a grand jury or in court?
       [ ] Yes        [X] No

       (a)    If yes, please provide the following details:

       Type of Case                       Relationship (if any)
       _____
       _____

- 12 -

Juror Number: _0324_

44. Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, the Virginia State Police (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA), the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District/Commonwealth or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, the state department of corrections, the court system, or any other local, state or federal law enforcement agency or private security force?
[ ] Yes        [X] No

    (a)    If yes, for each person (yourself or family member), please indicate the law enforcement office or agency: _____
_____
_____
_____

45. Other than what you have already explained, have you, or has any close friend or relative, ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid, public defender's office, or legal department for any private business or government agency?
[ ] Yes                [X] No

    (a)    If yes, please list their names, type of work they do, where they work, and their relationship to you: _____
_____
_____
_____

46. Have you or a member of your family, either personally or in connection with a business, been involved in any claim, legal action or dispute with any local, state, or federal, governmental agency?
[ ] Yes        [X] No

    (a)    If yes, please describe: _____
_____

- 13 -

Juror Number: _O324_

## Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

    (a)    ABC        [ ]
    (b)    CBS        [ ]
    (c)    CNN        [ ]
    (d)    FOX News channel (National)    [X]
    (e)    MSNBC        [ ]
    (f)    NBC        [X]
    (g)    CNN        [ ]
    (h)    Public Television    [ ]
    (i)    Other        [ ]

If other, please list: _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)
_none_ _____

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _Google_ _____

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
[ ] Very often    [ ] Often    [X] Not very often    [ ] Not at all

    (a)    If very often or often, what are the names of the shows? _____

51. Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes    [X] No

    (a)    If yes, please describe: _____

- 14 -

Juror Number: _0324_

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes        [X] No

   (a)    If yes, please describe the content and the source of publication: _____

   _____

   _____

   _____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes        [X] No

   (a)    If yes, please describe the view you expressed and in what manner: _____

   _____

   _____

   _____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[X] Yes              [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[X] Yes              [ ] No

   (a)    Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____

   _____

   _____

### Political Involvement

56. In politics today, do you consider yourself a: **(CHECK ONLY ONE ANSWER)**
[ ] Democrat
[ ] Independent
[X] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[ ] Always      [ ] Often      [X] Seldom      [ ] Never

- 15 -

Juror Number: 0324

58.  How often do you vote in state/local elections?
[ ] Always    [ ] Often    [X] Seldom    [ ] Never

59.  How closely do you follow politics in Virginia?
[ ] Very closely
[ ] Somewhat closely
[X] Not closely at all

60.  Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[ ] Yes             [X] No

(a)    If yes, please provide their names, relationship to you and political office: _____
_____
_____

61.  Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes             [X] No

(a)    If yes, please explain: _____
_____
_____

62.  Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[ ] Yes             [X] No

(a)    If yes, please explain: _____
_____
_____

63.  Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes             [X] No

(a)    If yes, please explain: _____
_____
_____

Juror Number: __O324__

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?

[ ] Yes          [X] No

(a)    If yes, please explain: _____

_____

_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

| | | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?

[ ] Often     [ ] Sometimes        [ ] Seldom     [X] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?

[ ] Yes          [X] No

(a)    If yes, please explain: _____

_____

_____

_____

- 17 -

Juror Number: 0324

## General Opinions and Beliefs about the Criminal Justice System

68.  The indictment in this case is merely an accusation and not evidence of guilt.  Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes          [X] No

(a)    If yes, please explain: _____
_____
_____

69.  The defendants in this case are well-known public figures.  Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes          [X] No          [ ] Unsure

(a)    If yes or unsure, please explain: _____
_____
_____

## Connection to the Defendants

70.  Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes          [X] No

If yes,

(a)    What event(s) or activity? _____
_____

(b)    When: _____

(c)    Did you personally meet Mr. McDonnell?
[ ] Yes          [ ] No

71.  Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes          [X] No

If yes,

(a)    What event(s) or activity? _____
_____

(b)    When: _____

(c)    Did you personally meet Mrs. McDonnell?
[ ] Yes          [ ] No

- 18 -

Juror Number: 0324

72.  Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply)
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____

73.  Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

(a)  If yes, please explain: _____
_____
_____

74.  Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
[ ] Yes      [X] No

(a)  If yes, please explain: _____
_____
_____

75.  Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
[ ] Yes      [X] No

(a)  If yes, please explain: _____
_____
_____

Juror Number: 0324

76.    Do you or does anyone close to you know anyone who was/has/been a member of any
staff or worked with in any other capacity (both paid or volunteer) former First Lady of
Virginia Maureen G. McDonnell?
[ ] Yes        [X] No

(a)    If yes, please explain: _____
_____
_____

77.    Do you feel that there have been any actions by Robert F. McDonnell or Maureen G.
McDonnell while they were Governor and First Lady of Virginia, respectively, that have
affected you in a personal way?
[ ] Yes        [X] No

(a)    If yes, please explain: _____
_____
_____

78.    With respect to Robert F. McDonnell's various political campaigns/political offices
sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you,
your spouse/significant other, any family members or any close friends ever done any of
the following in support of or in opposition to any of Mr. McDonnell's campaigns:
(Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____

- 20 -

Juror Number: 0324

79.  Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____

_____

_____

_____

80.  Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: _____

_____

_____

_____

- 21 -

Juror Number: 0324

81.    Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a
       family member or a close friend ever had any contact or connection to Liberty
       University, including attending classes, employment, teaching courses, providing any
       financial support or donations, or being on any Liberty University mailing or email lists?
       [ ] Yes          [X] No

       (a)    If yes, please list who, the kind of contact or connection, and their relationship to
              you: _____

              _____
              _____
              _____

82.    Other than what you have already explained, have you or any family member ever been
       employed, including as a contractor, by any U.S. federal government agency?
       [ ] Yes          [X] No

       (a)    If yes, please list the person, job title, agency, and dates of employment: _____

              _____
              _____
              _____

                                    **Case Questions**

83.    The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with
       bribery, extortion, wire fraud, and making false statements, among other charges, and
       Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard
       or read anything about this case?
       [ ] Yes          [X] No

84.    How closely have you followed the news about this case?
       [ ] Very closely
       [ ] Somewhat closely
       [ ] Not very closely
       [X] Not at all

                                         - 22 -

Juror Number: _O324_

85.    Please indicate from what source(s) you heard about the case. (Check all that apply.)

[ ] Television
[ ] Newspapers
[ ] Magazines
[ ] Radio
[ ] Internet
[ ] Blog/chatroom
[ ] Personal knowledge of defendants or their family, friends or acquaintances
[ ] Personal knowledge of potential witnesses in this case
[ ] Personal conversations with others in the community
[ ] Overheard others discussing the case
[ ] Other sources of information (list): _____

86.    Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
[ ] Yes        [X] No

(a)    If yes, what were the circumstances and what opinion did you express? _____
_____
_____
_____

87.    Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
[ ] Yes        [X] No

88.    Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
[ ] Yes        [X] No

89.    Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
[ ] Yes        [X] No

(a)    If yes, please explain: _____
_____
_____

- 23 -

Juror Number: 0324

90. Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?

[ ] Yes          [X] No          [ ] Unsure

(a)   If yes or unsure, please describe who used the product and when: _____
_____
_____
_____

91. Do you or any family member or close friend now own or ever owned any stock in Star Scientific?

[ ] Yes          [X] No          [ ] Unsure

92. The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?

[ ] Yes               [X] No

(a)   If yes, please explain who you know and how: _____
_____
_____

93. The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

(a)   Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?

[ ] Yes               [X] No          [ ] Unsure

(b)   If yes or unsure, please explain: _____
_____
_____

94. The attorneys representing the defendants in this case and their respective law firms are listed below.

**Robert F. McDonnell**
John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
(Holland & Knight LLP)

Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham,
Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
(Jones Day)

- 24 -

Juror Number: __G324__

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)   Do you know, or have you had any contact, either social or professional, with any
      individuals listed above, or any other member of any of the law firms listed
      above?
      [ ] Yes          [X] No        [ ] Unsure

(b)   If yes or unsure, please explain: _____
      _____
      _____

95.   Please review the list attached to this questionnaire that provides the names of persons
      who may appear as witnesses during the trial. Do you, your spouse/partner, any members
      of your immediate family, or any of your close personal friends know or have any
      connection with the individuals listed?
      [ ] Yes          [X] No        [ ] Unsure

      (a)   If yes or unsure, please list the names of each person and explain the connection:
            _____
            _____
            _____

96.   Other than what you have already explained, do you or any member of your immediate
      family or close personal friend know anyone who may be associated in any capacity with
      this case, its investigation, or its preparation for either the Government or the defendants?
      [ ] Yes        [X] No

      (a)   If yes, please explain: _____
            _____
            _____
            _____

**Conclusion**

97.   Is there any reason that you believe you should not sit as a juror in this case?
      [ ] Yes          [X] No

      (a)   If yes, please explain:
            _____
            _____

- 25 -

Juror Number: 0324

98. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?
[ ] Yes                    ☒ No

(a)    If yes, please explain: _____

_____

_____

99. Is there any matter you would prefer to discuss privately with the judge?
[ ] Yes                    ☒ No

Juror Number: _O324_

## SIGNATURE

I,  , hereby declare under

(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _14th_ day of _June_ , 2014.



(Your Signature)

- 27 -

Juror Number: _0324_

## EXPLANATION SHEET

Juror Number: ___0324___

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: __0389__

### Preliminary Matters

1. The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
   [ ] Yes        [✓] No

   (a)   If yes, please explain: _____
   _____
   _____
   _____

2. Are you able to read, write, and understand the English language?
   [✓] Yes        [ ] With difficulty      [ ] No

3. Is English your native language?
   [✓] Yes        [ ] No

   (a)   If no, what is your first language? _____

4. Do you have any significant problems with your hearing or eyesight?
   [ ] Yes        [✓] No

   (a)   If yes, please explain:_____
   _____

5. Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
   [ ] Yes        [✓] No        [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

6. Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
   [ ] Yes        [✓] No

   (a)   If yes, please state the name of the medication(s) and explain: _____
   _____
   _____

- 3 -

Juror Number: __0389__

7.    Are you currently a student?
      [ ] Yes, full-time      [ ] Yes, part-time      [✓] No

      (a)    If yes, where do you attend school? _____

      (b)    If yes, will your class schedule in August interfere with your ability to serve as a
             juror in this trial?
             [ ] Yes      [ ] No

      (c)    If yes to #7(b) above, please explain: _____
             _____

8.    Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
      member or dependent whose care would interfere with your ability to serve as a juror in
      this trial?
      [ ] Yes      [✓] No

      (a)    If yes, please explain:_____
             _____

9.    Do you have any personal, religious, philosophical or other beliefs that would make it
      difficult for you to sit in judgment of another person as a juror in a criminal case?
      [ ] Yes            [✓] No      [ ] Unsure

      (a)    If yes or unsure, please explain: _____
             _____
             _____

10.   Is there any other reason why you could not be present in court and give your full
      attention every day for this trial?
      [ ] Yes      [✓] No

      (a)    If yes, please explain:_____
             _____

- 4 -

Juror Number: __0389__

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes          [✓] No          [ ] Unsure

   (a) If yes or unsure, please explain: _____
   _____
   _____

## Personal Background

12. Gender: [✓] Male  [ ] Female

13. Age: __43__

14. What is your current marital status?
    [ ] Single
    [✓] Married
    [ ] Divorced
    [ ] Separated
    [ ] Widowed

15. How long have you lived in the Commonwealth of Virginia (total years)? __5__

16. Do you have children?
    [✓] Yes          [ ] No

17. Are you (check any and all that apply):
    [ ] Self-employed          [ ] Unemployed
    [✓] Employed full-time     [ ] Retired
    [ ] Working part-time      [ ] Homemaker
    [ ] A student              [ ] Disabled and unable to work

18. If you are currently employed in any capacity, either full-time, or part-time, please state:

    (a) Occupation: ███████████_____

    (b) Employer: ████████████████████████████

    (c) Type of work: ███████████████████_____

- 5 -

Juror Number: __0389__

    (d)    Do you supervise others?
          [✓] Yes       [ ] No

          (a) If yes, how many? __100__

    (e)    Do you have any responsibility for hiring or firing?
          [✓] Yes       [ ] No

19.    If you are not currently employed, please state:

    (a)    Your last employer: _____

    (b)    Your occupation: _____

    (c)    Your job responsibilities: _____
          _____

    (d)    Did you supervise others?
          [ ] Yes       [ ] No

          If yes, how many? _____

    (e)    Did you have any responsibilities for hiring or firing?
          [ ] Yes       [ ] No

20.    If you are married or currently share a household with someone who is employed in any capacity, either full-time, or part-time, please state the following:

    (a)    Occupation: _____

    (b)    Employer: _____

    (c)    Type of work: _____

21.    Do you now, or have you ever owned your own business?
    [✓] Yes       [ ] No

    (a)    If yes, what type of business? ██████████████████
    _____

- 6 -

Juror Number: 0389

22. Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
[✓] Yes        [ ] No

(a)    If yes, please explain: Personally I have not but have had various friends that have served as corp officers

23. Who makes the major financial decisions in your household? I do

24. Check the highest level of education you completed:

| | | |
|---|---|---|
| (a) | Grade school or less | [ ] |
| (b) | Some high school | [ ] |
| (c) | High school graduate / GED | [ ] |
| (d) | Technical or vocational school | [ ] |
| (e) | Some college | [✓] |
| (f) | 2-year college degree | [ ] |
| (g) | 4-year college degree | [ ] |
| (h) | Some graduate work or study | [ ] |
| (i) | Master's degree | [ ] |
| (j) | Doctoral degree (or equivalent) | [ ] |
| (k) | Other | [ ] |

If other, please explain: _____

25. If you had any educational training beyond high school, please list all degrees you have received and the area of study.

(a)    Degree(s): _____
(b)    Field(s) of study: _____
(c)    Name of school(s): _____

26. Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?
[✓] Yes        [ ] No

(a)    If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| Spouse | USAF | Technical Sergeant |
| | | |
| | | |
| | | |
| | | |

- 7 -

Juror Number: __0389__

27.    Do you or your family members have any education, training or employment experience
       in any of the following fields:

|  |  | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | [✓] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [✓] | [✓] |
| (e) | Finance / financial planning | [ ] | [✓] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [✓] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [✓] |
| (l) | Criminal justice or criminology | [ ] | [✓] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [✓] |
| (s) | Computer programming / networking | [ ] | [✓] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [✓] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28.    Do you have any special certifications or licenses?
       [ ] Yes        [✓] No

       (a)    If yes, please explain: _____

- 8 -

Juror Number: __0389__

29.   If you are not an attorney, have you taken any law courses?
      [ ] Yes        [✓] No

      If so, indicate the following:

|     | School | Date | Topic |
|-----|--------|------|-------|
| (a) | | | |
| (b) | | | |
| (c) | | | |

30.   Please list the organizations to which you or your spouse/partner belong or in which
      either of you participate, either now or in the recent past. (Include any civic, social,
      religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
      and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
      Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
      National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
      Public Access Project, Virginia Coalition for Open Government, or the Center for Public
      Integrity):

      (a)   Self: _____

      _____

      (b)   Spouse/Partner: _____

      _____

31.   Have you ever held any office, title, or other leadership position in the organizations
      listed in the previous question?
      [ ] Yes        [✓] No

      (a)   If yes, briefly describe your office or title, and dates held: _____

      _____

      _____

32.   Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
      (Check all that apply)
      [ ] Yes, currently do so        [ ] Yes, in the past        [✓] No

      If either "yes" to current use or "yes" to past use, what was the kind(s) of products
      involved:

|     | Current / past | General product description |
|-----|----------------|------------------------------|
| (a) | | |
| (b) | | |
| (c) | | |

- 9 -

Juror Number: ___O389___

33. Have you or a family member or a close friend ever sold dietary or nutritional supplements?

| | Who | When | General product description |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

34. Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes      [✓] No

(a)   If yes, please explain who, when, what the job was, and your reason for leaving:
_____
_____
_____

35. Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes      [✓] No

(a)   If yes, please explain: _____
_____
_____

36. Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes      [✓] No

(a)   If yes, please explain when and what Board: _____
_____

37. As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes      [✓] No

(a)   If yes, please explain when and what type of disclosure was required: _____
_____
_____

- 10 -

Juror Number: 0389

38.  Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
[ ] Yes        [✓] No

   (a)   If yes, please explain when and what type of training: _____
   _____
   _____

39.  Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
[✓] Yes        [ ] No

**Legal System**

40.  Have you ever served as a juror before?
[ ] Yes        [✓] No

   If yes, indicate for each:

| Year | Civil/<br>Criminal | Federal/<br>State | Type of Case |
|------|--------|--------|--------------|
| | | | |
| | | | |

   (a)   Have you ever served as a juror on a grand jury?
   [ ] Yes        [ ] No

   If yes, when and where: _____

   (b)   Have you ever served as a jury or grand jury foreperson?
   [ ] Yes        [ ] No

   (c)   Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
   [ ] Yes        [ ] No

   Please explain: _____
   _____
   _____

- 11 -

Juror Number: __0389__

41. Have you, or, to your knowledge, any family members, or any close friends ever been:
    (a)    Convicted of a crime?                                    [ ] Yes        [✓]No

    (b)    If yes, please provide the following:

    Relationship of
    person convicted                    Crime(s)
    (Self, Sister, etc.)                involved

    |  |  |
    |---|---|
    |  |  |
    |  |  |
    |  |  |

42. Have you, any member of your immediate family, or any close personal friend ever been
    investigated for violating ethical rules by an employer, ethics committee, governmental
    agency, or other organization?
    [ ] Yes          [✓]No

    (a)    If yes, please explain: _____
    _____

43. Has any family member or person with whom you have a close personal relationship ever
    testified in a grand jury or in court?
    [ ] Yes          [✓]No

    (a)    If yes, please provide the following details:

    Type of Case                    Relationship (if any)

    _____
    _____

- 12 -

Juror Number: __0389__

44. Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, the Virginia State Police (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA), the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District/Commonwealth or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, the state department of corrections, the court system, or any other local, state or federal law enforcement agency or private security force?
[ ] Yes      [ ] No

(a) If yes, for each person (yourself or family member), please indicate the law enforcement office or agency: _Spouse - USAF Office of Special_ _Investigation (OSI) -_ _Brother in law - Bureau of Prisons in PA_

45. Other than what you have already explained, have you, or has any close friend or relative, ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid, public defender's office, or legal department for any private business or government agency?
[ ] Yes        [✓] No

(a) If yes, please list their names, type of work they do, where they work, and their relationship to you: _____

46. Have you or a member of your family, either personally or in connection with a business, been involved in any claim, legal action or dispute with any local, state, or federal, governmental agency?
[ ] Yes      [✓] No

(a) If yes, please describe: _____

- 13 -

Juror Number: _O389_

## Media and Activities

47.  Do you watch NATIONAL news on any of the following television networks? (CHECK
ALL THAT APPLY)

|      |                             |       |
|------|-----------------------------|-------|
| (a)  | ABC                         | [ ]   |
| (b)  | CBS                         | [ ]   |
| (c)  | CNN                         | [✓]   |
| (d)  | FOX News channel (National) | [✓]   |
| (e)  | MSNBC                       | [ ]   |
| (f)  | NBC                         | [✓]   |
| (g)  | CNN                         | [ ]   |
| (h)  | Public Television           | [ ]   |
| (i)  | Other                       | [ ]   |

If other, please list: _____

48.  What newspapers(s), including tabloids, do you most often read? (Both print and online)
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
_____
_____

49.  Please list any Internet web sites that you visit regularly, or any email lists or message
services you subscribe to, for news/current events: _Google, yahoo, ESPN_
_Tribluc, post-gazette,_
_____

50.  How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20,
or Frontline), or television shows that deal with lawyers, the legal system, police work,
prisons, politicians, or political life?
[ ] Very often        [✓] Often        [ ] Not very often        [ ] Not at all

(a)   If very often or often, what are the names of the shows? _Dateline, 20/20_
_48 hrs,_
_____

51.  Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes        [✓] No

(a)   If yes, please describe: _____
_____

- 14 -

Juror Number: ___O389___

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes     [✓] No

   (a)    If yes, please describe the content and the source of publication: _____

_____

_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes     [✓] No

   (a)    If yes, please describe the view you expressed and in what manner: _____

_____

_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[✓] Yes          [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[ ] Yes          [✓] No

   (a)    Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____

_____

_____

### Political Involvement

56. In politics today, do you consider yourself a: **(CHECK ONLY ONE ANSWER)**
[ ] Democrat
[ ] Independent
[✓] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[ ] Always    [✓] Often     [ ] Seldom     [ ] Never

- 15 -

Juror Number: __0399__

58.  How often do you vote in state/local elections?
     [ ] Always    [✓] Often    [ ] Seldom    [ ] Never

59.  How closely do you follow politics in Virginia?
     [ ] Very closely
     [ ] Somewhat closely
     [✓] Not closely at all

60.  Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
     [ ] Yes          [✓] No

     (a)  If yes, please provide their names, relationship to you and political office: _____
     _____
     _____

61.  Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
     [ ] Yes          [✓] No

     (a)  If yes, please explain: _____
     _____
     _____

62.  Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
     [ ] Yes          [✓] No

     (a)  If yes, please explain: _____
     _____
     _____

63.  Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
     [ ] Yes          [✓] No

     (a)  If yes, please explain: _____
     _____
     _____

- 16 -

Juror Number: __0389__

64.   Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?
[ ] Yes          [✓] No

(a)   If yes, please explain: _____
_____
_____

65.   With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

66.   How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?
[ ] Often        [ ] Sometimes        [ ] Seldom        [✓] Never

67.   Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?
[ ] Yes          [✓] No

(a)   If yes, please explain: _____
_____
_____
_____

- 17 -

Juror Number: __O389__

### General Opinions and Beliefs about the Criminal Justice System

68.    The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes                    ☑ No

(a)    If yes, please explain: _____

_____

_____

69.    The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes        ☑ No        [ ] Unsure

(a)    If yes or unsure, please explain: _____

_____

_____

### Connection to the Defendants

70.    Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes        ☑ No

If yes,

(a)    What event(s) or activity? _____

_____

(b)    When: _____

(c)    Did you personally meet Mr. McDonnell?
[ ] Yes        [ ] No

71.    Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes        ☑ No

If yes,

(a)    What event(s) or activity? _____

_____

(b)    When: _____

(c)    Did you personally meet Mrs. McDonnell?
[ ] Yes        [ ] No

- 18 -

Juror Number: _O389_

72. Have you or someone you know ever had any connection to any of the following activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that apply)
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____ _____

73. Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member of their extended families, or any other person who has a close personal connection to the McDonnells (including but not limited to social interaction, Facebook friend status, and the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

(a) If yes, please explain: _____
_____
_____

74. Do you or does anyone close to you know anyone who was has been a member of any staff or worked for Robert F. McDonnell in any capacity during any of his positions in elected office?
[ ] Yes      [✓] No

(a) If yes, please explain: _____
_____
_____

75. Do you or does anyone close to you know anyone who was has been appointed to any position, including State positions or jobs and Board or Commission appointments, by Robert F. McDonnell?
[ ] Yes      [✓] No

(a) If yes, please explain: _____
_____
_____

- 19 -

Juror Number: __0389__

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?
    [ ] Yes      [✓] No

    (a)    If yes, please explain: _____
    _____
    _____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?
    [ ] Yes      [✓] No

    (a)    If yes, please explain: _____
    _____
    _____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)

|     |                                                                                              | Self | Spouse/ sig. other | Family member | Close friend |
|-----|----------------------------------------------------------------------------------------------|------|--------------------|---------------|--------------|
| (a) | Been paid to work for                                                                        | [ ]  | [ ]                | [ ]           | [ ]          |
| (b) | Volunteer work                                                                               | [ ]  | [ ]                | [ ]           | [ ]          |
| (c) | Canvassed neighborhoods                                                                      | [ ]  | [ ]                | [ ]           | [ ]          |
| (d) | Attended meetings                                                                            | [ ]  | [ ]                | [ ]           | [ ]          |
| (e) | Contributed money                                                                            | [ ]  | [ ]                | [ ]           | [ ]          |
| (f) | Attended rallies                                                                             | [ ]  | [ ]                | [ ]           | [ ]          |
| (g) | Attended events, e.g., cocktail parties and/or dinners                                       | [ ]  | [ ]                | [ ]           | [ ]          |
| (h) | Displayed yard signs and/or bumper stickers                                                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ]  | [ ]                | [ ]           | [ ]          |
| (j) | Other campaign activities                                                                    | [ ]  | [ ]                | [ ]           | [ ]          |

    For any checked above, please explain: _____
    _____
    _____

- 20 -

Juror Number: 0389

79. Have you, your spouse/significant other, or any family members ever done any of the following in support of defense efforts concerning allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____

_____

_____

_____

80. Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of government efforts to investigate allegations of criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: _____

_____

_____

_____

- 21 -

Juror Number: __0389__

81.  Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes        [✓] No

(a)   If yes, please list who, the kind of contact or connection, and their relationship to you: _____

_____

_____

82.  Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
[ ] Yes        [✓] No

(a)   If yes, please list the person, job title, agency, and dates of employment: _____

_____

_____

## Case Questions

83.  The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard or read anything about this case?
[✓] Yes        [ ] No

84.  How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[ ] Not very closely
[✓] Not at all

- 22 -

Juror Number: __0389__

85.    Please indicate from what source(s) you heard about the case. (Check all that apply.)

        [ ] Television
        [ ] Newspapers
        [ ] Magazines
        [ ] Radio
        [✓] Internet
        [ ] Blog/chatroom
        [ ] Personal knowledge of defendants or their family, friends or acquaintances
        [ ] Personal knowledge of potential witnesses in this case
        [ ] Personal conversations with others in the community
        [ ] Overheard others discussing the case
        [ ] Other sources of information (list):

86.    Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
    [ ] Yes     [✓] No

    (a)    If yes, what were the circumstances and what opinion did you express? _____

87.    Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
    [ ] Yes     [✓] No

88.    Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
    [ ] Yes     [✓] No

89.    Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
    [ ] Yes     [✓] No

    (a)    If yes, please explain: _____

Juror Number: ___0389___

90. Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?

[ ] Yes        [✗] No        [ ] Unsure

(a)    If yes or unsure, please describe who used the product and when: _____

_____

_____

91. Do you or any family member or close friend now own or ever owned any stock in Star Scientific?

[ ] Yes        [✗] No        [ ] Unsure

92. The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?

[ ] Yes              [✗] No

(a)    If yes, please explain who you know and how: _____

_____

_____

93. The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

(a)    Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?

[ ] Yes              [✗] No        [ ] Unsure

(b)    If yes or unsure, please explain: _____

_____

_____

94. The attorneys representing the defendants in this case and their respective law firms are listed below.

**Robert F. McDonnell**
John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
(Holland & Knight LLP)

Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham,
Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
(Jones Day)

Juror Number: _O389_

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)   Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of any of the law firms listed above?
[ ] Yes          [✓] No          [ ] Unsure

(b)   If yes or unsure, please explain: _____
_____
_____

95.   Please review the list attached to this questionnaire that provides the names of persons who may appear as witnesses during the trial. Do you, your spouse/partner, any members of your immediate family, or any of your close personal friends know or have any connection with the individuals listed?
[ ] Yes          [✓] No          [ ] Unsure

(a)   If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96.   Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes          [✓] No

(a)   If yes, please explain: _____
_____
_____
_____

**Conclusion**

97.   Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes          [✓] No

(a)   If yes, please explain:
_____
_____

Juror Number: _O399_

98.   Is there anything else that you think the Court should know that might influence your
      ability to fairly and impartially judge the evidence in this case and to apply the law as
      instructed by the Court?
      [ ] Yes                ☑ No

      (a)   If yes, please explain: _____

      _____

      _____

99.   Is there any matter you would prefer to discuss privately with the judge?
      [ ] Yes                ☑ No

- 26 -

Juror Number: _0389_

## SIGNATURE

I, _____, hereby declare under
(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _11_ day of _June_, 2014.



_____
(Your Signature)

- 27 -

Juror Number: __0389__

EXPLANATION SHEET

Juror Number: ___0389___

EXPLANATION SHEET, continued.

Juror Number: 1015 3 8 4 7 7

## Preliminary Matters

1.  The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
    [ ] Yes          [X] No

    (a)   If yes, please explain: _____
    _____
    _____
    _____

2.  Are you able to read, write, and understand the English language?
    [X] Yes          [ ] With difficulty          [ ] No

3.  Is English your native language?
    [X] Yes          [ ] No

    (a)   If no, what is your first language? _____

4.  Do you have any significant problems with your hearing or eyesight?
    [ ] Yes          [X] No

    (a)   If yes, please explain:_____
    _____

5.  Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
    [ ] Yes          [X] No          [ ] Unsure

    (a)   If yes or unsure, please explain: _____
    _____
    _____

6.  Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
    [ ] Yes          [X] No

    (a)   If yes, please state the name of the medication(s) and explain: _____
    _____
    _____

- 3 -

117
Juror Number: 101538477

7.  Are you currently a student?
    [ ] Yes, full-time      [ ] Yes, part-time      [X] No

    (a)  If yes, where do you attend school? _____

    (b)  If yes, will your class schedule in August interfere with your ability to serve as a
         juror in this trial?
         [ ] Yes        [ ] No

    (c)  If yes to #7(b) above, please explain: _____


8.  Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
    member or dependent whose care would interfere with your ability to serve as a juror in
    this trial?
    [ ] Yes        [X] No

    (a)  If yes, please explain:_____
    _____


9.  Do you have any personal, religious, philosophical or other beliefs that would make it
    difficult for you to sit in judgment of another person as a juror in a criminal case?
    [ ] Yes        [X] No        [ ] Unsure

    (a)  If yes or unsure, please explain: _____
    _____
    _____


10. Is there any other reason why you could not be present in court and give your full
    attention every day for this trial?
    [ ] Yes        [X] No

    (a)  If yes, please explain:_____
    _____

- 4 -

117

Juror Number: 101538477

11. This case will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet or social media such as Twitter, Facebook, Skype, YouTube, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes          [X] No          [ ] Unsure

   (a)    If yes or unsure, please explain: _____
   _____
   _____

### Personal Background

12. Gender: [ ] Male  [X] Female

13. Age: 34

14. What is your current marital status?
    [X] Single
    [ ] Married
    [ ] Divorced
    [ ] Separated
    [ ] Widowed

15. How long have you lived in the Commonwealth of Virginia (total years)? 17

16. Do you have children?
    [X] Yes          [ ] No

17. Are you (check any and all that apply):
    [ ] Self-employed          [ ] Unemployed
    [X] Employed full-time     [ ] Retired
    [ ] Working part-time      [ ] Homemaker
    [ ] A student              [ ] Disabled and unable to work

18. If you are currently employed in any capacity, either full-time, or part-time, please state:

    (a)    Occupation: Patient Service Representative

    (b)    Employer: ███████████████████████████

    (c)    Type of work: Clerical

- 5 -

117

Juror Number: 101538477

(d)     Do you supervise others?
        [ ] Yes          [X] No

        (a) If yes, how many?_____

(e)     Do you have any responsibility for hiring or firing?
        [ ] Yes          [X] No

19.  If you are not currently employed, please state:

(a)     Your last employer: _____

(b)     Your occupation: _____

(c)     Your job responsibilities: _____
        _____

(d)     Did you supervise others?
        [ ] Yes          [ ] No

        If yes, how many? _____

(e)     Did you have any responsibilities for hiring or firing?
        [ ] Yes          [ ] No

20.  If you are married or currently share a household with someone who is employed in any
     capacity, either full-time, or part-time, please state the following:

(a)     Occupation:_____

(b)     Employer:_____

(c)     Type of work:_____

21.  Do you now, or have you ever owned your own business?
     [ ] Yes          [X] No

(a)     If yes, what type of business? _____
        _____

117

Juror Number: 101533477

22.   Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
[ ] Yes          [X] No

(a)   If yes, please explain: _____

_____

23.   Who makes the major financial decisions in your household?  Self_____

24.   Check the highest level of education you completed:

| | | |
|---|---|---|
| (a) | Grade school or less | [ ] |
| (b) | Some high school | [ ] |
| (c) | High school graduate / GED | [ ] |
| (d) | Technical or vocational school | [ ] |
| (e) | Some college | [ ] |
| (f) | 2-year college degree | [ ] |
| (g) | 4-year college degree | [X] |
| (h) | Some graduate work or study | [ ] |
| (i) | Master's degree | [ ] |
| (j) | Doctoral degree (or equivalent) | [ ] |
| (k) | Other | [ ] |

If other, please explain: _____

25.   If you had any educational training beyond high school, please list all degrees you have received and the area of study.

(a)   Degree(s): _____
(b)   Field(s) of study: _____
(c)   Name of school(s): _____

26.   Have you or any of your family members (e.g., parents, siblings, a spouse, or children) served in any branch of the Armed Forces?
[ ] Yes          [X] No

(a)   If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

- 7 -

Juror Number: 101538477

27.   Do you or your family members have any education, training or employment experience
       in any of the following fields:

| | | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [ ] | [ ] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [ ] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [X] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [X] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [ ] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [X] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [X] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28.   Do you have any special certifications or licenses?
       [ ] Yes      [X] No

       (a)      If yes, please explain: _____

- 8 -

117

Juror Number: 10538477

29.   If you are not an attorney, have you taken any law courses?
      [ ] Yes        [X] No

      If so, indicate the following:

|       | School | Date | Topic |
|-------|--------|------|-------|
| (a)   |        |      |       |
| (b)   |        |      |       |
| (c)   |        |      |       |

30.   Please list the organizations to which you or your spouse/partner belong or in which
      either of you participate, either now or in the recent past. (Include any civic, social,
      religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
      and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
      Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
      National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
      Public Access Project, Virginia Coalition for Open Government, or the Center for Public
      Integrity):

      (a)   Self: _____

      _____

      (b)   Spouse/Partner: _____

      _____

31.   Have you ever held any office, title, or other leadership position in the organizations
      listed in the previous question?
      [ ] Yes        [X] No

      (a)   If yes, briefly describe your office or title, and dates held: _____

      _____

      _____

32.   Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
      (Check all that apply)
      [ ] Yes, currently do so        [ ] Yes, in the past        [X] No

      If either "yes" to current use or "yes" to past use, what was the kind(s) of products
      involved:

|       | Current / past | General product description |
|-------|----------------|------------------------------|
| (a)   |                |                              |
| (b)   |                |                              |
| (c)   |                |                              |

- 9 -

117

Juror Number: 101538477

33. Have you or a family member or a close friend ever sold dietary or nutritional supplements?

|  | Who | When | General product description |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

34. Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
[ ] Yes     [X] No

(a)   If yes, please explain who, when, what the job was, and your reason for leaving:
_____
_____
_____

35. Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
[ ] Yes     [X] No

(a)   If yes, please explain: _____
_____
_____

36. Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
[ ] Yes     [X] No

(a)   If yes, please explain when and what Board: _____
_____

37. As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
[ ] Yes     [X] No

(a)   If yes, please explain when and what type of disclosure was required: _____
_____
_____

- 10 -

117

Juror Number: 01538477

38. Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
[ ] Yes        [X] No

(a)  If yes, please explain when and what type of training: _____

_____

_____

39. Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
[ ] Yes        [X] No

## Legal System

40. Have you ever served as a juror before?
[ ] Yes        [X] No

If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |

(a)  Have you ever served as a juror on a grand jury?
[ ] Yes        [X] No

If yes, when and where: _____

(b)  Have you ever served as a jury or grand jury foreperson?
[ ] Yes        [X] No

(c)  Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
[ ] Yes        [X] No

Please explain: _____

_____

_____

- 11 -

117

Juror Number: 101538477

41.    Have you, or, to your knowledge, any family members, or any close friends ever been:
       (a)    Convicted of a crime?                                    [ ] Yes        [X] No

       (b)    If yes, please provide the following:

Relationship of
person convicted                  Crime(s)
(Self, Sister, etc.)              involved

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |

42.    Have you, any member of your immediate family, or any close personal friend ever been
       investigated for violating ethical rules by an employer, ethics committee, governmental
       agency, or other organization?
       [ ] Yes        [X] No

       (a)    If yes, please explain: _____
       _____

43.    Has any family member or person with whom you have a close personal relationship ever
       testified in a grand jury or in court?
       [ ] Yes        [X] No

       (a)    If yes, please provide the following details:

Type of Case                      Relationship (if any)
_____
_____

- 12 -

117

Juror Number: 101538477

44. Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, the Virginia State Police (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA), the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District/Commonwealth or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, the state department of corrections, the court system, or any other local, state or federal law enforcement agency or private security force?
[ ] Yes      [X] No

  (a)  If yes, for each person (yourself or family member), please indicate the law enforcement office or agency: _____

_____
_____

45. Other than what you have already explained, have you, or has any close friend or relative, ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid, public defender's office, or legal department for any private business or government agency?
[ ] Yes      [X] No

  (a)  If yes, please list their names, type of work they do, where they work, and their relationship to you: _____

_____
_____

46. Have you or a member of your family, either personally or in connection with a business, been involved in any claim, legal action or dispute with any local, state, or federal, governmental agency?
[ ] Yes      [X] No

  (a)  If yes, please describe: _____

_____

- 13 -

117

Juror Number: _101538477_

## Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? **(CHECK ALL THAT APPLY)**

|      |                                |     |
|------|--------------------------------|-----|
| (a)  | ABC                            | [X] |
| (b)  | CBS                            | [X] |
| (c)  | CNN                            | [X] |
| (d)  | FOX News channel (National)    | [ ] |
| (e)  | MSNBC                          | [ ] |
| (f)  | NBC                            | [X] |
| (g)  | CNN                            | [ ] |
| (h)  | Public Television              | [ ] |
| (i)  | Other                          | [ ] |

If other, please list: _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)

_____

_____

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: _Aol, Gmail, WTVR news email._

_____

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
[ ] Very often       [ ] Often       [X] Not very often       [ ] Not at all

(a) If very often or often, what are the names of the shows? _____

_____

_____

51. Do you or your spouse/partner maintain a blog or online journal?
[ ] Yes       [X] No

(a) If yes, please describe: _____

_____

- 14 -

117

Juror Number: 101538477

52. Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
[ ] Yes        [X] No

(a) If yes, please describe the content and the source of publication: _____

_____

_____

_____

53. Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
[ ] Yes        [X] No

(a) If yes, please describe the view you expressed and in what manner: _____

_____

_____

_____

54. Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
[X] Yes        [ ] No

55. Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
[X] Yes        [ ] No

(a) Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
Follow WTVR Acct on Facebook. _____

**Political Involvement**

56. In politics today, do you consider yourself a: (**CHECK ONLY ONE ANSWER**)
[X] Democrat
[ ] Independent
[ ] Republican
[ ] Libertarian
[ ] other (PLEASE SPECIFY) _____

57. How often do you vote in federal elections?
[X] Always    [ ] Often    [X] Seldom    [ ] Never
error.

- 15 -

117

Juror Number: 10153 8477

58. How often do you vote in state/local elections?
[ ] Always      [ ] Often      [X] Seldom      [ ] Never

59. How closely do you follow politics in Virginia?
[ ] Very closely
[ ] Somewhat closely
[X] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[ ] Yes              [X] No

(a)    If yes, please provide their names, relationship to you and political office: _____

_____

_____

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes              [X] No

(a)    If yes, please explain: _____

_____

_____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[ ] Yes              [X] No

(a)    If yes, please explain: _____

_____

_____

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes              [X] No

(a)    If yes, please explain: _____

_____

_____

- 16 -

117

Juror Number: 10538477

64. Do you or any member of your family or close personal friend have any experience being lobbied while you or they served in a position with any state, federal, or local government?
[ ] Yes          [X] No

(a)   If yes, please explain: _____

_____

_____

65. With respect to any candidates for public office, political organizations, political committees, or political action committees (PACs) have you, your spouse/significant other, any family members or any close friends ever done any of the following: (Check all that apply)

|     |                                                                   | Self | Spouse/ sig. other | Family member | Close friend |
|-----|-------------------------------------------------------------------|------|--------------------|---------------|--------------|
| (a) | Been paid to work for                                             | [ ]  | [ ]                | [ ]           | [ ]          |
| (b) | Volunteer work                                                    | [ ]  | [ ]                | [ ]           | [ ]          |
| (c) | Canvassed neighborhoods                                           | [ ]  | [ ]                | [ ]           | [ ]          |
| (d) | Attended meetings                                                 | [ ]  | [ ]                | [ ]           | [ ]          |
| (e) | Contributed money                                                 | [ ]  | [ ]                | [ ]           | [ ]          |
| (f) | Attended rallies                                                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (g) | Attended events, e.g., cocktail parties and/or dinners            | [ ]  | [ ]                | [ ]           | [ ]          |
| (h) | Displayed yard signs and/or bumper stickers                       | [ ]  | [ ]                | [ ]           | [ ]          |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ]  | [ ]                | [ ]           | [ ]          |
| (j) | Other campaign activities                                         | [ ]  | [ ]                | [ ]           | [ ]          |

66. How often do you or your spouse/partner make financial contributions to any political campaigns or political action committees?
[ ] Often     [ ] Sometimes     [X] Seldom     [ ] Never

67. Do you have any knowledge, training or experience in the area of laws relating to the accepting and/or reporting of gifts and/or financial transactions involving government officials?
[ ] Yes          [X] No

(a)   If yes, please explain: _____

_____

_____

_____

- 17 -

Juror Number: 0153847 7

## General Opinions and Beliefs about the Criminal Justice System

68. The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes          [X] No

    (a)    If yes, please explain: _____

_____

_____

69. The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes          [X] No          [ ] Unsure

    (a)    If yes or unsure, please explain: _____

_____

_____

## Connection to the Defendants

70. Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes          [X] No

If yes,

    (a)    What event(s) or activity? _____

_____

    (b)    When: _____

    (c)    Did you personally meet Mr. McDonnell?
        [ ] Yes          [ ] No

71. Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes          [X] No

If yes,

    (a)    What event(s) or activity? _____

_____

    (b)    When: _____

    (c)    Did you personally meet Mrs. McDonnell?
        [ ] Yes          [ ] No

- 18 -

117
Juror Number: _101538477_

72.    Have you or someone you know ever had any connection to any of the following
       activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that
       apply)
       [ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
       [ ] Virginia Wine Association or marketing efforts to promote Virginia wines
       [ ] The McGlothlin Foundation
       [ ] Other activities, please explain: _____

73.    Do you, a family member, or any close friend know or have any connection (personal,
       political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member
       of their extended families, or any other person who has a close personal connection to the
       McDonnells (including but not limited to social interaction, Facebook friend status, and
       the like)?

       (Check all that apply)          Self          Family member          Close friend
       Know Mr. McDonnell              [ ]            [ ]                    [ ]
       Know Mrs. McDonnell             [ ]            [ ]                    [ ]
       Know McDonnells' families       [ ]            [ ]                    [ ]

       (a)    If yes, please explain: _____
       _____
       _____

74.    Do you or does anyone close to you know anyone who was has been a member of any
       staff or worked for Robert F. McDonnell in any capacity during any of his positions in
       elected office?
       [ ] Yes          [X] No

       (a)    If yes, please explain: _____
       _____
       _____

75.    Do you or does anyone close to you know anyone who was has been appointed to any
       position, including State positions or jobs and Board or Commission appointments, by
       Robert F. McDonnell?
       [ ] Yes          [X] No

       (a)    If yes, please explain: _____
       _____
       _____

- 19 -

Juror Number: 101533477   117

76.  Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?

[ ] Yes     [X] No

(a)   If yes, please explain: _____

_____

_____

77.  Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?

[ ] Yes     [X] No

(a)   If yes, please explain: _____

_____

_____

78.  With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)

|     |     | Self | Spouse/ sig. other | Family member | Close friend |
|-----|-----|------|--------------------|---------------|--------------|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

For any checked above, please explain: _____

_____

_____

- 20 -

Juror Number: _101538477_

79. Have you, your spouse/significant other, or any family members ever done any of the
following in support of defense efforts concerning allegations of criminal wrongdoing by
the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/<br>sig. other | Family<br>member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other<br>communication seeking<br>financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The<br>Restoration Fund) seeking<br>donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense,<br>including funds solicited by The<br>Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____
_____
_____
_____

80. Have you, your spouse/significant other, any family members or any close friends ever
done any of the following in support of government efforts to investigate allegations of
criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G.
McDonnell? (Check all that apply)

|  |  | Self | Spouse/<br>sig. other | Family<br>member | Close<br>friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: _____
_____
_____
_____

Juror Number: 101538477

81. Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes        [X] No

   (a)   If yes, please list who, the kind of contact or connection, and their relationship to you: _____

   _____
   _____
   _____

82. Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
[ ] Yes        [X] No

   (a)   If yes, please list the person, job title, agency, and dates of employment: _____

   _____
   _____
   _____

**Case Questions**

83. The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard or read anything about this case?
[X] Yes        [ ] No

84. How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[ ] Not very closely
[X] Not at all

- 22 -

117

Juror Number: _101538477_

85.   Please indicate from what source(s) you heard about the case. (Check all that apply.)

       [✓] Television
       [ ] Newspapers
       [ ] Magazines
       [ ] Radio
       [✓] Internet
       [ ] Blog/chatroom
       [ ] Personal knowledge of defendants or their family, friends or acquaintances
       [ ] Personal knowledge of potential witnesses in this case
       [ ] Personal conversations with others in the community
       [ ] Overheard others discussing the case
       [ ] Other sources of information (list): _____

86.   Have you expressed an opinion about this case or about those involved to anyone, either
      through conversations or through writing to any newspaper, magazine, or publication;
      calling in to any television or radio program; or posting comments or likes on the
      Internet?
      [ ] Yes    [✗] No

      (a)    If yes, what were the circumstances and what opinion did you express? _____
               _____
               _____
               _____

87.   Have you, a member of your family or a close friend participated in any legal research
      studies such as focus groups, mock trials, or surveys that addressed the case of *United
      States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
      [ ] Yes    [✗] No

88.   Over the past two years, have you, a member of your family or a close friend participated
      in any legal research studies such as focus groups, mock trials, or surveys that addressed
      any other real or hypothetical criminal case?
      [ ] Yes    [✗] No

89.   Do you or any member of your immediate family or close personal friend know anyone
      who has covered this case or investigation for any media outlet?
      [ ] Yes    [✗] No

      (a)    If yes, please explain: _____
               _____
               _____

- 23 -

Juror Number: 117 105389477

90. Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?
[ ] Yes        [X] No        [ ] Unsure

   (a)    If yes or unsure, please describe who used the product and when: _____
   _____
   _____
   _____

91. Do you or any family member or close friend now own or ever owned any stock in Star Scientific?
[ ] Yes        [X] No        [ ] Unsure

92. The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?
[ ] Yes        [X] No

   (a)    If yes, please explain who you know and how: _____
   _____
   _____

93. The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

   (a)    Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?
   [ ] Yes        [X] No        [ ] Unsure

   (b)    If yes or unsure, please explain: _____
   _____
   _____

94. The attorneys representing the defendants in this case and their respective law firms are listed below.

   **Robert F. McDonnell**
   John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
   (Holland & Knight LLP)

   Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham, Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
   (Jones Day)

- 24 -

117

Juror Number: 101538477

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)    Do you know, or have you had any contact, either social or professional, with any
individuals listed above, or any other member of any of the law firms listed
above?
[ ] Yes                   [X] No              [ ] Unsure

(b)    If yes or unsure, please explain: _____
_____
_____

95.    Please review the list attached to this questionnaire that provides the names of persons
who may appear as witnesses during the trial. Do you, your spouse/partner, any members
of your immediate family, or any of your close personal friends know or have any
connection with the individuals listed?
[ ] Yes                   [X] No              [ ] Unsure

(a)    If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96.    Other than what you have already explained, do you or any member of your immediate
family or close personal friend know anyone who may be associated in any capacity with
this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes                   [X] No

(a)    If yes, please explain: _____
_____
_____
_____

**Conclusion**

97.    Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes                   [X] No

(a)    If yes, please explain:
_____
_____

- 25 -

117

Juror Number: 10153847 )

98. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?

[ ] Yes          [X] No

(a)    If yes, please explain: _____

_____

99. Is there any matter you would prefer to discuss privately with the judge?

[ ] Yes          [X] No

Juror Number: �older handwritten⎯ 10538477

## SIGNATURE

I, ████████████████████████████████████████████ , hereby declare under
(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.


**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this ___7___ day of _July_ , 2014.

████████████████████████████████████
(Your Signature)

- 27 -

Juror Number: 10153847 117

## EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

117

Juror Number: 10153 8977

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _____431_____

### Preliminary Matters

1. The trial in this case will start July 28, 2014. The trial may last 5–6 weeks and could last longer or conclude sooner. Do you have any very serious personal, professional, or financial issues that would prevent you from being present in Court for the duration of the trial? In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.
   [ ] Yes          [X] No

   (a)   If yes, please explain: _____
   _____
   _____
   _____

2. Are you able to read, write, and understand the English language?
   [X] Yes        [ ] With difficulty      [ ] No

3. Is English your native language?
   [X] Yes        [ ] No

   (a)   If no, what is your first language? _____

4. Do you have any significant problems with your hearing or eyesight?
   [ ] Yes        [X] No

   (a)   If yes, please explain:_____
   _____

5. Do you suffer from any physical or mental condition(s) that would make it difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?
   [ ] Yes          [X] No          [ ] Unsure

   (a)   If yes or unsure, please explain: _____
   _____
   _____

6. Do you take any prescription medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?
   [ ] Yes          [X] No

   (a)   If yes, please state the name of the medication(s) and explain: _____
   _____
   _____

- 3 -

Juror Number: _____ 431

7.    Are you currently a student?
      [ ] Yes, full-time        [ ] Yes, part-time        [X] No

      (a)    If yes, where do you attend school? _____

      (b)    If yes, will your class schedule in August interfere with your ability to serve as a
             juror in this trial?
             [ ] Yes          [ ] No

      (c)    If yes to #7(b) above, please explain: _____
      _____

8.    Are you the sole or primary caretaker of a minor child, or an elderly or disabled family
      member or dependent whose care would interfere with your ability to serve as a juror in
      this trial?
      [ ] Yes          [X] No

      (a)    If yes, please explain:_____
      _____

9.    Do you have any personal, religious, philosophical or other beliefs that would make it
      difficult for you to sit in judgment of another person as a juror in a criminal case?
      [ ] Yes          [X] No          [ ] Unsure

      (a)    If yes or unsure, please explain: _____
      _____
      _____

10.   Is there any other reason why you could not be present in court and give your full
      attention every day for this trial?
      [ ] Yes          [X] No

      (a)    If yes, please explain:_____
      _____

- 4 -

Juror Number: _____*431*_____

11.  This case will receive media attention.  It is important that this case be decided solely on
     the evidence presented in the courtroom and not on the basis of information obtained
     outside the courtroom.  As a result, the jury will be instructed not to read, watch, view, or
     listen to any news accounts of this trial whatsoever, not to conduct any internet searches
     related to this case, and not to talk to or to communicate with anyone about the case,
     including through the use of the internet or social media such as Twitter, Facebook,
     Skype, YouTube, or other modes of electronic communication, until the case is over.
     Would you find it difficult to obey such an instruction for any reason?
     [ ] Yes              [X] No          [ ] Unsure

     (a)    If yes or unsure, please explain: _____
     _____
     _____

### Personal Background

12.  Gender: [ ] Male  [X] Female

13.  Age: *71 yrs*

14.  What is your current marital status?
     [ ] Single
     [X] Married
     [ ] Divorced
     [ ] Separated
     [ ] Widowed

15.  How long have you lived in the Commonwealth of Virginia (total years)? *71 yrs*

16.  Do you have children?
     [X] Yes              [ ] No

17.  Are you (check any and all that apply):
     [ ] Self-employed           [ ] Unemployed
     [ ] Employed full-time      [X] Retired
     [X] Working part-time       [ ] Homemaker
     [ ] A student               [ ] Disabled and unable to work

18.  If you are currently employed in any capacity, either full-time, or part-time, please state:

     (a)    Occupation: *School Bus Driver*

     (b)    Employer: ███████████████████

     (c)    Type of work: *Bus Driver*

- 5 -

Juror Number: _____ 431

    (d)   Do you supervise others?
           [ ] Yes     ☒No

           (a) If yes, how many?_____

    (e)   Do you have any responsibility for hiring or firing?
           [ ] Yes     ☒No

19.   If you are not currently employed, please state:

    (a)   Your last employer: _____ N/A _____

    (b)   Your occupation: _____

    (c)   Your job responsibilities: _____
           _____

    (d)   Did you supervise others?
           [ ] Yes     [ ] No

           If yes, how many? _____

    (e)   Did you have any responsibilities for hiring or firing?
           [ ] Yes     [ ] No

20.   If you are married or currently share a household with someone who is employed in any
     capacity, either full-time, or part-time, please state the following:

    (a)   Occupation:_____ N/A _____

    (b)   Employer:_____

    (c)   Type of work:_____

21.   Do you now, or have you ever owned your own business?
    [ ] Yes     ☒No

    (a)   If yes, what type of business? _____
           _____

- 6 -

Juror Number: _____ 4/31

22.     Have you or any member of your immediate family or any close personal friend ever
        served as a corporate officer or member of the Board of Directors in any business or
        corporation?
        [ ] Yes          [X] No

        (a)     If yes, please explain:_____
        _____

23.     Who makes the major financial decisions in your household? _HUSBAND_____

24.     Check the highest level of education you completed:

        (a)     Grade school or less                [ ]
        (b)     Some high school                    [ ]
        (c)     High school graduate / GED          [X]
        (d)     Technical or vocational school      [ ]
        (e)     Some college                        [ ]
        (f)     2-year college degree               [ ]
        (g)     4-year college degree               [ ]
        (h)     Some graduate work or study         [ ]  .
        (i)     Master's degree                     [ ]
        (j)     Doctoral degree (or equivalent)     [ ]
        (k)     Other                               [ ]

        If other, please explain: _____

25.     If you had any educational training beyond high school, please list all degrees you have
        received and the area of study.

        (a)     Degree(s): _____ N/A _____
        (b)     Field(s) of study: _____
        (c)     Name of school(s): _____

26.     Have you or any of your family members (e.g., parents, siblings, a spouse, or children)
        served in any branch of the Armed Forces?
        [X] Yes              [ ] No

        (a)     If yes, please list their relationship to you, branch, and highest rank:

| Relationship | Branch | Highest Rank |
|---|---|---|
| HUSBAND | NAVY | E-5 |
| | | |
| | | |
| | | |

- 7 -

Juror Number: _____4/3/_____

27. Do you or your family members have any education, training or employment experience in any of the following fields:

|  |  | You | Family |
|---|---|---|---|
| (a) | Accounting, auditing, or bookkeeping | [X] | [ ] |
| (b) | Banking | [ ] | [ ] |
| (c) | Loans/mortgage / refinance agreements | [X] | [ ] |
| (d) | Business / business planning | [ ] | [ ] |
| (e) | Finance / financial planning | [ ] | [ ] |
| (f) | Psychology, psychiatry, or counseling | [ ] | [ ] |
| (g) | Medicine, nursing, healthcare, medical research, or pharmaceuticals | [ ] | [ ] |
| (h) | Nutrition or physical fitness | [ ] | [ ] |
| (i) | Law or paralegal training | [ ] | [ ] |
| (j) | Law enforcement / private investigations | [ ] | [ ] |
| (k) | Corrections (work in prisons/jails) or security guard / private security | [ ] | [X] |
| (l) | Criminal justice or criminology | [ ] | [ ] |
| (m) | Social work | [ ] | [ ] |
| (n) | Political science or government | [ ] | [ ] |
| (o) | Political fundraising / campaign finance rules | [ ] | [ ] |
| (p) | Politics / elections / political consulting / lobbying | [ ] | [ ] |
| (q) | Ethics, philosophy, sociology, or English | [ ] | [ ] |
| (r) | Engineering | [ ] | [ ] |
| (s) | Computer programming / networking | [ ] | [ ] |
| (t) | Corporate or other compliance with federal, state, or local government regulations | [ ] | [ ] |
| (u) | Compliance with federal, state, or local election laws/regulations | [ ] | [ ] |
| (v) | Journalism / media communications / public relations | [ ] | [ ] |
| (w) | Grant applications / grant writing | [ ] | [ ] |
| (x) | Human resources | [ ] | [ ] |
| (y) | Forensic sciences | [ ] | [ ] |
| (z) | Religion, ministry, or pastoral care | [ ] | [ ] |

28. Do you have any special certifications or licenses?
   [ ] Yes      [X] No

   (a)   If yes, please explain: _____

   _____

- 8 -

Juror Number: _____ 431

29.   If you are not an attorney, have you taken any law courses?
      [ ] Yes          [X] No

      If so, indicate the following:

      |     | School | Date | Topic |
      |-----|--------|------|-------|
      | (a) |        |      |       |
      | (b) |        |      |       |
      | (c) |        |      |       |

30.   Please list the organizations to which you or your spouse/partner belong or in which
      either of you participate, either now or in the recent past. (Include any civic, social,
      religious, charitable, volunteer, political, sporting, professional, business, union, fraternal
      and recreational groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of
      Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union,
      National Rifle Association, League of Women Voters, the Innocence Project, the Virginia
      Public Access Project, Virginia Coalition for Open Government, or the Center for Public
      Integrity):

      (a)   Self: ___N/A_____

      (b)   Spouse/Partner: ___N/A_____

31.   Have you ever held any office, title, or other leadership position in the organizations
      listed in the previous question?
      [ ] Yes          [X] No

      (a)   If yes, briefly describe your office or title, and dates held: _____
      _____
      _____

32.   Have you taken (or do you take) dietary or nutritional supplements (excluding vitamins)?
      (Check all that apply)
      [ ] Yes, currently do so          [X] Yes, in the past          [ ] No

      If either "yes" to current use or "yes" to past use, what was the kind(s) of products
      involved:

      |     | Current / past | General product description |
      |-----|----------------|----------------------------|
      | (a) | PAST (ZISA)    | NUTRITIONAL DRINK TO HELP  |
      | (b) |                | MAINTAIN A HEALTHY, ACTIVE |
      | (c) |                | LIFESTYLE                  |

- 9 -

Juror Number: _____ 431

33.  Have you or a family member or a close friend ever sold dietary or nutritional supplements?

|  | Who | When | General product description |
|---|---|---|---|
| (a) | N/A | | |
| (b) | | | |
| (c) | | | |

34.  Have you or any member of your family ever been employed by the state government of Virginia or any Virginia state government agency, whether as an employee, contractor, or otherwise?
     [ ] Yes          [X] No

     (a)    If yes, please explain who, when, what the job was, and your reason for leaving:
     _____
     _____
     _____

35.  Have you or any member of your immediate family ever been employed by or had any business relationship with the University of Virginia, Virginia Commonwealth University, VCU Massey Cancer Center, UVa Medical Center, Eastern Virginia School Medical School, the Virginia Department of Health, the Virginia Department of Human Resource Management, or the Virginia Tobacco Indemnification and Community Revitalization Commission (the "Tobacco Commission")?
     [ ] Yes          [X] No

     (a)    If yes, please explain: _____
     _____

36.  Have you ever sought or been appointed to any non-elective local or State Board in Virginia?
     [ ] Yes          [X] No

     (a)    If yes, please explain when and what Board: _____
     _____

37.  As a result of any job or position held, have you ever had to fill out or file a disclosure form listing any gifts or benefits received or any potential conflicts of interest?
     [ ] Yes          [X] No

     (a)    If yes, please explain when and what type of disclosure was required: _____
     _____
     _____

- 10 -

Juror Number: _____ 431

38.   Have you ever received any training addressing local, State, and/or Federal rules concerning conflicts of interest (COI)?
[ ] Yes        [X] No

(a)   If yes, please explain when and what type of training: _____
_____
_____

39.   Have you ever completed an application for a home mortgage or refinance of a home mortgage or signed as a co-applicant?
[X] Yes        [ ] No

**Legal System**

40.   Have you ever served as a juror before?
[ ] Yes        [X] No

If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case |
|------|-----------------|----------------|--------------|
|      |                 |                |              |
|      |                 |                |              |

(a)   Have you ever served as a juror on a grand jury?
[ ] Yes        [ ] No

If yes, when and where: _____

(b)   Have you ever served as a jury or grand jury foreperson?
[ ] Yes        [ ] No

(c)   Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
[ ] Yes        [ ] No

Please explain: _____
_____
_____

- 11 -

Juror Number: _____ 431

41.  Have you, or, to your knowledge, any family members, or any close friends ever been:
     (a)    Convicted of a crime?                          [ ] Yes      [X] No

     (b)    If yes, please provide the following:

| Relationship of person convicted (Self, Sister, etc.) | Crime(s) involved |
|---|---|
|  |  |
|  |  |
|  |  |

42.  Have you, any member of your immediate family, or any close personal friend ever been
     investigated for violating ethical rules by an employer, ethics committee, governmental
     agency, or other organization?
     [ ] Yes      [X] No

     (a)    If yes, please explain: _____
     _____

43.  Has any family member or person with whom you have a close personal relationship ever
     testified in a grand jury or in court?
     [ ] Yes      [X] No

     (a)    If yes, please provide the following details:

     Type of Case                Relationship (if any)
     _____
     _____

- 12 -

Juror Number: _____ 431

44.    Have you, or any members of your family, ever been employed by any law enforcement
       agency, such as: a police department, sheriff's department, the Virginia State Police
       (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation
       (FBI), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA),
       the Bureau of Alcohol Tobacco and Firearms (ATF), the United States Citizenship and
       Immigration Services (USCIS), the U.S. Marshal's Service, the U.S. Park Police, a
       United States Attorney's Office, the United States Department of Justice, a
       District/Commonwealth or State's Attorney's Office, a probation or parole office, the
       Bureau of Prisons, the state department of corrections, the court system, or any other
       local, state or federal law enforcement agency or private security force?
       [X] Yes         [ ] No

       (a)    If yes, for each person (yourself or family member), please indicate the law
              enforcement office or agency: _Son - State Dept. of Corrections_
       _____
       _____
       _____

45.    Other than what you have already explained, have you, or has any close friend or relative,
       ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in
       a law office, including a prosecutor's, criminal defense attorney's office, Legal Aid,
       public defender's office, or legal department for any private business or government
       agency?
       [ ] Yes              [X] No

       (a)    If yes, please list their names, type of work they do, where they work, and their
              relationship to you: _____
       _____
       _____
       _____

46.    Have you or a member of your family, either personally or in connection with a business,
       been involved in any claim, legal action or dispute with any local, state, or federal,
       governmental agency?
       [ ] Yes         [X] No

       (a)    If yes, please describe: _____
       _____

- 13 -

Juror Number: _____ *431*

## Media and Activities

47. Do you watch NATIONAL news on any of the following television networks? (**CHECK ALL THAT APPLY**)

   (a)    ABC                                    [X]
   (b)    CBS                                    [ ]
   (c)    CNN                                    [X]
   (d)    FOX News channel (National)            [ ]
   (e)    MSNBC                                  [ ]
   (f)    NBC                                    [X]
   (g)    CNN                                    [ ]
   (h)    Public Television                      [ ]
   (i)    Other                                  [ ]

   If other, please list: _____

48. What newspapers(s), including tabloids, do you most often read? (Both print and online)
   *RICHMOND TIMES DISPATCH* _____
   _____
   _____

49. Please list any Internet web sites that you visit regularly, or any email lists or message services you subscribe to, for news/current events: *YAHOO. COM* _____
   _____
   _____

50. How often do you watch investigative news programs (such as 60 Minutes, ABC 20/20, or Frontline), or television shows that deal with lawyers, the legal system, police work, prisons, politicians, or political life?
   [ ] Very often        [ ] Often      [X] Not very often      [ ] Not at all

   (a)    If very often or often, what are the names of the shows? _____
   _____
   _____

51. Do you or your spouse/partner maintain a blog or online journal?
   [ ] Yes        [X] No

   (a)    If yes, please describe: _____
   _____

Juror Number: ___4/3/___

52.   Have you ever written, posted comments, or been quoted in any paper, article, newsletter, news media report, book, or other published work, including online, print and other media sources?
      [ ] Yes        [X] No

      (a)   If yes, please describe the content and the source of publication: _____
      _____
      _____
      _____

53.   Have you ever written to any newspaper or magazine; or called in to any television or radio program; or posted a comment or a "like" on any website or to an online media story to express your opinion concerning the issue of corruption in politics?
      [ ] Yes        [X] No

      (a)   If yes, please describe the view you expressed and in what manner: _____
      _____
      _____
      _____

54.   Do you use any social networking web sites, such as Facebook, Google+, MySpace, LinkedIn, or Twitter?
      [X] Yes        [ ] No

55.   Do you currently "follow" or does anyone "follow" you on Twitter, blogs, or other social media platforms?
      [ ] Yes        [X] No

      (a)   Please list any entities or accounts that you follow that are in any way related to politics, political figures / parties, political reporting, or current events: _____
      _____
      _____

**Political Involvement**

56.   In politics today, do you consider yourself a: (**CHECK ONLY ONE ANSWER**)
      [ ] Democrat
      [ ] Independent
      [X] Republican
      [ ] Libertarian
      [ ] other (PLEASE SPECIFY) _____

57.   How often do you vote in federal elections?
      [X] Always     [ ] Often       [ ] Seldom     [ ] Never

- 15 -

Juror Number: _____ 431

58. How often do you vote in state/local elections?
[ ] Always    [X] Often    [ ] Seldom    [ ] Never

59. How closely do you follow politics in Virginia?
[ ] Very closely
[X] Somewhat closely
[ ] Not closely at all

60. Have you, your significant other, a family member, or a close friend ever run for, sought, or held a political office in the local, state, or federal government?
[ ] Yes         [X] No

    (a)    If yes, please provide their names, relationship to you and political office: _____
    _____
    _____

61. Have you, your significant other, a family member, or a close friend ever worked for, volunteered, or been on the staff of any elected public official or worked for a committee or subcommittee in Congress or a State legislature?
[ ] Yes         [X] No

    (a)    If yes, please explain: _____
    _____
    _____

62. Have you, your spouse/significant other, any family members or any close friends ever sought assistance from any elected public official?
[ ] Yes         [X] No

    (a)    If yes, please explain: _____
    _____
    _____

63. Do you or any member of your family or any close personal friend have any experience in lobbying any branch of the state, federal, or local government?
[ ] Yes         [X] No

    (a)    If yes, please explain: _____
    _____
    _____

Juror Number: _____ 431

64.  Do you or any member of your family or close personal friend have any experience being
     lobbied while you or they served in a position with any state, federal, or local
     government?
     [ ] Yes            [X] No

     (a)    If yes, please explain: _____
     _____
     _____

65.  With respect to any candidates for public office, political organizations, political
     committees, or political action committees (PACs) have you, your spouse/significant
     other, any family members or any close friends ever done any of the following: (Check
     all that apply)

|     |                                                                 | Self | Spouse/ sig. other | Family member | Close friend |
|-----|-----------------------------------------------------------------|------|--------------------|---------------|--------------|
| (a) | Been paid to work for                                           | [ ]  | [ ]                | [ ]           | [ ]          |
| (b) | Volunteer work                                                  | [ ]  | [ ]                | [ ]           | [ ]          |
| (c) | Canvassed neighborhoods                                         | [ ]  | [ ]                | [ ]           | [ ]          |
| (d) | Attended meetings                                               | [ ]  | [ ]                | [ ]           | [ ]          |
| (e) | Contributed money                                               | [ ]  | [ ]                | [ ]           | [ ]          |
| (f) | Attended rallies                                                | [ ]  | [ ]                | [ ]           | [ ]          |
| (g) | Attended events, e.g., cocktail parties and/or dinners          | [ ]  | [ ]                | [ ]           | [ ]          |
| (h) | Displayed yard signs and/or bumper stickers                     | [ ]  | [ ]                | [ ]           | [ ]          |
| (i) | "Liked" any websites or Facebook pages associated with a party or political candidates | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities                                       | [ ]  | [ ]                | [ ]           | [ ]          |

66.  How often do you or your spouse/partner make financial contributions to any political
     campaigns or political action committees?
     [ ] Often      [ ] Sometimes      [ ] Seldom      [X] Never

67.  Do you have any knowledge, training or experience in the area of laws relating to the
     accepting and/or reporting of gifts and/or financial transactions involving government
     officials?
     [ ] Yes            [X] No

     (a)    If yes, please explain: _____
     _____
     _____
     _____

- 17 -

Juror Number: ___4/3/___

## General Opinions and Beliefs about the Criminal Justice System

68. The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes        [X] No

    (a)     If yes, please explain: _____

_____

_____

69. The defendants in this case are well-known public figures. Would that affect your ability to follow the instructions given by the Court and reach a decision in this case?
[ ] Yes        [X] No       [ ] Unsure

    (a)     If yes or unsure, please explain: _____

_____

_____

## Connection to the Defendants

70. Have you ever been to an event or activity that Robert F. McDonnell attended?
[ ] Yes        [X] No

If yes,

    (a)     What event(s) or activity? _____

_____

    (b)     When: _____

    (c)     Did you personally meet Mr. McDonnell?
        [ ] Yes      [ ] No

71. Have you ever been to an event or activity that Maureen G. McDonnell attended?
[ ] Yes        [X] No

If yes,

    (a)     What event(s) or activity? _____

_____

    (b)     When: _____

    (c)     Did you personally meet Mrs. McDonnell?
        [ ] Yes      [ ] No

Juror Number: _____ 431

72. Have you or someone you know ever had any connection to any of the following
activities by the former First Lady of Virginia Maureen G. McDonnell: (Check all that
apply)
[ ] The "FLITE" (First Lady's Initiatives Team Effort) Program
[ ] Virginia Wine Association or marketing efforts to promote Virginia wines
[ ] The McGlothlin Foundation
[ ] Other activities, please explain: _____ N/A _____

73. Do you, a family member, or any close friend know or have any connection (personal,
political, and/or business) to Robert F. McDonnell, Maureen G. McDonnell, any member
of their extended families, or any other person who has a close personal connection to the
McDonnells (including but not limited to social interaction, Facebook friend status, and
the like)?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know Mr. McDonnell | [ ] | [ ] | [ ] |
| Know Mrs. McDonnell | [ ] | [ ] | [ ] |
| Know McDonnells' families | [ ] | [ ] | [ ] |

(a)    If yes, please explain: _____ N/A _____
_____
_____

74. Do you or does anyone close to you know anyone who was has been a member of any
staff or worked for Robert F. McDonnell in any capacity during any of his positions in
elected office?
[ ] Yes        ☒ No

(a)    If yes, please explain: _____
_____
_____

75. Do you or does anyone close to you know anyone who was has been appointed to any
position, including State positions or jobs and Board or Commission appointments, by
Robert F. McDonnell?
[ ] Yes        ☒ No

(a)    If yes, please explain: _____
_____
_____

- 19 -

Juror Number: _____431_____

76. Do you or does anyone close to you know anyone who was has been a member of any staff or worked with in any other capacity (both paid or volunteer) former First Lady of Virginia Maureen G. McDonnell?

[ ] Yes   [X] No

(a) If yes, please explain: _____
_____
_____

77. Do you feel that there have been any actions by Robert F. McDonnell or Maureen G. McDonnell while they were Governor and First Lady of Virginia, respectively, that have affected you in a personal way?

[ ] Yes   [X] No

(a) If yes, please explain: _____
_____

78. With respect to Robert F. McDonnell's various political campaigns/political offices sought (i.e., House of Delegates, Virginia Attorney General, and Governor) have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of or in opposition to any of Mr. McDonnell's campaigns: (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Been paid to work for | [ ] | [ ] | [ ] | [ ] |
| (b) | Volunteer work | [ ] | [ ] | [ ] | [ ] |
| (c) | Canvassed neighborhoods | [ ] | [ ] | [ ] | [ ] |
| (d) | Attended meetings | [ ] | [ ] | [ ] | [ ] |
| (e) | Contributed money | [ ] | [ ] | [ ] | [ ] |
| (f) | Attended rallies | [ ] | [ ] | [ ] | [ ] |
| (g) | Attended events, e.g., cocktail parties and/or dinners | [ ] | [ ] | [ ] | [ ] |
| (h) | Displayed yard signs and/or bumper stickers | [ ] | [ ] | [ ] | [ ] |
| (i) | "Liked," "friended," or "followed" any websites, twitter feeds, or Facebook pages associated with Mr. McDonnell or his campaign opponents | [ ] | [ ] | [ ] | [ ] |
| (j) | Other campaign activities | [ ] | [ ] | [ ] | [ ] |

For any checked above, please explain: _____N/A_____
_____
_____

- 20 -

Juror Number: _____ 431

79.    Have you, your spouse/significant other, or any family members ever done any of the
       following in support of defense efforts concerning allegations of criminal wrongdoing by
       the defendants, Robert F. McDonnell and Maureen G. McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member |
|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] |
| (e) | Visited a website (e.g., The Restoration Fund) seeking donations for the defense | [ ] | [ ] | [ ] |
| (f) | Donated money to the defense, including funds solicited by The Restoration Fund website | [ ] | [ ] | [ ] |

For any checked above, please explain: _____ N/A _____
_____
_____
_____

80.    Have you, your spouse/significant other, any family members or any close friends ever
       done any of the following in support of government efforts to investigate allegations of
       criminal wrongdoing by the defendants, Robert F. McDonnell and Maureen G.
       McDonnell? (Check all that apply)

|  |  | Self | Spouse/ sig. other | Family member | Close friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online |  |  |  |  |

For any checked above, please explain: _____ N/A _____
_____
_____
_____

- 21 -

Juror Number: _____ 431

81. Robert F. McDonnell is currently on the faculty at Liberty University. Have you or a family member or a close friend ever had any contact or connection to Liberty University, including attending classes, employment, teaching courses, providing any financial support or donations, or being on any Liberty University mailing or email lists?
[ ] Yes          [X] No

   (a)   If yes, please list who, the kind of contact or connection, and their relationship to you: _____
   _____
   _____
   _____

82. Other than what you have already explained, have you or any family member ever been employed, including as a contractor, by any U.S. federal government agency?
[ ] Yes          [X] No

   (a)   If yes, please list the person, job title, agency, and dates of employment: _____
   _____
   _____
   _____

**Case Questions**

83. The defendants, Robert F. McDonnell and Maureen G. McDonnell, are charged with bribery, extortion, wire fraud, and making false statements, among other charges, and Maureen G. McDonnell is also charged with obstruction of justice. Have you seen, heard or read anything about this case?
[X] Yes          [ ] No

84. How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[X] Not very closely
[ ] Not at all

- 22 -

Juror Number: _____ 431

85. Please indicate from what source(s) you heard about the case. (Check all that apply.)

      [X] Television
      [X] Newspapers
      [ ] Magazines
      [X] Radio
      [ ] Internet
      [ ] Blog/chatroom
      [ ] Personal knowledge of defendants or their family, friends or acquaintances
      [ ] Personal knowledge of potential witnesses in this case
      [ ] Personal conversations with others in the community
      [ ] Overheard others discussing the case
      [ ] Other sources of information (list): _____

86. Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
[ ] Yes     [X] No

(a)    If yes, what were the circumstances and what opinion did you express? _____
_____
_____
_____

87. Have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed the case of *United States of America v. Robert F. McDonnell and Maureen G. McDonnell*?
[ ] Yes     [X] No

88. Over the past two years, have you, a member of your family or a close friend participated in any legal research studies such as focus groups, mock trials, or surveys that addressed any other real or hypothetical criminal case?
[ ] Yes     [X] No

89. Do you or any member of your immediate family or close personal friend know anyone who has covered this case or investigation for any media outlet?
[ ] Yes     [X] No

(a)    If yes, please explain: _____
_____
_____

- 23 -

Juror Number: _____4/3/_____

90. Two of the products that will be discussed in this case are Anatabloc, which is a dietary supplement produced by Star Scientific, and CigRx, a smoking cessation product produced by Star Scientific. Have you or a family member or a close friend ever used Anatabloc or CigRx?
[ ] Yes        [X] No        [ ] Unsure

   (a)    If yes or unsure, please describe who used the product and when: _____
   _____
   _____
   _____

91. Do you or any family member or close friend now own or ever owned any stock in Star Scientific?
[ ] Yes        [X] No        [ ] Unsure

92. The judge presiding over this case is U.S. District Judge James R. Spencer. Do you, anyone in your family, or any close personal friend know Judge Spencer or anyone else who works in this courthouse?
[ ] Yes        [X] No

   (a)    If yes, please explain who you know and how: _____
   _____
   _____

93. The prosecutors in this case are Michael Dry, David Harbach, Jessica Aber, and Ryan Faulconer.

   (a)    Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?
   [ ] Yes        [X] No        [ ] Unsure

   (b)    If yes or unsure, please explain: _____
   _____
   _____

94. The attorneys representing the defendants in this case and their respective law firms are listed below.

   **Robert F. McDonnell**
   John Brownlee, Christopher Iaquinto, Daniel Small, Timothy Taylor, William Gould
   (Holland & Knight LLP)

   Henry Asbill, Jonathan Berry, Charles Carberry, Hilary Perkins, James Burnham, Mary Ellen Powers, Noel Francisco, Owen Conroy, Ryan Newman
   (Jones Day)

- 24 -

Juror Number: _____ 4/31

**Maureen G. McDonnell**
William Burck, Kaiyeu Chu, Heather Martin, Stephen Hauss
(Quinn Emanuel Urquhart & Sullivan LLP)

(a)   Do you know, or have you had any contact, either social or professional, with any
individuals listed above, or any other member of any of the law firms listed
above?
[ ] Yes          [X] No          [ ] Unsure

(b)   If yes or unsure, please explain: _____
_____
_____

95.   Please review the list attached to this questionnaire that provides the names of persons
who may appear as witnesses during the trial. Do you, your spouse/partner, any members
of your immediate family, or any of your close personal friends know or have any
connection with the individuals listed?
[ ] Yes          [X] No          [ ] Unsure

(a)   If yes or unsure, please list the names of each person and explain the connection:
_____
_____
_____

96.   Other than what you have already explained, do you or any member of your immediate
family or close personal friend know anyone who may be associated in any capacity with
this case, its investigation, or its preparation for either the Government or the defendants?
[ ] Yes          [X] No

(a)   If yes, please explain: _____
_____
_____
_____

**Conclusion**

97.   Is there any reason that you believe you should not sit as a juror in this case?
[ ] Yes          [X] No

(a)   If yes, please explain: _____
_____

- 25 -

Juror Number: _____ 4/3/

98.    Is there anything else that you think the Court should know that might influence your
       ability to fairly and impartially judge the evidence in this case and to apply the law as
       instructed by the Court?
       [ ] Yes              [X] No

       (a)    If yes, please explain: _____
       _____
       _____

99.    Is there any matter you would prefer to discuss privately with the judge?
       [ ] Yes              [X] No

Juror Number: _/3 /_

### SIGNATURE

I,  , hereby declare under
(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.

**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this _____ day of _____, 2014.



(Your Signature)

Juror Number: ___4̸3̸1̸___

EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _____ 431

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____